**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____   Chapter __**7**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Young Holdings, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **43-1817623** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1054 Central Industrial Drive**<br>**Saint Louis, MO 63110**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Saint Louis City**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Young Holdings, Inc.**
    Name                                                        Case number (if known) _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☒ Yes.

| | Debtor | **Young Insulation Group of St. Louis, Inc.** | Relationship | **Affiliated** |
|---|---|---|---|---|
| | District | **Eastern District of Missouri** | When | Case number, if known   **Unknown** |

Debtor    **Young Holdings, Inc.**                                                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
             Contact name _____
             Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☑ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Young Holdings, Inc.**      Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 26, 2017**
                MM / DD / YYYY

**X** /s/ John Slattery                       **John Slattery**
Signature of authorized representative of debtor        Printed name

Title _____

**18. Signature of attorney**

**X** /s/ Robert J. Blackwell           Date   **April 26, 2017**
Signature of attorney for debtor                  MM / DD / YYYY

**Robert J. Blackwell**
Printed name

**Blackwell & Associates, P.C.**
Firm name

**P. O. Box 310**
**O Fallon, MO 63368**
Number, Street, City, State & ZIP Code

Contact phone   **636-240-3632**      Email address   **cthomas@blackwell-lawfirm.com**

**23179MO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Young Holdings, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MISSOURI

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 26, 2017**          X **/s/ John Slattery**
                                          Signature of individual signing on behalf of debtor

                                          **John Slattery**
                                          Printed name

                                          _____
                                          Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

---

**Fill in this information to identify the case:**

Debtor name     **Young Holdings, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an
   amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................   $ _____**0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................   $ _____**16,556.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................   $ _____**16,556.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____**0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ _____**0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$ _____**1,926,410.00**

4. **Total liabilities** ....................................................................................
   Lines 2 + 3a + 3b                                                                              $ _____**1,926,410.00**

---

| Fill in this information to identify the case: |
|---|
| Debtor name **Young Holdings, Inc.** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| **15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                    % of ownership | | |
| 15.1.  **The Young Group LTD**              100   % | | $16,556.00 |

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 1 |
|---|---|---|

Debtor    **Young Holdings, Inc.**
             Name                                                                Case number *(If known)* _____

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                                                    | $16,556.00 |

       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|----------------|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|-------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Young Holdings, Inc.**                                    Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $16,556.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $16,556.00 | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $16,556.00 |

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Young Holdings, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Young Holdings, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Addy Rodgers**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1107__

Basis for the claim: **Case #16L1107, Madison Co.**
**Addy Rodgers Individually & as Special Administrator of the Estate of**
**Solomon Rodgers, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adelbert & Jacqueline Carney**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __L510__

Basis for the claim: **Case #15L510, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adolphe & Winifred Colin**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __L522__

Basis for the claim: **Case #13L522, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alan & Linda Crider**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __L663__

Basis for the claim: **Case #16L663 , Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Young Holdings, Inc.**
_____
Name                                                                  Case number (if known) _____

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

3.5 **Nonpriority creditor's name and mailing address**

**Alan Reid**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L770**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L770, Madison Co.**
**Alan Reid Individually & as Executor for the Estate of Robert Weir,**
**Deceased**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.6 **Nonpriority creditor's name and mailing address**

**Albert & Frances Stark**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L688**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #12L688, Madison Co.**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.7 **Nonpriority creditor's name and mailing address**

**Albert & Patricia Amigoni**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L345**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L345, Madison Co.**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.8 **Nonpriority creditor's name and mailing address**

**Albert Franklin Jr. & Barbara Davis**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L563**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L563, Madison Co.**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.9 **Nonpriority creditor's name and mailing address**

**Alex and Erleen Garcia**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L523**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L523, Madison Co.**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.10 **Nonpriority creditor's name and mailing address**

**Alexander Wadas, Bernice Wadas,**
**and Valerie Ann Willingham**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **8906**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1422CC08906, St. Louis City**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Young Holdings, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Alfred & Esther Mand**<br>**c/o O'Brien Law Firm, PC**<br>**815 Geyer Avenue**<br>**Saint Louis, MO 63104** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #1522-CC00008, St. Louis City** | |
| Last 4 digits of account number  **0008** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Alfred & Josephine Culbertson**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #13L1543, Madison Co.** | |
| Last 4 digits of account number  **1543** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Alfred & Karen Forester**<br>**c/o Gori, Julian & Associates**<br>**156 N. Main St.**<br>**Edwardsville, IL 62025** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #14L710, St. Clair Co.** | |
| Last 4 digits of account number  **L710** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Alfred & Nancy Thornburg**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #16L1472, Madison Co.** | |
| Last 4 digits of account number  **1472** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Alfred & Virginia Trombley**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #15L421, Madison Co.** | |
| Last 4 digits of account number  **L421** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Alfred Council, Laurie Gale, Deborah**<br>**Breon, Donna Leflay, Michael Murphy**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #1522-CC10407, St. Louis City** | |
| Last 4 digits of account number  **0407** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Alfred J. & Cynthia A. Griffin**<br>**c/o Napoli Shkolnik, PLLC**<br>**103 West Vandalia St., Suite 125**<br>**Edwardsville, IL 62025** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #1622-CC11039, St. Louis City** | |
| Last 4 digits of account number  **1039** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Young Holdings, Inc.**

Name

Case number (if known)

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Alfred Nunes & Charles Patnaude**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1522-CC00646, St. Louis City**

Last 4 digits of account number  **0646**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Allen & Patricia Symonds**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L550, Madison Co.**

Last 4 digits of account number  **L550**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Allen E. Gagnon**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L1097, Madison Co.**

Last 4 digits of account number  **1097**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Allen J. Hall & Bobbie E. Bradford**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #13L823, Madison Co.**

Last 4 digits of account number  **L823**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Allen L. & Carolyn Tate**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L1399, Madison Co.**

Last 4 digits of account number  **1399**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Allen R. Kressley, Jr.**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1778, Madison Co.**

Last 4 digits of account number  **1778**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Young Holdings, Inc.** _____    Case number *(if known)* _____
Name

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alma Singleton**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #16L24, St. Clair Co.**
**Alma Singleton Individually & as Special Administrator of the Estate**
**of Curtis Singleton, Deceased**

Last 4 digits of account number  **6L24**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Althea Elston**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #1622-CC09760, St. Louis City**

Last 4 digits of account number  **9760**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alton & Nellie Taylor**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #14L1505, Madison Co.**

Last 4 digits of account number  **1505**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alton Mathis**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #15L08, Madison Co.**

Last 4 digits of account number  **5L08**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alvin & Catherine A. Flowers**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #14PE-CC00333, Pemiscot Co.**

Last 4 digits of account number  **0333**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alvin & Ruby Duncan**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #15L1621, Madison Co.**

Last 4 digits of account number  **1621**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____        Case number (if known) _____
          Name

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Amy Mason**
**c/o Cates Mahoney, LLC**
**216 West Pointe Dr., Ste. A**
**Belleville, IL 62226**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **8585**

Basis for the claim:  **Case #1622-CC08585, St. Louis City**
**Amy Mason as Representative of the Estate of Nathan A. Mason,**
**Deceased & Christina F. Mason, his wife**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ancelmo & Lucia Rodriguez**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **L122**

Basis for the claim:  **Case #15L122, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrew & Connie S. Slone**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1088**

Basis for the claim:  **Case #10L1088, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrew Feeling**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **9687**

Basis for the claim:  **Case #1622-CC09687, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrew S. McGuire**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **5L69**

Basis for the claim:  **Case #15L69, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Angela Stevenson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1834**

Basis for the claim:  **Case #12L1834, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor　**Young Holdings, Inc.**　　　　　　　　　　　　　　　　Case number *(if known)*　
　　　　　Name

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ann & John Allen**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number　**1039**

Basis for the claim:　**Case #15L1039, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Anna J. & Terry D. Hammons**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number　**1516**

Basis for the claim:　**Case #13L1516, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Anna Maria Rea**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number　**L191**

Basis for the claim:　**Case #16L191, Madison Co.**
**Anna Maria Rea Individualy & as Special Administrator for the Estate**
**of Gian Marco Romano, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Anne & Ronald Henderson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number　**1145**

Basis for the claim:　**Case #15L1145, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Annette Ciancibello**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number　**L290**

Basis for the claim:　**Case #16L290, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Annie Moore**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number　**L688**

Basis for the claim:　**Case #16L688, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Young Holdings, Inc.**

Name _____   Case number (if known) _____

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anthony & Dora Parenti**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L858, Madison Co.**

Last 4 digits of account number  **L858**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anthony & Hilda Jean Decesco**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L41, Madison Co.**

Last 4 digits of account number  **5L41**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anthony Collin**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L426, Madison Co.**

Last 4 digits of account number  **L426**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anthony Jonas and**
**Catholic Family Service**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1624, Madison Co.**

Last 4 digits of account number  **1624**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anthony Kocot & John A. Kocot**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #13L636, Madison Co.**

Last 4 digits of account number  **L636**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Antoninette Krajac & Nicholas Krajac Jr.**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L74, Madison Co.**

Last 4 digits of account number  **4L74**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Archie & Karen Lacy**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1422-CC09295, St. Louis City**

Last 4 digits of account number  **9295**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Young Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Arlen & Leta Luverne Guthmiller**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Case #15L974, Madison Co.**

Last 4 digits of account number **L974**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Arlene & Stephen Schreiber**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Case #14L463, Madison Co.**

Last 4 digits of account number **L463**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Armando Sanchez**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Case #16L10, Madison Co.**
**Armando Sanchez Individually & as Special Administrator for the**
**Estate of Jose Sanchez, Deceased**

Last 4 digits of account number **6L10**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Arthur & Sherran Johnson**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Case #1422CC08951, St. Louis City**

Last 4 digits of account number **8951**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Arthur & Thomas A. Rugar**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Case #14L986, Madison Co.**

Last 4 digits of account number **L986**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Arthur Stenhouse**
**c/o Cooney & Conway**
**120 N. LaSalle Street, 30th Floor**
**Chicago, IL 60602**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Case #2006L013456,  Cook Co.**

Last 4 digits of account number **3456**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**

Name

Case number *(if known)*

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arvin Rooks & Donna McDole**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L1204, Madison Co.**

Last 4 digits of account number  **1204**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arvis & Gwenneth Ann Harding**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L1102, Madison Co.**

Last 4 digits of account number  **1102**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Atanacio & Martha Garcia**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L1483, Madison Co.**

Last 4 digits of account number  **1483**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aubrey Houston**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L414, Madison Co.**

Last 4 digits of account number  **L414**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aubrey Todd & April Burriss**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1172, Madison Co.**

Last 4 digits of account number  **1172**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**August & Donald Krabbenhoft**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1514, Madison Co.**

Last 4 digits of account number  **1514**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barb & Larry Koprivica**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L956, Madison Co.**

Last 4 digits of account number  **L956**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Young Holdings, Inc.**
_____   Case number *(if known)* _____
Name

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barbara & Hewitt Robertson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  6L45**

Basis for the claim:  **Case #16L45, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barbara & John Kinart**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  1170**

Basis for the claim:  **Case #1522-CC11170, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barbara Hunt**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  L861**

Basis for the claim:  **Case #15L861, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barbara Schafer**
**c/o Cooney & Conway**
**120 N. LaSalle Street, 30th Floor**
**Chicago, IL 60602**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7307**

Basis for the claim:  **Case #2006L007307,  Cook Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barbara/Bruce Dice**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  L245**

Basis for the claim:  **Case #17-L-245, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barry L. & Dorothy Rideout**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  1597**

Basis for the claim:  **Case #13L1597, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barry Nash**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  0021**

Basis for the claim:  **Case #1422CC00021, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Benjamin & Victoria Garrett
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #14L212, Madison Co.**

Last 4 digits of account number  **L212**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Benjamin Scrogum & Elizabeth Johnson
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #14L478, Madison Co.**

Last 4 digits of account number  **L478**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Bennie & Patricia Johnson
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #14L776, Madison Co.**

Last 4 digits of account number  **L776**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Berj Hovsepian
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #1522-CC11298, St. Louis City**

Last 4 digits of account number  **1298**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Berkeley Simonds
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #16L857, Madison Co.**
**Berkeley Simonds Individually and as Special Administrator for the**
**Estate of Marjorie Simonds, Deceased**

Last 4 digits of account number  **L857**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Bernard Kunes
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #1622-CC00745, St. Louis City**

Last 4 digits of account number  **0745**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
       Name                                             Case number (if known)

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bernard Kunes**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L286, Madison Co.**

Last 4 digits of account number  **L286**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bernard Setting**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L567, Madison Co.**

Last 4 digits of account number  **L567**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Betty & Jerone Berggren Graff**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1622-CC00802, St. Louis City**
**Betty & Jerone Berggren Graff as Representatives of the Estate of**
**Gordon D. Berggren, Deceased**

Last 4 digits of account number  **0802**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Betty Brenton**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1622-CC00420, St. Louis City**

Last 4 digits of account number  **0420**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Betty D. & Larry Rhodes**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L636, Madison Co.**

Last 4 digits of account number  **L636**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Betty J. Perry**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L439, Madison Co.**

Last 4 digits of account number  **L439**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Young Holdings, Inc.**
_____
Name                                                    Case number (if known) _____

| | |
|---|---|
| **3.81** | |

**Nonpriority creditor's name and mailing address**

**Betty R. Finch & Beth Darlene Upton**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L895**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #14L895, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.82** | |

**Nonpriority creditor's name and mailing address**

**Beverly & George Smith**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L633**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #16L633, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.83** | |

**Nonpriority creditor's name and mailing address**

**Bill & Marion Jonker**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **9089**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #1422-CC09089, St. Louis City**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.84** | |

**Nonpriority creditor's name and mailing address**

**Bill & Nancy Summers**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

Date(s) debt was incurred _

Last 4 digits of account number  **0346**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #1522-CC10346, St. Louis City**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.85** | |

**Nonpriority creditor's name and mailing address**

**Bill D. & Judith A. Collins**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L124**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #15L124, St. Clair Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.86** | |

**Nonpriority creditor's name and mailing address**

**Billie & Wilbur Everett**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **0752**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #1322CC00752, St. Louis City**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.87** | |

**Nonpriority creditor's name and mailing address**

**Billie Ashton**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

Date(s) debt was incurred _

Last 4 digits of account number  **L649**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #14L649, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Billie Jean & Harold Victor Kennedy**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L845**

Basis for the claim:  **Case #14L845, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Billie Kelley**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5467**

Basis for the claim:  **Personal Representative of the Estate of Carl Kelley,**
**Deceased, Case #1416CV15467, Jackson Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Billy & Barbara Hill**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8911**

Basis for the claim:  **Case #1422CC08911, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Billy & Darlyne Smith**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9104**

Basis for the claim:  **Case #1422CC09104, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Billy & Linda Stark**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L257**

Basis for the claim:  **Case #16L257, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Billy & Syble Cummings**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L606**

Basis for the claim:  **Case #16L606 , Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Billy & Vicky Boyett**
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Date(s) debt was incurred __

Last 4 digits of account number **0152**

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1422CC00152, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95**

**Nonpriority creditor's name and mailing address**

**Billy E. Whaley**
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred __

Last 4 digits of account number **0492**

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC00492, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96**

**Nonpriority creditor's name and mailing address**

**Billy V. & Shirley A. Crews**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred __

Last 4 digits of account number **1462**

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L1462, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Billy W. & Bonnie Mayfield**
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred __

Last 4 digits of account number **L438**

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L438, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Bob & Jill McQueeney**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred __

Last 4 digits of account number **5L88**

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L88, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Bob and Norma Eavey**
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Date(s) debt was incurred __

Last 4 digits of account number **1736**

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L1736, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Bob Lee Couch**
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Date(s) debt was incurred __

Last 4 digits of account number **L166**

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L166, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____   Case number (if known) _____
Name

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby & Nancy Wallace**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #14L643, Madison Co.**

Last 4 digits of account number  **L643**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby & Pamela Phillips**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #15L940, Madison Co.**

Last 4 digits of account number  **L940**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby & Teresa Ring**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #15L613, Madison Co.**

Last 4 digits of account number  **L613**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby D. Coats, Sr. & Tonya Coats**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #13L371, St. Clair Co.**

Last 4 digits of account number  **L371**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby Flake & Gail Dennis**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #1422CC00067, St. Louis City**

Last 4 digits of account number  **0067**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby Joe Holder**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #09L135, Madison Co.**

Last 4 digits of account number  **L135**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bobby Lynn Byler**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #16L78, Madison Co.**

Last 4 digits of account number  **6L78**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                                    Case number (if known) _____

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bobby Malone**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L1072, Madison Co.**

Last 4 digits of account number  **1072**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bobby W. & Linda C. Roberson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L693, Madison Co.**

Last 4 digits of account number  **L693**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bobby W. Miller & Debra Stillwell**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #12L425, Madison Co.**

Last 4 digits of account number  **L425**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Booker T. & Annie Edwards**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #13L489, Madison Co.**

Last 4 digits of account number  **L489**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Boyce & Hattie M. Stackhouse**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #12L268, Madison Co.**

Last 4 digits of account number  **L268**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Boyce & Sandra Lawrence**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L950, Madison Co.**

Last 4 digits of account number  **L950**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Boyd Buesking**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #11L1043, Madison Co.**

Last 4 digits of account number  **1043**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.115**

**Nonpriority creditor's name and mailing address**

**Brenda Harris**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **6L82**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L82, Madison Co.**
**Brenda Harris Individually & as Legal Representative for the Estate of Thomas Harris, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116**

**Nonpriority creditor's name and mailing address**

**Brenda K. Taucher, Julie Crawford,**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **0862**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC10862, St. Louis City**
**Brenda K. Taucher, Julie Crawford, Deborah Taucher & Johnna Fierro as the surviving heirs of John P. Taucher, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117**

**Nonpriority creditor's name and mailing address**

**Bridget & Craig Maxwell**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L520**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L520, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118**

**Nonpriority creditor's name and mailing address**

**Bruce & Jeanette Kelly**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1619**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1619, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119**

**Nonpriority creditor's name and mailing address**

**Bruce & Mary Ann Erickson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1962**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #13L1962, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120**

**Nonpriority creditor's name and mailing address**

**Bruce & Mary E. Nowakowski**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1221**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L1221, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Young Holdings, Inc.**
　　　　Name

Case number (*if known*) _____

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Bryan & Sharon Rutledge**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6L54**

Basis for the claim:  **Case #16L54, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Buford & Berta Pittman**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1045**

Basis for the claim:  **Case #16L1045, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Calvin & Sandra Napier**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L601**

Basis for the claim:  **Case #15L601, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Carey Schell**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L836**

Basis for the claim:  **Case #16L836, Madison Co.**
**Carey Schell Individually & as Special Administrator for the Estate of**
**Derle Schell, Deceased**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Carl & Alta Hayes**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L952**

Basis for the claim:  **Case #14L952, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Carl & Donna Rhymer**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1456**

Basis for the claim:  **Case #16L1456, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carl & Susan Tyson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L262, Madison Co.**

Last 4 digits of account number  **L262**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carl Buchanan**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L748, Madison Co.**

Last 4 digits of account number  **L748**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carl Henry Baumgarten & Donna Ryckaert**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L228, Madison Co.**

Last 4 digits of account number  **L228**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carlos & Luz Aydee Negrete Dominguez**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L1060, Madison Co.**

Last 4 digits of account number  **1060**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carlos Tarin**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1622-CC04889, St. Louis City**

Last 4 digits of account number  **4889**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carol & Clearence Deroshia**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1305, Madison Co.**

Last 4 digits of account number  **1305**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carol & Dean Lawrence**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1422CC00531, St. Louis City**

Last 4 digits of account number  **0531**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name                                                                                      Case number (if known) _____

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carol & Lloyd K. Hendrickson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **15L6**

Basis for the claim: **Case #15L6, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carol & William J. Cote**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L513**

Basis for the claim: **Case #15L513, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carol Ann Lamparty & James Lamparty Sr.**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **14L4**

Basis for the claim: **Case #14L4, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carol Desmarias**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1295**

Basis for the claim: **Case #15L1295, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carol/Donald Treese**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0600**

Basis for the claim: **Case #1722-CC00600, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carolyn M. & Edward H. Schulte**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0536**

Basis for the claim: **Case #1622-CC00536, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carolyn Weathers**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0305**

Basis for the claim: **Case #1622-CC00305, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Young Holdings, Inc._____     Case number (if known) _____
         Name

| | |
|---|---|
| **3.141**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **Unknown** |

**3.141**   **Nonpriority creditor's name and mailing address**

**Carroll E. Reidelberger & Lynette Stuebe**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred  _

Last 4 digits of account number  __1987__

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #13L1987, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142**   **Nonpriority creditor's name and mailing address**

**Cathy & Barry Teetor**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred  _

Last 4 digits of account number  __1474__

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #14L1474, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143**   **Nonpriority creditor's name and mailing address**

**Cathy Packham et al.**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred  _

Last 4 digits of account number  __1337__

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #16L1337, Madison Co.__
__Cathy Packham et al. Individually & as Co-Personal Representatives__
__of the Estate of Gladys Marie Mahan, Deceased__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144**   **Nonpriority creditor's name and mailing address**

**Chad Briney**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

Date(s) debt was incurred  _

Last 4 digits of account number  __1503__

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #15L1503, Madison Co.__
__Chad Briney Individually & as Special Administrator for the Estate of__
__Rosemary Jones-Briney, Deceased__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145**   **Nonpriority creditor's name and mailing address**

**Charleen & David Zeigler**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred  _

Last 4 digits of account number  __L951__

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #14L951, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146**   **Nonpriority creditor's name and mailing address**

**Charlene Johnson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred  _

Last 4 digits of account number  __L399__

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #16L399, Madison Co.__
__Charlene Johnson Individually & as Executrix for the Estate of Harry__
__J. Carver, Deceased__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
  Name                                                    Case number (if known) _____

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charlene Roughton**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L674**

Basis for the claim:  **Case #16L674, Madison Co.**
**Charlene Roughton Individually & as Special Administrator for the**
**Estate of Gary Roughton, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charles & & Margie McClanahan**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L212**

Basis for the claim:  **Case #15L212, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charles & Anna Baxter**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1992**

Basis for the claim:  **Case #13L1992, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charles & Carol Plake**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L359**

Basis for the claim:  **Case #15L359, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charles & Gloria Loeffelholz**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L177**

Basis for the claim:  **Case #17-L-177, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charles & Kathy A. Keppel**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L801**

Basis for the claim:  **Case #14L801, St. Clair Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charles & Leanna Coats**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1265**

Basis for the claim:  **Case #1422-CC01265, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Young Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles & Lena Campbell**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14-CV-01489, USDC-ED**

Last 4 digits of account number  **1489**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles & Marjorie Holland**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #12L1207, Madison Co.**

Last 4 digits of account number  **1207**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles & Mary Nichols**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1522-CC10541, St. Louis City**

Last 4 digits of account number  **0541**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles & Patricia Dyer**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L548, Madison Co.**

Last 4 digits of account number  **L548**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles & Sharon Dare**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L681, St. Clair Co.**

Last 4 digits of account number  **L681**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles & Wanda Barnes**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #13L1575, Madison Co.**

Last 4 digits of account number  **1575**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles Breeding & Otis Goodin**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1422-CC10224, St. Louis City**

Last 4 digits of account number  **0224**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charles Broadnax & Tanya Benson**
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L364, Madison Co.**

Last 4 digits of account number  **L364**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charles Crane & Glenn Crane**
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1013, Madison Co.**

Last 4 digits of account number  **0113**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charles D. LaRue**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L915, Madison Co.**
**Charles D. LaRue Individually & as Special Administrator for the Estate of Darlene R. LaRue, Deceased**

Last 4 digits of account number  **L915**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charles Fulker & Michael Braun**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1371, Madison Co.**

Last 4 digits of account number  **1371**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charles Howman**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L1298, Madison Co.**
**Charles Howman Individually & as Special Administrator for the Estate of Mary Howman, Deceased**

Last 4 digits of account number  **1298**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Charles Johnson**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L1071, Madison Co.**
**Charles Johnson Individually & as Special Administrator for the Estate of Lula Johnson, Deceased**

Last 4 digits of account number  **1071**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Charles L. & Carolyn Jones
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #54L816, Madison Co.**

Last 4 digits of account number  **L816**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Charles M. Ronau
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #15L1647, Madison Co.**

Last 4 digits of account number  **1647**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Charles Martin
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #16L833, Madison Co.**

Last 4 digits of account number  **L833**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Charles Nixon Clark & Glenda Clark
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #11L414, Madison Co.**

Last 4 digits of account number  **L414**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Charles Pinkston
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #1622-CC10062, St. Louis City**

Last 4 digits of account number  **0062**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Charles W.  & Delores Davis
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #14L891, Madison Co.**

Last 4 digits of account number  **L891**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Charlie & Pearlie Costict
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #14L1083, Madison Co.**

Last 4 digits of account number  **1083**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____     Case number (if known) _____
Name

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

3.174   Nonpriority creditor's name and mailing address

**Charlotte E. Eustice**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1178**

Basis for the claim:  **Case #1622-CC01178, St. Louis City**
**Charlotte E. Eustice Representative of the Estate of Mart L. Eustice,**
**Jr., Deceased**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

3.175   Nonpriority creditor's name and mailing address

**Charrlette Jones**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L197**

Basis for the claim:  **Case #16L197, St. Clair Co.**
**Charrlette Jones Individually & as Special Administrator of the Estate**
**of Alfred E. Jones, Deceased**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

3.176   Nonpriority creditor's name and mailing address

**Chelsea Bailey**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L497**

Basis for the claim:  **Case #16L497, Madison Co.**
**Chelsea Baily Individually & as Special Administrator for the Estate of**
**Dwayne Frye, Deceased**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

3.177   Nonpriority creditor's name and mailing address

**Cheryl & Gary John Fierk**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0618**

Basis for the claim:  **Case #1422CC00618, St. Louis City**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

3.178   Nonpriority creditor's name and mailing address

**Cheryl L. & Chance W. Taylor**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L652**

Basis for the claim:  **Case #15L652, Madison Co.**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

3.179   Nonpriority creditor's name and mailing address

**Cheryl M. Cooper & John Dunnahoe**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L494**

Basis for the claim:  **Case #15L494, Madison Co.**

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| | |
|---|---|
| Debtor | **Young Holdings, Inc.** |
| | Name |

Case number *(if known)* _____

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chester & Patricia Snider**
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **8431**

Basis for the claim:  **Case #22052-08431, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chester Depowski, Jr.**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **L745**

Basis for the claim:  **Case #16L745, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christine Burke**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **L363**

Basis for the claim:  **Case #16L363, Madison Co.**
**Christine Burke Individually & as Special Administrator for the Estate of Guy M. Delong, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christine Judd**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **L428**

Basis for the claim:  **Case #16L428 , Madison Co.**
**Christine Judd Individually & as Special Administrator for the Esate of Darrell Judd, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christine Mast**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **9752**

Basis for the claim:  **Case #1622-CC09752, St. Louis City**
**Christine Mast Stacy Graybill as the Surviving Heirs of Stanley Graybill, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher & Richard Hulting**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **L379**

Basis for the claim:  **Case #17-L-3791, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Young Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Hackney & Chasity Bolden**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #14L1526, Madison Co.**

Last 4 digits of account number **1526**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clarence  & Evelyn Williams**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #16L710, Madison Co.**

Last 4 digits of account number **L710**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clarence & Gladys Partin**
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #11L484, St. Clair Co.**

Last 4 digits of account number **L484**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clarence & Portia Joyner**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #16L1028 , Madison Co.**

Last 4 digits of account number **1028**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clarence Colbert**
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #1522-CC10135, St. Louis City**

Last 4 digits of account number **0135**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clarence R. & Barbara Jean Olson**
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #09L638, Madison Co.**

Last 4 digits of account number **L638**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                    Case number (if known) _____

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clarice Zirkle**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1073**

Basis for the claim:  **Case #16L1073, Madison Co.**
**Clarice Zirkle Individually & as Special Administrator for the Estate of**
**Raymond Zirkle, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clark Draper et al**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5866**

Basis for the claim:  **Case #1622-CC05866, St. Louis City**
**Clark Draper et al as the Surviving Heirds of Johnnie Draper,**
**Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Claude Knox**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1176**

Basis for the claim:  **Case #16L1176, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clement E. Murphy**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L457**

Basis for the claim:  **Case #15L457, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cleo F. & Loy Carrell**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L267**

Basis for the claim:  **Case #16L267, St. Clair Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cleve Cotton**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L651**

Basis for the claim:  **Case #14L651, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____          Case number (if known) _____
Name

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clifford  Adiam & Shelly Salkon**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1773, Madison Co.**

Last 4 digits of account number  **1773**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clifford & Joyce Walk**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L1519, Madison Co.**

Last 4 digits of account number  **1519**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clifford & Leona Barry**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #13L1278, Madison Co.**

Last 4 digits of account number  **1278**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clifford Bagby**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1622-CC10052, St. Louis City**

Last 4 digits of account number  **0052**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clifford Bliss**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #17-L-278, Madison Co.**

Last 4 digits of account number  **L278**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clifford Caubarreaux**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L519, Madison Co.**

Last 4 digits of account number  **L519**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clifford Reich & Danny Reich**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L856, Madison Co.**

Last 4 digits of account number  **L856**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name                                                              Case number (if known) _____

| | | |
|---|---|---|
| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Clinus & Teresa Slone**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **L278**

**Basis for the claim:**  **Case #09L278, St. Clair Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Clyde & Deborah Coleman**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **09L2**

**Basis for the claim:**  **Case #09L2, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Clyde & Judith Perkins**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **L697**

**Basis for the claim:**  **Case #16L697, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Clyde & Patricia (Riff) Williams**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0187**

**Basis for the claim:**  **Case #1422-CC10187, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Clyde Jones & Sandra Porter**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **L414**

**Basis for the claim:**  **Case #14L414, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Clyde Lick & Heather L. Stoutenburg**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3009**

**Basis for the claim:**  **Case #1422-CC10309, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Young Holdings, Inc.**

Name

Case number (if known) _____

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Colleen Bracci**
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred  _

Last 4 digits of account number  **1493**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Individually & as Special Administrator of the Estate of Kathleen F. Dewoody, Deceased Case #15L1493, Madison Co.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Colleen Snyder**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred  _

Last 4 digits of account number  **1563**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1563, Madison Co. Colleen Snyder Individually & as Special Administrator for the Estate of Robert Snyder, Deceased**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Colleen Tucker**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred  _

Last 4 digits of account number  **L676**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case # 16L676, Madison Co. Colleen Tucker Individually & as Special Administrator for the Estate of Lester Andes, Deceased**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Colleen Wells**
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Date(s) debt was incurred  _

Last 4 digits of account number  **0003**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14PR-CC00003, Perry Co. Colleen Wells as Personal Representative of the Estate of Ronald Wells, & Colleen Wells Individually**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Connie J. Wise, Corey Wise,**
**Carey, Danis & Lowe**
8235 Forsyth Blvd., #1100
Saint Louis, MO 63105

Date(s) debt was incurred  _

Last 4 digits of account number  **0216**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC10216, St. Louis City Connie J. Wise, Corey Wise & Dustin Wise as the Surviving Heirs of Leroy A. Wise, Jr., Deceased**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Connie R. Younger & Lisa K. Kuehl**
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred  _

Last 4 digits of account number  **0554**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC00554, St. Louis City**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Conrad Bauer**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1362, Madison Co.**

Last 4 digits of account number  **1362**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Conrad Fieser & Loretta M. Fieser**
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1422-CC09147, St. Louis City**

Last 4 digits of account number  **9147**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Corrine Jackson**
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L1569, Madison Co.**
**Corrine Jackson Individually & as Special Administrator of the Estate of Luke L. Jackson, Jr., Deceased**

Last 4 digits of account number  **1569**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cosmo Lafauci, Jr.**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L1226, Madison Co.**
**Cosomo Lafauci, Jr. Individually & as Special Administrator for the Estate of Cosmo Lafauci, Sr., Deceased**

Last 4 digits of account number  **1226**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Crescencio & Carmen Diaz**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L1446, Madison Co.**

Last 4 digits of account number  **1446**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Curtis Burkes**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1522-CC09858, St. Louis City**

Last 4 digits of account number  **9856**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Young Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.223**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Curtis Stoner & Marilyn Weaver**<br>**c/o SWMK Law LLC**<br>**701 Market Street, Suite 1575**<br>**Saint Louis, MO 63102** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #15L897, Madison Co.** | |
| Last 4 digits of account number **L897** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.224**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Cynthia Osborne**<br>**c/o Gori Julian & Associates**<br>**156 N. Main St.**<br>**Edwardsville, IL 62025** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #16L257, St. Clair Co.**<br>**Cynthia Osborne Individually & as Special Administrator of the Estate**<br>**of Gale Osborne, Deceased** | |
| Last 4 digits of account number **L257** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.225**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Dae Geiver**<br>**c/o Shrader & Assoc., LLP**<br>**22A Ginger Creek Parkway**<br>**Glen Carbon, IL 62034** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #16L24, Madison Co.**<br>**Dae Geiver Individually & as Special Administrator of the Estate of**<br>**Steve Daniuel Geiver, Deceased** | |
| Last 4 digits of account number **6L24** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.226**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Dale & Donna Born**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #16L137, Madison Co.** | |
| Last 4 digits of account number **L137** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.227**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Dale & Shirley Green**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #16L959, Madison Co.** | |
| Last 4 digits of account number **L959** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.228**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Dale E. & Evalyn R. Widener**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #15L106, Madison Co.** | |
| Last 4 digits of account number **L106** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                          Case number _(if known)_ _____

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Dale F. & Paula J. Peek**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1044**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #11L1044, Madison Co.**

Is the claim subject to offset? ■ No □ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Dale R. Greer**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1532**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1532, Madison Co.**
**Dale R. Greer Individually & as Special Administrator of the Estate of**
**Carolyn F. Greer, Deceased**

Is the claim subject to offset? ■ No □ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Dale T. Johnson**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L745**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #10L745, Madison Co.**

Is the claim subject to offset? ■ No □ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Dale Turville**
**c/o Wylder Corwin Kelly**
**207 E. Washington, Ste. 102**
**Bloomington, IL 61701**

Date(s) debt was incurred _

Last 4 digits of account number  **1L42**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #11L42, Winnebago Co.**

Is the claim subject to offset? ■ No □ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Dallas & Carl Wagner**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **0449**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1522-CC10449, St. Louis City**

Is the claim subject to offset? ■ No □ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Dallas & Deborah Travers**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L560**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L560, Madison Co.**

Is the claim subject to offset? ■ No □ Yes

---

Debtor    **Young Holdings, Inc.** _____  Case number *(if known)* _____
         Name

| | |
|---|---|
| **3.235**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**3.235**

Nonpriority creditor's name and mailing address
Dan Watt
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _
Last 4 digits of account number **0160**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #1422-CC10160, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236**

Nonpriority creditor's name and mailing address
**Daniel & Cynthia Louise Inlow**
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Date(s) debt was incurred _
Last 4 digits of account number **0007**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #1422CC00007, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237**

Nonpriority creditor's name and mailing address
**Daniel & Melody Rawe**
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Date(s) debt was incurred _
Last 4 digits of account number **0578**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #1622-CC10578, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238**

Nonpriority creditor's name and mailing address
**Daniel Anne**
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred _
Last 4 digits of account number **L588**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #16L588, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239**

Nonpriority creditor's name and mailing address
**Daniel C. Dean**
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _
Last 4 digits of account number **5L68**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #15L68, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240**

Nonpriority creditor's name and mailing address
**Daniel Marshall & Steven Marshall**
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Date(s) debt was incurred _
Last 4 digits of account number **1139**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #1422-CC01139, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

Debtor     **Young Holdings, Inc.**
_____        Case number (if known) _____
                    Name

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Vinke**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1391**

Basis for the claim:  **Case #15L1391, Madison Co.**
**Daniel Vinke Individually & as Special Administrator for the Estate of**
**Cornelius Vinke, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Wallace**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L467**

Basis for the claim:  **Case #16L467, St. Clair Co.**
**Daniel Wallace Individually & as Special administrator of the Estate of**
**Bonita Wallace, Deceased**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Danielle Brown**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L565**

Basis for the claim:  **Case #16L565, Madison Co.**
**Danielle Brown Individually & as Special Administrator for the Estate**
**of Robert Warner Brown, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Danny & Mary Thomas**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L355**

Basis for the claim:  **Case #15L335, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Danny & Robin Smith**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1665**

Basis for the claim:  **Case #15L1665, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Danny E. & Lois Brown**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1724**

Basis for the claim:  **Case #14L1724, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Young Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.247** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Danny Hatfield**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1536**

Basis for the claim:  **Case #1622-CC01536, St. Louis City**
**Danny Hatfield Individually & as Special Administrator of the Estate of**
**Venida Hatfield, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Darin Mooris**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **L817**

Basis for the claim:  **Case #16L817, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Darlene & Carroll Garrison**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **9077**

Basis for the claim:  **Case #1422-CC09077, Jasper County, MO**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Darlene J. & Thomas C. Figura**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **L542**

Basis for the claim:  **Case #14L542, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Darold & Pauline W. Neal**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **9042**

Basis for the claim:  **Case #1422-CC09042, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Darrell & Arletta Roberts**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0067**

Basis for the claim:  **Case #14DU-CC00067, Dunklin County**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**

Name

Case number (if known) _____

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darrell & Cynthia Molidor**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1459**

Basis for the claim: **Case #16L1459, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darrell & Judith Sumpter**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0251**

Basis for the claim: **Case #1322CC10251, St. Louis City**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darrell Little & Brenda S. Beaudoin**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L369**

Basis for the claim: **Case #15L369, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darren Todd**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1625**

Basis for the claim: **Case #15L1625, Madison Co.**
**Darren Todd Individualy and as Special Administrator for the Estate**
**of Jimmie Clark, Deceased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darris J. Stavely**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1689**

Basis for the claim: **Case #15L1689, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daryl Robinson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1051**

Basis for the claim: **Case #16L1051, Madison Co.**
**Daryl Robinson Individually & as Special Administrator of the Estate**
**of Dale Robinson, Deceased**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**David & Ina Wingo**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **L698**

Basis for the claim:  **Case #15L698, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.260** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**David & Jacob Garner**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **9827**

Basis for the claim:  **Case #1322CC09827, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.261** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**David & Jone Pedersen**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1027**

Basis for the claim:  **Case #15L1027, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.262** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**David & Natalie Selman**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1038**

Basis for the claim:  **Case #15L1038, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.263** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**David & Patricia Morrow**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **L336**

Basis for the claim:  **Case #16L336, St. Clair Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**David & Peggy Lineberry**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **L134**

Basis for the claim:  **Case #16L134, St. Clair Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.265** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**David & Sharon Hohlfeld**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0589**

Basis for the claim:  **Case #1522-CC00589, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Young Holdings, Inc.**                                                    Case number (if known)
                Name

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**David C. & Lois Pfau**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #17-L-438, Madison Co.**

Last 4 digits of account number  **L438**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**David C. Albers, Sr.**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L339, Madison Co.**

Last 4 digits of account number  **L339**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**David Campbell**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L612, Madison Co.**
**David Campbell Individually & as Special Administrator for the Estate**
**of Robert A. Campbell Sr., Deceased**

Last 4 digits of account number  **L612**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**David Carr**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1422-CC09510, St. Louis City**

Last 4 digits of account number  **9510**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**David Crose**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L675 , Madison Co.**

Last 4 digits of account number  **L675**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**David Evans & Kenneth A. Evans**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1451, Madison Co.**

Last 4 digits of account number  **1451**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____    Case number (if known) _____
Name

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Flynn**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1737, Madison Co.**

Last 4 digits of account number  **1737**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Hayward**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L1304, Madison Co.**

Last 4 digits of account number  **1304**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David L. Bode & Jason Bode**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #13L495, Madison Co.**

Last 4 digits of account number  **L495**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David L. Robison**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L727, Madison Co.**

Last 4 digits of account number  **L727**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David M. Hydar**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1622-CC01171, St. Louis City**

Last 4 digits of account number  **1171**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Mehner**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L436, Madison Co.**

Last 4 digits of account number  **L436**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Morrison**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L229, Madison Co.**

Last 4 digits of account number  **L229**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**David Springer & Paul Springer**
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #1422-CC009266, St. Louis City**

Last 4 digits of account number **9266**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**David T. Mader & Lisa A. Mader**
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #13L1520, Madison Co.**

Last 4 digits of account number **1520**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**David/Kevin & Diamondson**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #17-L-280, Madison Co.**

Last 4 digits of account number **L280**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Debbie Nidiffer**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #16L135, Madison Co.**
**Debbie Nidiffer Individually and as Special Administrator for the**
**Estate of Frank Nidiffer, Deceased**

Last 4 digits of account number **L135**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Deborah Mogel**
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Individually & as Special Administrator of the Estate**
**of Cyril Reesby, Deceased**
**Case #15L1589, Madison Co.**

Last 4 digits of account number **1589**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Deborah Wynn & Patered A. Wynn, Jr.**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L896, Madison Co.**

Last 4 digits of account number **L896**

Is the claim subject to offset? ☐ No ☐ Yes

Debtor   **Young Holdings, Inc.**

Name
　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Debra & Kenneth Harazin**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **L867**

Basis for the claim:  **Case #16L867, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Debra Ann & David Rhoads**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **L868**

Basis for the claim:  **Case #16L868, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delbert & Carol Paris**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **L974**

Basis for the claim:  **Case #10L974, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delbert & Kandise Shobe**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **L992**

Basis for the claim:  **Case #16L992, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Deloras Grant & Joyce Howard**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1185**

Basis for the claim:  **Case #14L1185, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delores Dvorak & Carolyn Merseal**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **9791**

Basis for the claim:  **Case #1622-CC09791, St. Louis City**
**Delores Dvorak and Carolyn Merseal, as the Surviving Heires of**
**Joseph Dvorak, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delores Skinner & Sarita Little**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0111**

Basis for the claim:  **Case #1522-CC00111, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Young Holdings, Inc.**                                                Case number (if known) _____

     Name

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Delroy Manross & Jan Cunningham**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1469**

Basis for the claim:  **Case #14L1469, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Denis Doucette**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1343**

Basis for the claim:  **Case #16L1343, Madison Co.**
**Denis Doucette Individually & as Special Administrator of the Estate**
**of Carol Ann Doucette, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Denise Shelby**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **15AS**

Basis for the claim:  **Case #MID-L-06661-15AS, Superior Court of NJ,**
**Middlsex Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dennis & Janice Bucell**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0682**

Basis for the claim:  **Case #1422CC00682, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dennis & Leona Robertson**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1727**

Basis for the claim:  **Case #14L1727, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dennis & Sandy Thayer**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1067**

Basis for the claim:  **Case #16L1067, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**

Name    Case number (if known)

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dennis & Susan Martin**
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #1622-CC01265, St. Louis City**

Last 4 digits of account number  **1265**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dennis Bruce**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #11L956, Madison Co.**

Last 4 digits of account number  **L956**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dennis C. & Josesph Johnson**
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #12L193, Madison Co.**

Last 4 digits of account number  **L193**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dennis F. & Janis Manns**
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L606, St. Clair Co.**

Last 4 digits of account number  **L606**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dennis M. & Denise M. Fisher**
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #12L345, Madison Co.**

Last 4 digits of account number  **L345**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dennis Monroe**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #10L916, Madison Co.**

Last 4 digits of account number  **L916**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dennis P. Graves**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L599**

Basis for the claim:  **Case #16L599, Madison Co.**
**Dennis P. Graves Individually & as Special Administrator for the**
**Estate of Hubert P. Graves, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dennis Witherspoon & Vickie Witham**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L787**

Basis for the claim:  **Case #12L787, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Densil L. & Velma Drane**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1422**

Basis for the claim:  **Case #12L1422, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Diana Pittman**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1157**

Basis for the claim:  **Case #16BU-CV01157, Buchanan Co.**
**Diana Pittmann as the surviving heir of Larry Pittman**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dianne Averett & Sandra D. Watts**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2032**

Basis for the claim:  **Case #12L2032, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dirk Vankrimpen & Dirk Vankrimpen, Jr.**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1446**

Basis for the claim:  **Case #14L1446, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Young Holdings, Inc.**
_____      Case number (if known) _____
Name

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Dolores Powell Nickens**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L117**

Basis for the claim:  **Case #16L117, Madison Co.**
**Dolores Powell Nickens Individually and as Special Administrator for**
**the Estate of Thomas Nickens, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Dolores Pruitt**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0423**

Basis for the claim:  **Case #1622-CC00423, St. Louis City**
**Dolores Pruitt as the surviving heir of David Pruitt, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Dolores Reiche, Gilbert Reiche, and**
**Doug Reiche**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9792**

Basis for the claim:  **Case #1322CC09792, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Don & Dolores Paulsen**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4L23**

Basis for the claim:  **Case #14L23, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Don Herzinger & Marian Powell Herzinger**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9947**

Basis for the claim:  **Case #1322CC09947, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Donald & Ann Gauvin**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1579**

Basis for the claim:  **Case #14L1579, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.316**

**Nonpriority creditor's name and mailing address**
Donald & Betty Liptow
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred  _

Last 4 digits of account number  **L413**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L413, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.317**

**Nonpriority creditor's name and mailing address**
Donald & Beverly Ward
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred  _

Last 4 digits of account number  **L339**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #17-L-339, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.318**

**Nonpriority creditor's name and mailing address**
Donald & Janice Mullins
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred  _

Last 4 digits of account number  **L530**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L530, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.319**

**Nonpriority creditor's name and mailing address**
Donald & Jessie Reeves
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred  _

Last 4 digits of account number  **1225**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1522-CC11225, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.320**

**Nonpriority creditor's name and mailing address**
Donald & Leotta Choate
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred  _

Last 4 digits of account number  **9078**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1422-CC09078, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.321**

**Nonpriority creditor's name and mailing address**
Donald & Margaret Barnes
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Date(s) debt was incurred  _

Last 4 digits of account number  **9991**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1322CC09991, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.322**

**Nonpriority creditor's name and mailing address**
Donald & Marilyn Eldredge
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred  _

Last 4 digits of account number  **L228**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L228, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor   **Young Holdings, Inc.**
_____
Name                                                          Case number (if known) _____

| | | |
|---|---|---|
| 3.323 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Nonpriority creditor's name and mailing address**
Donald & Mary Harrison
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1153**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1153, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

3.324
**Nonpriority creditor's name and mailing address**
**Donald & Mildred Wolf**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L655**

**Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L655, St. Clair Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

3.325
**Nonpriority creditor's name and mailing address**
**Donald & Patricia Boucher**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L108**

**Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L108, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

3.326
**Nonpriority creditor's name and mailing address**
**Donald & Patricia Demaria**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **6L62**

**Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L62, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

3.327
**Nonpriority creditor's name and mailing address**
**Donald & Shirley Jordan**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **16L8**

**Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L8, St. Clair Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

3.328
**Nonpriority creditor's name and mailing address**
**Donald & Wanda Kisner**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1397**

**Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #12L1397, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

3.329
**Nonpriority creditor's name and mailing address**
**Donald Bewley**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **8780**

**Unknown**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1322CC08780, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Young Holdings, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Donald Boule & Kerry Maletich** | ☐ Contingent | |
| | **c/o SWMK Law LLC** | ☐ Unliquidated | |
| | **701 Market Street, Suite 1575** | ☐ Disputed | |
| | **Saint Louis, MO 63102** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Case #15L1064, Madison Co.** | |
| | Last 4 digits of account number  **1064** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Donald Cummins & John Pritchard** | ☐ Contingent | |
| | **c/o Simmons Hanly Conroy** | ☐ Unliquidated | |
| | **One Court St.** | ☐ Disputed | |
| | **Alton, IL 62002** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Case #16L665 , Madison Co.** | |
| | Last 4 digits of account number  **L665** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Donald D.  & Evelyn K. Dixon** | ☐ Contingent | |
| | **c/o Napoli Shkolnik, PLLC** | ☐ Unliquidated | |
| | **103 West Vandalia St., Suite 125** | ☐ Disputed | |
| | **Edwardsville, IL 62025** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Case #12L494, Madison Co.** | |
| | Last 4 digits of account number  **L494** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Donald D. & Evelyn K. Dixon** | ☐ Contingent | |
| | **c/o Napoli Shkolnik, PLLC** | ☐ Unliquidated | |
| | **103 West Vandalia St., Suite 125** | ☐ Disputed | |
| | **Edwardsville, IL 62025** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Case #12L494, Madison Co.** | |
| | Last 4 digits of account number  **L494** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Donald D. Fulton** | ☐ Contingent | |
| | **c/o Napoli Shkolnik, PLLC** | ☐ Unliquidated | |
| | **103 West Vandalia St., Suite 125** | ☐ Disputed | |
| | **Edwardsville, IL 62025** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Case #11L735, Madison Co.** | |
| | Last 4 digits of account number  **L735** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Donald Gasch** | ☐ Contingent | |
| | **c/o Simmons Hanly Conroy** | ☐ Unliquidated | |
| | **One Court St.** | ☐ Disputed | |
| | **Alton, IL 62002** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Case #1622-CC00512, St. Louis City** | |
| | Last 4 digits of account number  **0512** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| | **Donald H.  & Cheryl M. Edwards** | ☐ Contingent | |
| | **c/o Maune, Raichle, Hartley,** | ☐ Unliquidated | |
| | **French & Mudd** | ☐ Disputed | |
| | **1015 Locust St., #1200** | | |
| | **Saint Louis, MO 63101** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Case #16L325, Madison Co.** | |
| | Last 4 digits of account number  **L325** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                        Case number (if known) _____

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Donald Harris, Wendy McIntosh,
Bryan Harris & Melanie Russell
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #1422-CC09385, St. Louis City**

Last 4 digits of account number  **9385**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Donald Hooks & Steven Hooks
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #13L470, Madison Co.**

Last 4 digits of account number  **L470**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Donald K. & Constance L. Allison
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #16L1026, Madison Co.**

Last 4 digits of account number  **1026**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Donald L. & Doris J. Camp
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #1522-CC11031, St. Louis City**

Last 4 digits of account number  **1031**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Donald M. Lowe, Sr. & Mary M. Lowe
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #10L882, Madison Co.**

Last 4 digits of account number  **L882**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Donald Mayer & Mark E. Mayer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #1422CC01260, St. Louis City**

Last 4 digits of account number  **1260**

Is the claim subject to offset? ☑ No   ☐ Yes

---

Debtor    **Young Holdings, Inc.**                                          Case number (if known)
_____
Name

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Donald Perkins
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1074**

Basis for the claim: **Case #15L1074, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Donna & Charles Burney
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4L18**

Basis for the claim: **Case #14L18, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Donna Arkow
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1131**

Basis for the claim: **Case #16L1131, Madison Co.**
**Donna Arkow Individually & as Special Administrator for the Estate of John Matthews, Deceased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Donna Fox
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1257**

Basis for the claim: **Case #15L1257, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Donna L. Gambill
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1369**

Basis for the claim: **Case #16L1369, Madison Co.**
**Donna L. Gambill Individually & as Special Administrator for the Estate of Glen H. Gambill, Deceased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Donna Rae & Bobby Evans
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L515**

Basis for the claim: **Case #12L515, St. Clair Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor     **Young Holdings, Inc.**
_____     Case number *(if known)* _____
Name

| | |
|---|---|
| 3.349 | **Nonpriority creditor's name and mailing address** |

**3.349**

**Nonpriority creditor's name and mailing address**

**Donna Wallace**
**c/o Waters & Kraus, LLP**
**3219 McKinney Ave**
**Dallas, TX 75201**

Date(s) debt was incurred __
Last 4 digits of account number  **C141,**

As of the petition filing date, the claim is: *Check all that apply.*                           Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case No: 15C141, Davidson County, TN**
**Donna Wallace, Surviving Spouse for the Estate of Alan Wallace,**
**Deceased, vs ABB Inc., et al.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.350**

**Nonpriority creditor's name and mailing address**

**Donna/Billy Poe**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __
Last 4 digits of account number  **L239**

As of the petition filing date, the claim is: *Check all that apply.*                           Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #17-L-239, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.351**

**Nonpriority creditor's name and mailing address**

**Donnie & Mary Jo Scott**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred __
Last 4 digits of account number  **9716**

As of the petition filing date, the claim is: *Check all that apply.*                           Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1222CC09716, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.352**

**Nonpriority creditor's name and mailing address**

**Donnie J. & Karen A. Poteet**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __
Last 4 digits of account number  **1267**

As of the petition filing date, the claim is: *Check all that apply.*                           Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #13L1267, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.353**

**Nonpriority creditor's name and mailing address**

**Donnie Puckett**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __
Last 4 digits of account number  **L100**

As of the petition filing date, the claim is: *Check all that apply.*                           Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L100, Madison Co.**
**Donnie Puckett Individually & as Special Administrator for the Estate**
**of Raymond Puckett, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.354**

**Nonpriority creditor's name and mailing address**

**Doris & Connie Copeland**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __
Last 4 digits of account number  **1168**

As of the petition filing date, the claim is: *Check all that apply.*                           Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #12L1168, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Young Holdings, Inc.**
_____
Name                                                         Case number (if known) _____

| | | |
|---|---|---|
| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| 3.355 | **Nonpriority creditor's name and mailing address**<br>**Doris Jean Kauffman & Thomas Budd**<br>**c/o Shrader & Assoc., LLP**<br>**22A Ginger Creek Parkway**<br>**Glen Carbon, IL 62034**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1061** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Case #14L1061, Madison Co.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.356 | **Nonpriority creditor's name and mailing address**<br>**Doris Weaver**<br>**c/o Napoli Shkolnik, PLLC**<br>**103 West Vandalia St., Suite 125**<br>**Edwardsville, IL 62025**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **0604** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Case #1422CC00604, St. Louis City**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.357 | **Nonpriority creditor's name and mailing address**<br>**Dorothy A. Adams & Tim W. Kiene**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **L973** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Case #15L973, Madison Co.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.358 | **Nonpriority creditor's name and mailing address**<br>**Dorothy Bates**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **L397** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Case #16L397, Madison Co.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.359 | **Nonpriority creditor's name and mailing address**<br>**Dorothy Cassin & Charmaine Auble**<br>**c/o Gori Julian & Associates**<br>**156 N. Main St.**<br>**Edwardsville, IL 62025**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **L730** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Case #14L730, St. Clair Co.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.360 | **Nonpriority creditor's name and mailing address**<br>**Dorothy Mooney**<br>**c/o Gori, Julian & Associates**<br>**156 N. Main St.**<br>**Edwardsville, IL 62025**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **L389** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Case #13L389, St. Clair Co.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.361 | **Nonpriority creditor's name and mailing address**<br>**Dorothy Young**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **6L99** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Case #16L99, Madison Co.**<br>**Dorothy Young Individually & as Special Administrator for the Estate of Milton Lavelle Young, Deceased**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | **Young Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.362** | **Nonpriority creditor's name and mailing address**
**Dorothy, Barry M. & Brett J. Rideout**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **1310**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **As the Surviving Heirs of Barry L. Rideout, Deceased,**
**Case #1522-CC11310, St. Louis City**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address**
**Douglas & Charlotte Stager**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **1361**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #13L1361, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address**
**Douglas L. & Gwenetta Robinson**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **L631**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #10L631, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address**
**Douglas L. Ranck**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **L983**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #16L983, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address**
**Douglas Stiles**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

Date(s) debt was incurred _

Last 4 digits of account number **0712**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #1522-CC00712, St. Louis City**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address**
**Doyle Dobbins & Jeanne Beth Sullivan**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **1531**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #14L1531, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**

Name

Case number (if known)

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Duane & Dawn Ceacon**
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number __1021__

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Case #15L1021, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Duane & Dawn Deacon**
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number __1021__

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Case #15L1021, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Duane & Janet Johnson**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number __L522__

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Case #16L522, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Duane Schrage**
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number __L449__

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Case #16L449, St. Clair Co.__
__Duane Schrage Individually & as Special Administrator of the Estate__
__of Marcellus Schrage, Deceased__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dwight & Marilyn Bowman**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number __1482__

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Case #14L1482, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Earl & Charlotte Haas**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number __L731__

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Case #16L731, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor　　**Young Holdings, Inc.**

Name

Case number *(if known)* _____

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Earl & Thelma Bailey**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Case #15L549, Madison Co.**

Last 4 digits of account number　**L549**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Earl & Victoria Lagow**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Case #14L431, Madison Co.**

Last 4 digits of account number　**L431**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Earl Steel, Jr.**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Case #12L918, Madison Co.**

Last 4 digits of account number　**L918**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Earl W. & Alice M. Marchbanks**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Case #16L102, Madison Co.**

Last 4 digits of account number　**L102**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Earl W. & Lynne High**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Case #15L719, St. Clair Co.**

Last 4 digits of account number　**L719**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eddie & Katherine Heaggs**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Case #14L1662, Madison Co.**

Last 4 digits of account number　**1662**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Edgar & Dorothy Rapp**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Case #14L1440, Madison Co.**

Last 4 digits of account number　**1440**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Young Holdings, Inc.**
_____   Case number (if known) _____
          Name

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Edgar Lynch**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L1700, Madison Co.**

Last 4 digits of account number **1700**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Edgar Morris**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #1622-CC00528, St. Louis City**

Last 4 digits of account number **0528**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Edie M. & Dennis Mayes**
**c/o Odom Law Firm, PA**
**1 East Mountain**
**P.O. Drawer 1868**
**Fayetteville, AR 72701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #CIV-2016-405-1, Washington Co.**

Last 4 digits of account number **4051**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Edward & Laura Lester**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #16L1326, Madison Co.**

Last 4 digits of account number **1326**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Edward & LaVay Johnson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L1202, Madison Co.**

Last 4 digits of account number **1202**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Edward & Priscilla Coker**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #1422-CC09151, St. Louis City**

Last 4 digits of account number **9151**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Edward & Rosemary Bednarek**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L521, Madison Co.**

Last 4 digits of account number **L521**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.388**

**Nonpriority creditor's name and mailing address**

Edward & Sarah Burgess
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number  **L753**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L753, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.389**

**Nonpriority creditor's name and mailing address**

Edward & Sharon Wilson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number  **L685**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L685, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.390**

**Nonpriority creditor's name and mailing address**

Edward Gerli, Chris E. Gerli, Kevin M.
Gerli, Dennis J. Gerli, Barbara E. Gerli
c/o Maune, Raichle, HartleyFrench & Mudd
211 North Broadway, Suite 2940
Saint Louis, MO 63102

Date(s) debt was incurred _

Last 4 digits of account number  **0133**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1522-CC10133, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.391**

**Nonpriority creditor's name and mailing address**

Edward J. & Rosie Andrade
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Date(s) debt was incurred _

Last 4 digits of account number  **L888**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L888, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.392**

**Nonpriority creditor's name and mailing address**

Edward Riggs
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number  **0455**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1422CC00455, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.393**

**Nonpriority creditor's name and mailing address**

Edward Roberts
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number  **9782**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1522-CC09782, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.394**

**Nonpriority creditor's name and mailing address**

Edward T. & Mary E. Roberts
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number  **0746**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC00746, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Young Holdings, Inc.**                                    Case number *(if known)* _____
_____
         Name

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

Edward T. Finazzo
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  6L44**

Basis for the claim:  **Case #16L44, Madison Co.**
**Edward T. Finazzo Individually & as Special Administrator of the**
**Estate of Edward J. Finazxzo, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

Edward W. & Phyllis J. Shimak
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  L689**

Basis for the claim:  **Case #12L689, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

Edwin & Mary Barclay
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  1254**

Basis for the claim:  **Case #16L1254, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

Edwin Barrowclough
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  1570**

Basis for the claim:  **Case #15L1570, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

Edwin M. Mehelic & Janice M. Settlemoir
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  L783**

Basis for the claim:  **Case #15L783, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

Edwin Ronal Tew & Kathleen Lockhart
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  1026**

Basis for the claim:  **Case #15L1026, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Young Holdings, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Edythe Otto**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #14L597, Madison Co.**

Last 4 digits of account number  **L597**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Elaine & Richard McKim**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #17-L-410, Madison Co.**

Last 4 digits of account number  **L410**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Elis & Bernice Woodfin**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #16L250, Madison Co.**

Last 4 digits of account number  **L250**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Eliseo Fuentes & Bonificia Rivera Lopez**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #14L1466, Madison Co.**

Last 4 digits of account number  **1466**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Elizabeth & Williams Rhodes**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #15L479, Madison Co.**

Last 4 digits of account number  **L479**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Ellen J. Williams**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #16L364, Madison Co.**
**Ellen J. Williams Individually & as Special Administrator for the Estate**
**of Jeffrey H. Jones, Deceased**

Last 4 digits of account number  **L364**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Ellra Don Bostic & Lune Lane**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #15L593, Madison Co.**

Last 4 digits of account number  **L593**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name                                                              Case number (if known) _____

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Emma R. Nelson**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __1600__

**Basis for the claim:** __Case #15L1600, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eric Griggs**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __L356__

**Basis for the claim:** __Case #16L356, Madison Co.__
__Eric Griggs Individually & as Special Administrator for the Estate of__
__Bonnie Griggs, Deceased__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eric Mitchell & Taylar Lain**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __1642__

**Basis for the claim:** __Case #13L1642, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eric Wilczynski**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __L103__

**Basis for the claim:** __Case #16L103, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Erik & Richard Woolley**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __L285__

**Basis for the claim:** __Case #17-L-285, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Erma & Norbert Collins**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __L948__

**Basis for the claim:** __Case #15L948, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor __Young Holdings, Inc._____
          Name

Case number (if known) _____

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ervin & Doris Steigman**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L142, Madison Co.**

Last 4 digits of account number __L142__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ervin Rehak, Steve Rehak, Delyte Lee**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L513, Madison Co.**

Last 4 digits of account number __L513__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Esquipula Mascarenas**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L1586, Madison Co.**

Last 4 digits of account number __1586__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ethel & Robert H. Sawyer**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L943, Madison Co.**

Last 4 digits of account number __L943__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eugene & Carolyn Jutz**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #16L26 , Madison Co.**

Last 4 digits of account number __6L26__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eugene & Edith Giglio**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L1662, Madison Co.**

Last 4 digits of account number __1662__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eugene & Joan Mackowiak**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L850, Madison Co.**

Last 4 digits of account number __L850__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eugene Cooper**
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L924**

Basis for the claim: **Case #15L924, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eugene F. & Frances L. Schlesner**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1365**

Basis for the claim: **Case #16L1365, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eugene W. & Ruth J. Rau**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L665**

Basis for the claim: **Case #15L665, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eugene Walker**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L334**

Basis for the claim: **Case #17-L-334, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eula Jean Crites**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L791**

Basis for the claim: **Case #16L791 , Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eusebia/Guadalupe Salazar**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L240**

Basis for the claim: **Case #17-L-240, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evelyn Haithcoat**
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0015**

Basis for the claim: **Case #1422-CC00015, St. Louis City**
**Evelyn Haithcoat Individually & as Personal Representative of the**
**Estate of James Haithcoat, deceased**

Is the claim subject to offset? ☐ No ☐ Yes

Debtor   **Young Holdings, Inc.**
_____   Case number (if known) _____
Name

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Everett Calvert & Sheryle Cooper**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Case #12L46, St. Clair Co.**

**Last 4 digits of account number  2L46**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Everett Lile Jr. & Marilyn Lile**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Case #16L318, Madison Co.**

**Last 4 digits of account number  L318**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Fern Chasing Horse**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Case #15L328, Madison Co.**

**Last 4 digits of account number  L328**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Forrest Adams**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Case #CV 2016-242, Garland Co.**

**Last 4 digits of account number  6242**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Frances J. Roberts**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Case #15L1355, Madison Co.**
**Frances J. Roberts Individually & as Special Administrator for the**
**Estate of Ernest K. Roberts, Sr., deceased**

**Last 4 digits of account number  1355**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Francis & Debra Shortsleeve**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Case #15L17, Madison Co.**

**Last 4 digits of account number  5L17**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Young Holdings, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.434** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Francis A. Meyer
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7457**

Basis for the claim: **Case #1622-CC07457, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.435** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Francisco & Carmen Anaya
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1685**

Basis for the claim: **Case #15L1685, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.436** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Frank & Diane McCandless
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1283**

Basis for the claim: **Case #13L1283, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.437** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Frank & Dianna Parrick
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9191**

Basis for the claim: **Case #1416CV19191, Jackson Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Frank Galassi
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9686**

Basis for the claim: **Case #1622-CC09686, St. Louis City**
**Frank Galassi Individually & as Representative of the Heirs & Estate**
**of Mary J. Galassi, kDeceased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.439** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Frank L. Jr. Putz & Joan M. Putz
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2170**

Basis for the claim: **Case #13L2170, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.440** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown
Frank Pukala & Gary Pukala
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L353**

Basis for the claim: **Case #15L353, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.** _____   Case number *(if known)* _____
Name

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Frecerick Balster & Beverly Showalter**
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #09L863, Madison Co.**

Last 4 digits of account number  **L863**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Fred & Joyce T. Bowen**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L150, Madison Co.**

Last 4 digits of account number  **L150**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Fred Blackwell**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L769, Madison Co.**

Last 4 digits of account number  **L769**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Fred Hourigan, Sr. & Brenda Hourigan**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #17-L-442, Madison Co.**

Last 4 digits of account number  **L442**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Fred Vang & Ruth Mercer**
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1277, Madison Co.**

Last 4 digits of account number  **1277**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Freddie & Linda Brantley**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1537, Madison Co.**

Last 4 digits of account number  **1537**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Freddie & Phyllis Frost**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #17-L-269, Madison Co.**

Last 4 digits of account number  **L269**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
          Name                                                    Case number _(if known)_ _____

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Freddie Crayton**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L652**

Basis for the claim:  **Case #15L652, St. Clair Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Frederick & Susan Jozwicki**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L824**

Basis for the claim:  **Case #15L824, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Friedheim Feder**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1086**

Basis for the claim:  **Case #15L1086, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Gail Saban**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6L53**

Basis for the claim:  **Case #16L53, Madison Co.**
**Gail Saban Indivdually & as Special Administrator for the Estate of**
**Leroy J. Saban, Deceasd**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Gary & Barbara Sledd**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L320**

Basis for the claim:  **Case #17-L-320, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Gary & Carolyn Myers**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L425**

Basis for the claim:  **Case #15L425, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Gary & Dolores Menz**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6L37**

Basis for the claim:  **Case #16L37, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**

Name

Case number (if known)

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gary & Donna Nielsen**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1566**

Basis for the claim:  **Case #15L1566, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gary & Dorla Tucker**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1570**

Basis for the claim:  **Case #12L1570, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gary & Michael Lancaster**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L551**

Basis for the claim:  **Case #14L551, St. Clair Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gary Anderson & Mark Anderson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1670**

Basis for the claim:  **Case #14L1670, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gary B. Dorris**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1405**

Basis for the claim:  **Case #09L1405, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gary C. Anderson**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L208**

Basis for the claim:  **Case #10L208, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
      Name                                                      Case number _(if known)_

---

**3.461** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown**

**Gary E. & Marilyn W. Jones**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L594, Madison Co.**

Last 4 digits of account number  **L594**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown**

**Gary E. Clemenz, Leroy & Peggy Clemenz**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #17-L-464, Madison Co.**

Last 4 digits of account number  **L464**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown**

**Gary Titus**
**c/o Cooney & Conway**
**120 N. LaSalle Drive, 30th Floor**
**Chicago, IL 60602**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #2016L3840,  Cook Co.**

Last 4 digits of account number  **3840**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.464** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown**

**Gary Vasi**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L1450, Madison Co.**

Last 4 digits of account number  **1450**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.465** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown**

**Gayle Watts**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **As the Surviving Heir of William Thomas Rogers, Deceased, Case #1522-CC11300, St. Louis City**

Last 4 digits of account number  **1300**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown**

**Gene B. & Yvonne Huebner**
**c/o RJ Abernathy**
**5111 West Main St.**
**Belleville, IL 62226**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #10L1068, Madison Co.**

Last 4 digits of account number  **1068**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.467** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown**

**Geoffrey & Peggy Perkins**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1422-CC10082, St. Louis City**

Last 4 digits of account number  **0082**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F           **Schedule E/F: Creditors Who Have Unsecured Claims**          **Page 73 of 233**

Debtor    **Young Holdings, Inc.**
_____    Case number _(if known)_ _____
Name

---

**3.468** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown**

Georganne & Harry Burford
Carey, Danis & Lowe
8235 Forsyth Blvd., #1100
Saint Louis, MO 63105

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #1722-CC00550, St. Louis City**

Last 4 digits of account number  **0550**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown**

George & Betty J. Elder
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #09L1065, Madison Co.**

Last 4 digits of account number  **1065**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.470** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown**

George & Cathy Hamblin
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #1522-CC00845, St. Louis City**

Last 4 digits of account number  **0845**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.471** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown**

George & Dale Reed
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #15L172, Madison Co.**

Last 4 digits of account number  **L172**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.472** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown**

George & Dwayne R. Armstrong
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #1522-CC09754, St. Louis City**

Last 4 digits of account number  **9754**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.473** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown**

George & Eleanor "Ellie" Denney
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #15L7, Madison Co.**

Last 4 digits of account number  **15L7**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.474** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown**

George & Irene Klier
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #16L1436, Madison Co.**

Last 4 digits of account number  **1436**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
          _____
          Name                                                    Case number (if known) _____

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**George & Juanita Willard**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**9148**

Basis for the claim:  **Case #1422CC-09148, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**George & Konstantina Papageorgiou**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**1307**

Basis for the claim:  **Case #16L1307, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**George & Lillian Burnett**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**9601**

Basis for the claim:  **Case #1222CC09601, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**George & Sheri Lija**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**L266**

Basis for the claim:  **Case #15L266, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**George & Simone Gorman**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**L787**

Basis for the claim:  **Case #16L787, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**George A. & Mary D. Pressley**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**0807**

Basis for the claim:  **Case #1522-CC10807, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____      Case number *(if known)* _____
Name

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**George E.  & Brenda J. Goodman**
c/o Humphrey, Farrington & McClain, PC
221 West Lexington, Suite 400
Independence, MO 64051

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1616-CV11899, Madison Co.**

Last 4 digits of account number  **1899**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**George Kennerly & Reta Lintner**
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1422-CC08886, St. Louis City**

Last 4 digits of account number  **8886**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**George L. & Betty Lou Peecher**
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #12L323, Madison Co.**

Last 4 digits of account number  **L323**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**George Linko**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L838, Madison Co.**

Last 4 digits of account number  **L838**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**George London & Michael London**
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L101, Madison Co.**

Last 4 digits of account number  **L101**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**George Machino, Jr. & Meri Machino**
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L177, Madison Co.**

Last 4 digits of account number  **L177**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____   Case number _(if known)_ _____
Name

---

**3.487** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown**

**George Stringfellow Angie Burkerson**
**Ricky Wayne Strinfellow & Richard Earl**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1622-CC09571, St. Louis City**
**George Stringfellow Angie Burkerson, Ricky Wayne Strinfellow &**
**Richard Earl Stringfellow as the surviving heirs of Mary Stringfellow,**
**Deceased**

Last 4 digits of account number  **9571**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown**

**Gerald & Barbara Herlofsky**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L864, Madison Co.**

Last 4 digits of account number  **L864**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown**

**Gerald & Barbara Smith**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1422-CC09248, St. Louis City**

Last 4 digits of account number  **9248**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown**

**Gerald & Betty Smith**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L1480, Madison Co.**

Last 4 digits of account number  **1480**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown**

**Gerald & Betty Smith**
**c/o Cooney & Conway**
**120 N. LaSalle Street, 30th Floor**
**Chicago, IL 60602**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #2014L002733,  Cook Co.**

Last 4 digits of account number  **2733**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.492** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown**

**Gerald & Cheryl Gann**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #13L469, Madison Co.**

Last 4 digits of account number  **L469**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
　　　　　Name
　　　　　　　　　　　　　　　　　　　　　　　Case number (if known)　＿＿＿＿＿＿＿＿＿＿＿＿＿

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Gerald & Margaret Price**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0540**

Basis for the claim:  **Case #1522-CC10540, St. Louis City**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Gerald & Nona Lee Herring**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0945**

Basis for the claim:  **Case #1422CC00945, St. Louis City**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Gerald Barnard & Randy L. Barnard**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5L74**

Basis for the claim:  **Case #15L74, Madison Co.**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Gerald D. Green**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1288**

Basis for the claim:  **Case #15L1288, Madison Co.**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Gerald Haverkamp & Anne Cannon**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9827**

Basis for the claim:  **Case #1522-CC09827, St. Louis City**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Gerald Williams**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1244**

Basis for the claim:  **Case #16L1244, Madison Co.**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Gerald Williams, Sharon Williams and**
**Tony Williams**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9930**

Basis for the claim:  **Case #1522-CC09930, St. Louis City**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

---

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

Geraldine Bockerich
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1367**

Basis for the claim:  **Case #15L1367, Madison Co.**
**Geraldine Bockerich Individually & as Special Administrator for the**
**Estate of Raymond Bockerich, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

Geraldine Manuel
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L687**

Basis for the claim:  **Case #15L687, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

Gerrard & Stefanina Power
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L779**

Basis for the claim:  **Case #15L779, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

Gertrude & John Orme
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L247**

Basis for the claim:  **Case #14L247, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

Gertrude Drake
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1013**

Basis for the claim:  **Case #15L1013, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

Giacomo & Maria Trubiano
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L980**

Basis for the claim:  **Case #13L980, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Young Holdings, Inc.**
_____ Case number (if known) _____
Name

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gilbert Grossman**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L685**

Basis for the claim: **Case #16L685, Madison Co.**
**Gilbert Grossman Individually & as Special Administrator for the**
**Estate of Irving G. Grossman, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Giramma & Herminiglida**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L700**

Basis for the claim: **Case #16L700, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Glen & Glenda Warren**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0648**

Basis for the claim: **Case #1522-CC00648, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Glen & Patricia Tomlinson**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0592**

Basis for the claim: **Case #1522-CC10592, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Glenda Kay & Jerry Stubblefield**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1003**

Basis for the claim: **Case #14L1003, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Glenn & Judy S. Sizemore**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L480**

Basis for the claim: **Case #15L480, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Glenn & Julianna Frick**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L678**

Basis for the claim: **Case #15L678, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                    Case number (if known) _____

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.513**

Nonpriority creditor's name and mailing address
**Glenn Hovater**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _
Last 4 digits of account number  **1663**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1663, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.514**

Nonpriority creditor's name and mailing address
**Gloria Hamilton**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _
Last 4 digits of account number  **L445**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L445, St. Clair Co.**
**Gloria Hamilton Individually & as Special Administrator of the Estate**
**of Terry Hamilton, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515**

Nonpriority creditor's name and mailing address
**Gordon Slade, Annetha Slade,**
**Jason Slade and Eric Slade**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _
Last 4 digits of account number  **9799**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1522-CC09799, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.516**

Nonpriority creditor's name and mailing address
**Gordon Stone**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _
Last 4 digits of account number  **L309**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L309, St. Clair Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517**

Nonpriority creditor's name and mailing address
**Grace & Michael Wood**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _
Last 4 digits of account number  **1119**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #13L1119, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518**

Nonpriority creditor's name and mailing address
**Green & Martha Blankenship**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _
Last 4 digits of account number  **1316**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L1316, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Young Holdings, Inc.** |
| | Name |

Case number (if known) _____

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregg & Coralie Earney**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **L778**

Basis for the claim:  **Case #15L778, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregorio & Cecille Castellon**
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **L937**

Basis for the claim:  **Case #14L937, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregory & Danielle Lamond**
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **L183**

Basis for the claim:  **Case #17-L-183, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregory R. & Sharon D. Gray**
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **1117**

Basis for the claim:  **Case #16L1117, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregory T. & Deborah A. Day**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **L296**

Basis for the claim:  **Case #16L296, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregory Westphal**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **0669**

Basis for the claim:  **Case #1522-CC10669, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Griseldis & Richard Belin**
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **0944**

Basis for the claim:  **Case #1422CC00944, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.526 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

3.526

Gus P. Bisesi, Jr.
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred  _

Last 4 digits of account number  **0425**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC00425, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.527

**Nonpriority creditor's name and mailing address**

Harley & Elda Winder
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred  _

Last 4 digits of account number  **L249**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #12L249, St. Clair Co.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.528

**Nonpriority creditor's name and mailing address**

Harley & Marti Conrad
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred  _

Last 4 digits of account number  **L907**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L907, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.529

**Nonpriority creditor's name and mailing address**

Harold & Ann P. Herndon
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred  _

Last 4 digits of account number  **9997**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1522-CC09997, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.530

**Nonpriority creditor's name and mailing address**

Harold & Anna Laura Wolbers
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred  _

Last 4 digits of account number  **L777**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L777, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.531

**Nonpriority creditor's name and mailing address**

Harold & Bonnie Stuart
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Date(s) debt was incurred  _

Last 4 digits of account number  **0156**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1422CC00156, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.532

**Nonpriority creditor's name and mailing address**

Harold & Jane Roark
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Date(s) debt was incurred  _

Last 4 digits of account number  **L539**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L539, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor **Young Holdings, Inc.**

Name

Case number (if known)

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harold & Joyce E. Siler**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #1322CC08781, St. Louis City**

Last 4 digits of account number **8781**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harold & Joyce Miller**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #15L1110, Madison Co.**

Last 4 digits of account number **1110**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harold & Lathan Pleasant**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #14L1147, Madison Co.**

Last 4 digits of account number **1147**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harold & Sandra Mitchell**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #16L709, Madison Co.**

Last 4 digits of account number **L709**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harold Van & Rhonda Vitou Winkle**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #14L130, Madison Co.**

Last 4 digits of account number **L130**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harriet Jeanne & Steve Dale**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #15L456, Madison Co.**

Last 4 digits of account number **L456**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Harriet Shepherd et all**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **As the Surviving heirs of Leon Jimmie Shepher, Deceased, Case #1522-CC11122, St. Louis City**

Last 4 digits of account number **1122**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
Name                                            Case number (if known) _____

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Harry & Dale Billum**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L500**

Basis for the claim:  **Case #15L500, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Harry & Nancy Lee**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8894**

Basis for the claim:  **Case #1422-CC08894, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Harry J. & Joyce Mae Genseal**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1035**

Basis for the claim:  **Case #15L1035, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Harvey & Betty Gibson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L898**

Basis for the claim:  **Case #15L898, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Harvey L. Corley & Evelyn C. Christian**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L134**

Basis for the claim:  **Case #13L134, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Haskell & June Shook**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4L65**

Basis for the claim:  **Case #14L65, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Heather Hoffman-Blois & Curt Blois**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L413**

Basis for the claim:  **Case #14L413, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Young Holdings, Inc.**                                                     Case number *(if known)*
_____
Name

| | |
|---|---|
| 3.547 | **Nonpriority creditor's name and mailing address** |

**Heidi & Steve Wheeler**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L809**

As of the petition filing date, the claim is: *Check all that apply.*                  Unknown

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Case #15L809, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.548 | **Nonpriority creditor's name and mailing address** |

**Helen & Robert Taylor**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1067**

As of the petition filing date, the claim is: *Check all that apply.*                  Unknown

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Case #11L1067, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.549 | **Nonpriority creditor's name and mailing address** |

**Helen Marie Wilkerson-Gregory**
**2680 Shepard Drive**
**Humboldt, TN 38343**

Date(s) debt was incurred _

Last 4 digits of account number  **1409**

As of the petition filing date, the claim is: *Check all that apply.*                  Unknown

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Case #12L1409, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.550 | **Nonpriority creditor's name and mailing address** |

**Helena Chamberlain**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L585**

As of the petition filing date, the claim is: *Check all that apply.*                  Unknown

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Case #16L585, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.551 | **Nonpriority creditor's name and mailing address** |

**Hendrika Van Waardenburg**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **0936**

As of the petition filing date, the claim is: *Check all that apply.*                  Unknown

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Case #1622-CC10936, St. Louis City**
**Hendrika Van Waardenburg as Surviving Heir of Adrianus Gohannes**
**Petronella Van Waardenburg**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.552 | **Nonpriority creditor's name and mailing address** |

**Henry & Barbara Lyles**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L908**

As of the petition filing date, the claim is: *Check all that apply.*                  Unknown

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Case #14L908, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                          Case number (if known) _____

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henry & Bettina Sypniewski**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2034

Basis for the claim: **Case #13L2034, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henry & Earnestine Roberson**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  L954

Basis for the claim: **Case #14L954, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henry & Janet L. Kramer**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1323

Basis for the claim: **Case #14L1323, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henry & Marlene Lambert**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1557

Basis for the claim: **Case #13L1577, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henry F. & Judy Young**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1483

Basis for the claim: **Case #12L1483, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Herbert & Ursula Pohl**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1192

Basis for the claim: **Case #15L1192, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Herman & Dorothy Leamons**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  L352

Basis for the claim: **Case #12L352, St. Clair Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                      Case number *(if known)* _____

| | |
|---|---|
| 3.560 | **Nonpriority creditor's name and mailing address** |

**3.560**

**Nonpriority creditor's name and mailing address**
**Herman J. & Patricia R. Swider**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number  **1546**

As of the petition filing date, the claim is: *Check all that apply.*                      Unknown

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #14L1546, Madison Co.**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.561**

**Nonpriority creditor's name and mailing address**
**Hewitt McCluskey & Michael McCluskey**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **0214**

As of the petition filing date, the claim is: *Check all that apply.*                      Unknown

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #1322CC10214, St. Louis City**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.562**

**Nonpriority creditor's name and mailing address**
**Hiram Keirsey & Lisa Davis**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **5L75**

As of the petition filing date, the claim is: *Check all that apply.*                      Unknown

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #15L75, Madison Co.**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.563**

**Nonpriority creditor's name and mailing address**
**Homer & Doris Ricks**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

Date(s) debt was incurred __

Last 4 digits of account number  **0137**

As of the petition filing date, the claim is: *Check all that apply.*                      Unknown

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #1422-CC10137, St. Louis City**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.564**

**Nonpriority creditor's name and mailing address**
**Horace Young**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **1315**

As of the petition filing date, the claim is: *Check all that apply.*                      Unknown

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #09L1315, Madison Co.**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.565**

**Nonpriority creditor's name and mailing address**
**Hospicio & Janet Chavez**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **1038**

As of the petition filing date, the claim is: *Check all that apply.*                      Unknown

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #1522-CC01038, St. Louis City**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.566**

**Nonpriority creditor's name and mailing address**
**Hospicio & Janet Chavez**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **1217**

As of the petition filing date, the claim is: *Check all that apply.*                      Unknown

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Case #16L1217, Madison Co.**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Young Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.567**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Howard & Brenda Stinson<br>c/o Simmons Hanly Conroy<br>One Court St.<br>Alton, IL 62002 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #14L734, Madison Co.** | |
| Last 4 digits of account number **L734** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.568**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Howard & Ginger Hansen<br>c/o Simmons Hanly Conroy<br>One Court St.<br>Alton, IL 62002 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #15L389, Madison Co.** | |
| Last 4 digits of account number **L389** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.569**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Howard & Linde Delahanty<br>c/o Simmons Hanly Conroy<br>One Court St.<br>Alton, IL 62002 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #15L709, Madison Co.** | |
| Last 4 digits of account number **L709** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.570**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Howard Catchpole & Richard Catchpole<br>c/o Simmons Hanly Conroy<br>One Court St.<br>Alton, IL 62002 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #14L1481, Madison Co.** | |
| Last 4 digits of account number **1481** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.571**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Howard E. & Jacqueline M. Van Huss<br>c/o SWMK Law LLC<br>701 Market Street, Suite 1575<br>Saint Louis, MO 63102 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #12L532, Madison Co.** | |
| Last 4 digits of account number **L532** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.572**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Howard E. Glazer<br>c/o Simmons Hanly Conroy<br>One Court St.<br>Alton, IL 62002 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #16L150, Madison Co.** | |
| Last 4 digits of account number **L150** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.573**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Hubert & Rhea Hall<br>c/o Shrader & Assoc., LLP<br>22A Ginger Creek Parkway<br>Glen Carbon, IL 62034 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #12L1634, Madison Co.** | |
| Last 4 digits of account number **1634** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                    Case number *(if known)* _____

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hugh & Mildred Bradley**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #1522-CC00610, St. Louis City**

Last 4 digits of account number **0610**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hugh Vickers**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L857, Madison Co.**

Last 4 digits of account number **L857**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hugo & Joiuse Beit**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #16L28, Madison Co.**

Last 4 digits of account number **6L28**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Innis & Carol Spindle**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L1368, Madison Co.**

Last 4 digits of account number **1368**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Irene M. & Bruce A. Davis**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L1254, Madison Co.**

Last 4 digits of account number **1254**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Israel & Orvellia Solis**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #16L169, Madison Co.**

Last 4 digits of account number **L169**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ivey Wheeler & Margaret Wheeler**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #1422CC00709, St. Louis City**

Last 4 digits of account number **0709**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**J.W. Seay**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L1519, Madison Co.**

Last 4 digits of account number **1519**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jack & Kathryn Poyner**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14NM-CV00433, New Madrid County**

Last 4 digits of account number **0433**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jack & Lucy Edwards**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L919, Madison Co.**

Last 4 digits of account number **L919**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jack & Regina Woodward**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #16L401, Madison Co.**

Last 4 digits of account number **L401**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jack & Sarah Balk**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #16L520, Madison Co.**

Last 4 digits of account number **L520**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jack & Thais Menges**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L296, Madison Co.**

Last 4 digits of account number **L296**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jack Colvin**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #1322CC09901, St. Louis City**

Last 4 digits of account number **9901**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Young Holdings, Inc.**
Name                                                                                    Case number (if known)

---

| 3.588 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

Jack English
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number **1649**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1649, Madison Co.**
**Jack English Individuallky & as Special Administrator of the Estate of Buddy W. English, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

Jackie & Ann Bryson
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number **1511**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L1511, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

Jackie Reed & Jacquelyn Reed
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number **L106**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L106, St. Clair Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

Jacqueline & Ronald Dukes
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number **1064**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L1064, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

Jacqueline Krupa
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number **L508**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L508, Madison Co.**
**Jacqueline Krupa Individually & as Special Administrator for the Estate of Barbara Bucz, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

Jacqueline McQuarn
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number **L745**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L745, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Young Holdings, Inc.**
_____
   Name                                                     Case number *(if known)*

| 3.594 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Jake Porter
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _
Last 4 digits of account number  **0969**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Case #1622-CC10969, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.595 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
James & Barbara McCallister
c/o Dickey Law Firm LLC
4387 Laclede, Suite A
Saint Louis, MO 63108

Date(s) debt was incurred _
Last 4 digits of account number  **L276**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Case #12L276, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.596 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
James & Barbara Williams
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _
Last 4 digits of account number  **L876**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Case #11L876, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.597 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
James & Carolyn Eagle
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred _
Last 4 digits of account number  **7L56**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Case #17-L-56, St. Clair Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.598 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
James & Cecile Lawn
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _
Last 4 digits of account number  **1454**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Case #16L1454, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.599 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
James & Delilah B. Dinzeo
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Date(s) debt was incurred _
Last 4 digits of account number  **0619**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Case #1422CC00619, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.600 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
James & Dianne I. Broughton
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Date(s) debt was incurred _
Last 4 digits of account number  **L992**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Case #15L992, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Debtor    **Young Holdings, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**James & Doris Stewart**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L646**

Basis for the claim:  **Case #14L646, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**James & Evelyn Haithcoat**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2211**

Basis for the claim:  **Case #14SLCC02211, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**James & Evelyn Y. Whitaker**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9825**

Basis for the claim:  **Case #1322CC09825, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**James & Helen Weiss**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1643**

Basis for the claim:  **Case #13L1643, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**James & Janice Stine**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L797**

Basis for the claim:  **Case #14L797, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**James & Jo Riffle**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L324**

Basis for the claim:  **Case #16L324, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**James & Joan Crandall**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5L22**

Basis for the claim:  **Case #15L22, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____   Case number (if known) _____
Name

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James & Joan Howard**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Basis for the claim:  **Case #15L664, Madison Co.**

Last 4 digits of account number  **L664**
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James & Marianne Kay**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Basis for the claim:  **Case #13L11, Madison Co.**

Last 4 digits of account number  **3L11**
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James & Maryellen Weber**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Basis for the claim:  **Case #15L57, Madison Co.**

Last 4 digits of account number  **5L57**
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James & Patricia Quaderer**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Basis for the claim:  **Case #15L46, Madison Co.**

Last 4 digits of account number  **5L46**
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James & Ricky Icenogle**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Basis for the claim:  **Case #15L554, Madison Co.**

Last 4 digits of account number  **L554**
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James & Sandy Schutte**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Basis for the claim:  **Case #14L1363, Madison Co.**

Last 4 digits of account number  **1363**
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James & Shawn K. Acri**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Basis for the claim:  **Case #14L942, Madison Co.**

Last 4 digits of account number  **L942**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Young Holdings, Inc._____     Case number *(if known)* _____
      Name

| | |
|---|---|
| **3.615** | |

**Nonpriority creditor's name and mailing address**
James & Vicki Bunting
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number **1001**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #16L1001, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.616** | |

**Nonpriority creditor's name and mailing address**
James A. & Cynthia Hill
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number **6L92**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #16L92, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.617** | |

**Nonpriority creditor's name and mailing address**
James A. Brown & Amy L. Brown-Marshall
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number **L586**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #14L586, St. Clair Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.618** | |

**Nonpriority creditor's name and mailing address**
James Adams
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number **9036**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #1422-CC09036, St. Louis City**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.619** | |

**Nonpriority creditor's name and mailing address**
James B. Farley & Karen Keaton
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number **1025**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #14L1025, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.620** | |

**Nonpriority creditor's name and mailing address**
James Bateman & Michael Bateman
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Date(s) debt was incurred _

Last 4 digits of account number **9967**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #1522-CC09967, St. Louis City**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| **3.621** | |

**Nonpriority creditor's name and mailing address**
James C. & Margaret Schnake
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number **1086**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #10L1086, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
Name                              Case number *(if known)* _____

---

**3.622** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**James Callahan & Sue Hasty**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**1768**

Basis for the claim: **Case #13L1768, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.623** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**James Cannon**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**0239**

Basis for the claim: **Case #1322CC10239, St. Louis City**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.624** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**James Cucchiara**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**1205**

Basis for the claim: **Case #15L1205, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.625** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**James Cunningham, Jr.**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**L264**

Basis for the claim: **Case #15L264, St. Clair Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.626** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**James Drabant**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**L946**

Basis for the claim: **Case #11L946, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.627** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**James Eichler**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**L789**

Basis for the claim: **Case #16L789, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.628** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**James F. & Cynthia Borowy**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**1136**

Basis for the claim: **Case #14L1136, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name                                                    Case number (if known) _____

| | |
|---|---|
| 3.629 | **Nonpriority creditor's name and mailing address** |

**3.629**

**Nonpriority creditor's name and mailing address**
**James Hays, Carol Hays & James Lee Hays**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L606**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #13L606, St. Clair Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.630**

**Nonpriority creditor's name and mailing address**
**James Herston & Donna Borden**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L683**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #15L683, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.631**

**Nonpriority creditor's name and mailing address**
**James Holt**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L523**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #10L523, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.632**

**Nonpriority creditor's name and mailing address**
**James K. Warwick**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L143**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #16L143, Madison Co.**
**James K. Warwick Individually & as Special Administrator of the**
**Estate of Ned M. Warwick, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.633**

**Nonpriority creditor's name and mailing address**
**James Kologenski**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **0427**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #1622-CC00427, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.634**

**Nonpriority creditor's name and mailing address**
**James M. & Regina L. Black**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1144**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #10L1144, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Young Holdings, Inc.**
_____
Name

Case number *(if known)* _____

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**James M. Cain**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #15L548, Madison Co.**

Last 4 digits of account number **L548**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**James Morris & Jacob J. Morris**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #15L277, Madison Co.**

Last 4 digits of account number **L277**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**James R. & Karla Fern Smith**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #15L579, Madison Co.**

Last 4 digits of account number **L579**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**James R. Kirkland & Bill Keith Kirkland**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #13L575, Madison Co.**

Last 4 digits of account number **L575**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**James Richard & Bonnie Franks**
**c/o Schrader & Associates, LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #15L1681, Madison Co.**

Last 4 digits of account number **1681**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**James S. & Sabrina Kozanecki**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #1522-CC10328, St. Louis City**

Last 4 digits of account number **0328**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**James Short**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Case #1522-CC00319, St. Louis City**

Last 4 digits of account number **0319**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____   Case number (if known) _____
Name

| | |
|---|---|
| **3.642** | **Nonpriority creditor's name and mailing address** |

**3.642** **Nonpriority creditor's name and mailing address**
**James Stockton III**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number  **0553**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC00553, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.643** **Nonpriority creditor's name and mailing address**
**James Swiersz**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **L725**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L725, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.644** **Nonpriority creditor's name and mailing address**
**James Thomason**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **1512**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L1512, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.645** **Nonpriority creditor's name and mailing address**
**James W. & Barbara Kile**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number  **1442**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #11L1442, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.646** **Nonpriority creditor's name and mailing address**
**James W. & Irene Kertchaval**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number  **L515**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #12L515, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.647** **Nonpriority creditor's name and mailing address**
**James White**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number  **0127**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1522-CC10127, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.648** **Nonpriority creditor's name and mailing address**
**James William & Lois Irene Davis**
**c/o The Matthews Firm, PLLC**
**700 N. Main Street**
**Columbia, TN 38401**

Date(s) debt was incurred __

Last 4 digits of account number  **5734**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15734, Maury Co., TN**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Young Holdings, Inc.**
Name

Case number (if known)

---

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James William Davis, Jr. & Lois Irene**
c/o Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8734**

Basis for the claim: **Case #2016-48734, Harris Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Williamson & Faye Arthur**
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L648**

Basis for the claim: **Case #13L648, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jamie Greer**
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L266**

Basis for the claim: **Case #16L266, St. Clair Co.**
**Jamie Greer Individually & as Special Administrator of the Estate of Lynn Shaw, Deceased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jane Bond & Marlene J. Ausherman**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L234**

Basis for the claim: **Case #15L234, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Janet & James Lavender**
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L992**

Basis for the claim: **Case #14L992, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Janet Sue Easterday et al.**
c/o Carey, Danis & Lowe
8235 Forsyth Blvd., #1100
Saint Louis, MO 63105

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0685**

Basis for the claim: **Case #1622-CC00685, St. Louis City**
**Janet Sue Easterday et al. As the surviving heirs of Forrest David Easterday, Jr., Deceased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Young Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.655**

**Nonpriority creditor's name and mailing address**

**Jay & Ann C. Carroll**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number **0497**

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #1422CC00497, St. Louis City**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.656**

**Nonpriority creditor's name and mailing address**

**Jay & Sherry Nicholson**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

Date(s) debt was incurred __

Last 4 digits of account number **L446**

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #16L446, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.657**

**Nonpriority creditor's name and mailing address**

**Jean & Brenda J. Surette**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number **0525**

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #1422CC00525, St. Louis City**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.658**

**Nonpriority creditor's name and mailing address**

**Jean Florey**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number **1083**

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #16L1083, Madison Co.**
**Jean Florey Individually & as Special Administrator of the Estate of**
**Charles W. Florey, Jr., Deceased**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.659**

**Nonpriority creditor's name and mailing address**

**Jean-Luc & Marie Mathurin**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number **1509**

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #16L1509, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.660**

**Nonpriority creditor's name and mailing address**

**Jeanette & Phillip Sorrel**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number **L708**

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #15L708, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**                                                                  Case number *(if known)* _____
_____
Name

| 3.661 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|---|

**Jeanna McMasterm and
Nicole Christine Easterwood Martin
c/o Flint & Associates, LLC
112 Magnolia Drive, P.O. Box 930
Glen Carbon, IL 62034**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L652, Madison Co.**

Last 4 digits of account number  **L652**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jeanne Buntin & Sandra Kay Perkins
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #1422CC00304, St. Louis City**

Last 4 digits of account number  **0304**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jeffrey G. & Edwina Mary Richmond
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L596, Madison Co.**

Last 4 digits of account number  **L596**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jeffrey Jaeggi
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #16L469, Madison Co.**

Last 4 digits of account number  **L469**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jeffs & Irene Dale
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L533, Madison Co.**

Last 4 digits of account number  **L533**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jennifer & Terry Bond
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L712, Madison Co.**

Last 4 digits of account number  **L712**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

---

**3.667** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jennifer Johnson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **16L7**

Basis for the claim:  **Case #16L7, Madison Co.**
**Jennifer Johnson Individually & as Special Administrator for the**
**Estate of Selmer Holweger, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.668** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jerome & Carol Patterson
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0136**

Basis for the claim:  **Case #1322-CC10136, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.669** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jerone Young Sr. & LititiaYoung
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1304**

Basis for the claim:  **Case #13L1304, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jerrold & Terry Marsik
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **L158**

Basis for the claim:  **Case #14L158, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.671** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jerry & Barbara Overton
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **L340**

Basis for the claim:  **Case #17-L-340, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.672** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jerry & Genet Howard
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **L797**

Basis for the claim:  **Case #16L797, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.673** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jerry & Johnnie Slone
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1734**

Basis for the claim:  **Case #14L1734, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                    Case number (if known) _____

---

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jerry & Judy Breisford**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #12L472, Madison Co.**

Last 4 digits of account number **L472**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jerry & Nancy Hurst**
**c/o Halvachs & Abernathy, LLC**
**5111 West Main Street**
**Belleville, IL 62226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L721, St. Clair Co.**

Last 4 digits of account number **L721**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jerry & Peggy Brown**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L1775, Madison Co.**

Last 4 digits of account number **1775**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jerry A. & Valerie West**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #13L109, Madison Co.**

Last 4 digits of account number **L109**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jerry Grishaber**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #1622-CC10526, St. Louis City**

Last 4 digits of account number **0526**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jesse & Jean Marriott**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L329, Madison Co.**

Last 4 digits of account number **L329**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Jesse D. Johnson
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number **1047**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #1622-CC01047, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Jessica Milam
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number **1543**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **As Special Administrator of the Estate of Joel Milam, et. al., Case #15L1543, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Jewel Foster, Jr. & Erma Foster
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number **1939**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #12L1939, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Jewell W. & Pauline Hall
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number **L853**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #10L853, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Jill & Gary Iben
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number **L843**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L843, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Jill Helm
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number **6118**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Personal Representative of the Estate of John Helm, Jr. & Jill Helm, Individually, Case #1416CV16118, Jackson Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

---

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jim F. & Keiko Todd**
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2114**

Basis for the claim:  **Case #13L2114, Madison Co.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jimmie & Martha Hull**
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **L216**

Basis for the claim:  **Case #15L216, Madison Co.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jimmie Clark**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1372**

Basis for the claim:  **Case #12L1372, Madison Co.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jimmy & Brenda Gentry**
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **L129**

Basis for the claim:  **Case #16L129, Madison Co.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jimmy & Joyce Coombes**
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **L532**

Basis for the claim:  **Case #15L532, Madison Co.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jimmy & Sara Bradford**
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1423**

Basis for the claim:  **Case #12L1423, Madison Co.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jimmy Culver & Jeanie Lee Stratton**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1128**

Basis for the claim:  **Case #15L1128, Madison Co.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name                                                      Case number (if known) _____

---

| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jimmy O'Hair & Joyce Warfield O'Hair**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L1627, Madison Co.**

Last 4 digits of account number **1627**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jimmy Perkins**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #1622-CC00069, St. Louis City**

Last 4 digits of account number **0069**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jo Ellen & Jeffrey Kirby**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L127, Madison Co.**

Last 4 digits of account number **L127**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jo Michele Grondy**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #16L254, St. Clair Co.**
**Jo Michele Grondy Individually & as Special Administrator of the**
**Estate of Thomas H. Wyllie, Deceased**

Last 4 digits of account number **L254**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Joan M. Golden & Diana Bekeris**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #1522-CC10448, St. Louis City**

Last 4 digits of account number **0448**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Joan R. McGeehon**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #1422-CC009930, St. Louis City**

Last 4 digits of account number **9930**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**

Name                           Case number (if known)

---

**3.699** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Joann Carver & Debra Williams
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1673**

Basis for the claim: **Case #14L1673, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.700** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Joanne Camus
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1072**

Basis for the claim: **Case #16L1072, Madison Co.**
**Individually & as Special Administrator for the Estate of Malvin Beaubien, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.701** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Joanne Louise Matthews
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L423**

Basis for the claim: **Case #16L423, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.702** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Joe Gilreath
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1076**

Basis for the claim: **Case #1416CV11076, Jackson Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Joe L. & Sandra B. Bennett
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L307**

Basis for the claim: **Case #14L307, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Joette Diemert
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L460**

Basis for the claim: **Case #16L460, Madison Co.**
**Joette Diemert Individually & as Special Admnistrator for the Estate of Stephen Roberts, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____     Case number (if known) _____
Name

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johan Klep-Egge**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #16L519, Madison Co.**

Last 4 digits of account number  **L519**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johan Klep-Egge**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #16L519, Madison Co.**

Last 4 digits of account number  **L519**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John & Cherie L. Comparetto**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #15L168, Madison Co.**

Last 4 digits of account number  **L168**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John & Donna Burdine**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #16L589, Madison Co.**

Last 4 digits of account number  **L589**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John & Eloise R. Spell**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #15L49, Madison Co.**

Last 4 digits of account number  **5L49**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John & Jacquelyn Engle**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #15L990, Madison Co.**

Last 4 digits of account number  **L990**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John & Joan Brumbaugh**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #16L376, Madison Co.**

Last 4 digits of account number  **L376**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Young Holdings, Inc.**
_____
Name                                             Case number *(if known)* _____

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John & Karen Austin**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #16L248, Madison Co.**

Last 4 digits of account number **L248**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John & Leslie Emberton**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #1622-CC10059, St. Louis City**

Last 4 digits of account number **0059**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John & Lynn Reid**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L1667, Madison Co.**

Last 4 digits of account number **1667**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John & Margery Hoch**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #1522-CC00630, St. Louis City**

Last 4 digits of account number **0630**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John & Mildred Torielli**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L1351, Madison Co.**

Last 4 digits of account number **1351**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John & Myrtle Smoot**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L996, Madison Co.**

Last 4 digits of account number **L996**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John & Nancy Rutledge**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L472, Madison Co.**

Last 4 digits of account number **L472**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.719**

Nonpriority creditor's name and mailing address

**John & Pamela S. Sutton**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1658**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #14L1658, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

**3.720**

Nonpriority creditor's name and mailing address

**John & Sally Birch**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **2186**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #1312186, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

**3.721**

Nonpriority creditor's name and mailing address

**John & Susan Harobin**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1786**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #14L1786, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

**3.722**

Nonpriority creditor's name and mailing address

**John A. & Ellen M. Melin**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1603**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #15L1603, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

**3.723**

Nonpriority creditor's name and mailing address

**John A. Martin**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **0549**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #1622-CC00549, St. Louis City**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

**3.724**

Nonpriority creditor's name and mailing address

**John and Velma Contos**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

Date(s) debt was incurred _

Last 4 digits of account number  **L476**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #15L476, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

**3.725**

Nonpriority creditor's name and mailing address

**John C. & Barbara Ann (Luther) Politte**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L231**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #12L231, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

Debtor  **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Carney & Nola Dzen**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Case #14L1271, Madison Co.**

Last 4 digits of account number  **1271**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Cremmins & Kay Jenkins Cremmins**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Case #14L1012, Madison Co.**

Last 4 digits of account number  **1012**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John E. & Carol A. Metzler**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Case #14L1716, Madison Co.**

Last 4 digits of account number  **1716**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John E. Markham**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Case #1622-CC07077, St. Louis City**

Last 4 digits of account number  **7077**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Garrigus & Christina Kilbury**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Case #13L579, St. Clair Co.**

Last 4 digits of account number  **L579**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John L. & Beverly J. Moore**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Case #16L978, Madison Co.**

Last 4 digits of account number  **L978**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John L. & Susan Scheer**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Case #1722-CC00700, St. Louis City**

Last 4 digits of account number  **0700**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____        Case number (if known) _____
          Name

---

| 3.733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John Mays & Neda Flake-Mays**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L178**

Basis for the claim:  **Case #13L178, St. Clair Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John Orrall, Katherine Orrall, Jamie K.**
**Orall, & John Peter Orrall, II**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9077**

Basis for the claim:  **Case #1222CC09077, St. Louis City**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John P. & Dolores Moseley**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1573**

Basis for the claim:  **Case #13L1573, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John P. Lucrezi & John M. Lucrezi**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1341**

Basis for the claim:  **Case #15L1341, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John R. & Mary Hampson**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L329**

Basis for the claim:  **Case #16L329, St. Clair Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John R. & Virginia Shields**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L783**

Basis for the claim:  **Case #14L783, St. Clair Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John Wayne Kelley, Lonnie Ray Kelley**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5647**

Basis for the claim:  **Case #1416CV15647, Jackson Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.740**

**Nonpriority creditor's name and mailing address**

Johnnie Allen & Judy Sowards
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred  _

Last 4 digits of account number  **L592**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L592, St. Clair Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.741**

**Nonpriority creditor's name and mailing address**

Johnny A. Robertson
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred  _

Last 4 digits of account number  **L395**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L395, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.742**

**Nonpriority creditor's name and mailing address**

Johnny Darling
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred  _

Last 4 digits of account number  **9714**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1422-CC09714, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.743**

**Nonpriority creditor's name and mailing address**

Johnny Darling
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred  _

Last 4 digits of account number  **9714**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1422-CC09714, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.744**

**Nonpriority creditor's name and mailing address**

Johnny Darling
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred  _

Last 4 digits of account number  **9714**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1422-CC09714, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.745**

**Nonpriority creditor's name and mailing address**

Johnny Wilkes, Sr. & Curliette Wilson
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred  _

Last 4 digits of account number  **L784**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L784, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.746**

**Nonpriority creditor's name and mailing address**

Jose & Nazaria Sanchez
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred  _

Last 4 digits of account number  **1761**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L1761, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    **Young Holdings, Inc.**
_____    Case number *(if known)* _____
Name

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jose Rodriguez**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1338, Madison Co.**

Last 4 digits of account number  **1338**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jose Rodriguez & Cruz Rodriguez**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L936, Madison Co.**

Last 4 digits of account number  **L936**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joseph & Diana Shain**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1602, Madison Co.**

Last 4 digits of account number  **1602**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joseph & Esperanza Kolbert**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L295, Madison Co.**

Last 4 digits of account number  **L295**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joseph & Judy Bice**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1237, Madison Co.**

Last 4 digits of account number  **1237**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joseph & Maria Kovar**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1774, Madison Co.**

Last 4 digits of account number  **1774**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joseph & Shelly Cannon**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1522-CC10335, St. Louis City**

Last 4 digits of account number  **0335**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

Joseph & Valerie Gassman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Case #13L1055, Madison Co.**

Last 4 digits of account number **1055**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

Joseph D. & Linda Smith
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Case #14L363, Madison Co.**

Last 4 digits of account number **L363**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

Joseph Davis & Tony Davis
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Case #15L403, Madison Co.**

Last 4 digits of account number **L403**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

Joseph E. & Betty Hobbs
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Case #14L1746, Madison Co.**

Last 4 digits of account number **1746**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

Joseph Matsko
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Case #16L819, Madison Co.**

Last 4 digits of account number **L819**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

Joseph Radich & Rhea Anderson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Case #14L11977, Madison Co.**

Last 4 digits of account number **L977**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

Josephine & George Akers
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Case #16L66, Madison Co.**

Last 4 digits of account number **6L66**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
Name                                                      Case number *(if known)*

---

| 3.761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Josephine & Lamar Dodson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L392, Madison Co.**

Last 4 digits of account number  **L392**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joy & Henry Dagen**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L541, Madison Co.**

Last 4 digits of account number  **L541**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joy Russell & Tammy Russell**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L11965, Madison Co.**

Last 4 digits of account number  **L965**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joyce & William Tyler**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1722-CC00724, St. Louis City**

Last 4 digits of account number  **0724**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joyce Brown**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L597, Madison Co.**
**Joyce Brown Individually & as Special Administrator of the Estate of**
**Robert Lewis Brown, Deceased**

Last 4 digits of account number  **L597**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joyce Callahan**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1622-CC00018, St. Louis City**

Last 4 digits of account number  **0018**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Young Holdings, Inc._____   Case number *(if known)* _____
         Name

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Joyce Jackson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __L436__

Basis for the claim: __Case #17-L-436, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Juan Carmona & Melissa Sepulveda**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __L720__

Basis for the claim: __Case #15L720, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Juanita & Roberto Reyes**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0092__

Basis for the claim: __Case #1622-CC10092, St. Louis City__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Juanita J. & Paul R. Thomas**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1421__

Basis for the claim: __Case #12L1421, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Judith & Gregory Dorney**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __L467__

Basis for the claim: __Case #15L467, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Judith A. & Larry K. Owen**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __L838__

Basis for the claim: __Case #14L838, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Judy A. & Richard Goodson**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __L278__

Basis for the claim: __Case #15L278, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Young Holdings, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julian & Betty Mestas**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Case #1622-CC09955, St. Louis City**

**Last 4 digits of account number  9955**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julius & Sheryl Levine**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Case #15L767, Madison Co.**

**Last 4 digits of account number  L767**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**June & John R. McDowell**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Case #13L510, Madison Co.**

**Last 4 digits of account number  L510**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Junior Breeding & David Breeding**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Case #15L108, Madison Co.**

**Last 4 digits of account number  L108**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justina Crabtree, Daryl Crabtree and**
**Gary G. Crabtree**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Case #1522-CC10648, St. Louis City**

**Last 4 digits of account number  0648**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Karen & David Burt**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Case #1422-CC090742, St. Louis City**

**Last 4 digits of account number  9074**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____    Case number (if known) _____
Name

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Karen S. Calhoun
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1254**

Basis for the claim:  **Case #15L1254, Madison Co.**
**Karen S. Calhoun Individualy and as Special Administrator for the**
**Estate of Charles R. Calhoun, Deceased**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Katherine & Aaron Lambert
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1660**

Basis for the claim:  **Case #14L1660, Madison Co.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Katherine, Cheryl, Paul Taylor
 Ricky Wayne Strinfellow & Richard Earl
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0196**

Basis for the claim:  **Case #1622-CC00196, St. Louis City**
**Katherine, Cheryl, Paul Taylor as the surviving Heirs of Byron H.**
**Taylor, Deceased**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Kathleen & James Casey
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1008**

Basis for the claim:  **Case #15L1008, Madison Co.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Kathleen & Raymond Ehlert
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0925**

Basis for the claim:  **Case #1422-CC00925, St. Louis City**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Kathryn Cavender & Geraldine Huff
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L226**

Basis for the claim:  **Case #15L226, Madison Co.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Young Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.786** | Nonpriority creditor's name and mailing address

**Kathryn McCall**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred  _

Last 4 digits of account number  **1211**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L1211, Madison Co.**
**Kathryn McCall Individually & as Special Administrator for the Estate**
**of Carlton McCall, Deceased**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.787** | Nonpriority creditor's name and mailing address

**Kathryne & Matthew Ottoline**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred  _

Last 4 digits of account number  **L736**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #10L736, Madison Co.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.788** | Nonpriority creditor's name and mailing address

**Kathy Sue Rhoades**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

Date(s) debt was incurred  _

Last 4 digits of account number  **1020**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC01020, St. Louis City**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.789** | Nonpriority creditor's name and mailing address

**Katie Cook**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred  _

Last 4 digits of account number  **L993**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L993, Madison Co.**
**Katie Cook Individually & as Special Administrator for the Estate of**
**Kenneth Cook, Deceased**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.790** | Nonpriority creditor's name and mailing address

**Keith Barket & Laura Zambelli Barket**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred  _

Last 4 digits of account number  **0529**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1222CC10529, St. Louis City**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.791** | Nonpriority creditor's name and mailing address

**Keith Head & Kristine Smolinsky**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred  _

Last 4 digits of account number  **L969**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #11L969, Madison Co.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
         Name                                                    Case number (if known) _____

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Keith Lazos & Sherry Witman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L1212, Madison Co.**

Last 4 digits of account number  **1212**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Kenneth & Clauda Gail Shreve
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #10L615, St. Clair Co.**

Last 4 digits of account number  **L615**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Kenneth & Janis Volpe
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L1078, Madison Co.**

Last 4 digits of account number  **1078**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Kenneth & Kathleen Irvin
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L594, Madison Co.**

Last 4 digits of account number  **L594**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Kenneth & Lynne Sherwood
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L592, Madison Co.**

Last 4 digits of account number  **L592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Kenneth & Robyn Lorr
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L782, Madison Co.**

Last 4 digits of account number  **L782**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Kenneth & Sharon Smith
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1522-CC00153, St. Louis City**

Last 4 digits of account number  **0153**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Young Holdings, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.799**

**Nonpriority creditor's name and mailing address**

**Kenneth & Shirley Kelle**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

Date(s) debt was incurred ▯

Last 4 digits of account number  **0151**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #1522-CC10151, St. Louis City**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.800**

**Nonpriority creditor's name and mailing address**

**Kenneth & Velma Kincaid**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred ▯

Last 4 digits of account number  **L883**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #14L883, Madison Co.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.801**

**Nonpriority creditor's name and mailing address**

**Kenneth & Virginia Waldron**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred ▯

Last 4 digits of account number  **1102**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #16L1102, Madison Co.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.802**

**Nonpriority creditor's name and mailing address**

**Kenneth A. Medin**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred ▯

Last 4 digits of account number  **1035**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #16L1035, Madison Co.**
**Kenneth A. Medin Individually & as Special Administrator for the**
**Estate of Bobbie Medlin, Deceased**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.803**

**Nonpriority creditor's name and mailing address**

**Kenneth G. & Dorlene Bolton**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

Date(s) debt was incurred ▯

Last 4 digits of account number  **L957**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #16L957, Madison Co.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.804**

**Nonpriority creditor's name and mailing address**

**Kenneth McDowell & Randall McDowell**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred ▯

Last 4 digits of account number  **2120**

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #13L2120, Madison Co.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**                                                    Case number (if known) _____
_____
Name

| 3.805 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

Kenneth McQuirk
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1265**

Basis for the claim:  **Case #1522-CC11265, St. Louis City**
**Kenneth McQuirk Individually & as Executor of the Estate of Robert**
**McQuirk, Deceased, & Lorna McQuirk, Merrilleen Wilcox, Lynn**
**Ingram, & Lorettaq Nevins, as the Surviving Heirs of Robert M**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

Kenneth N. & Brenda N. Lynch
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L424**

Basis for the claim:  **Case #12L424, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

Kenneth Novak
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0382**

Basis for the claim:  **Case #1622-CC00382, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

Kenneth Pope
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L869**

Basis for the claim:  **Case #15L869, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

Kenneth Sumerel
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5L77**

Basis for the claim:  **Case #15L77, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

Kerry & Dreana Purington
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1510**

Basis for the claim:  **Case #16L1510, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
Name                                                              Case number (if known)

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin & Holly Pence**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L691, Madison Co.**

Last 4 digits of account number  **L691**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin & Tandra Garvin**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L34, Madison Co.**

Last 4 digits of account number  **6L34**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin Boles**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1522-CC11250, St. Louis City**

Last 4 digits of account number  **1250**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kwang & Young-Son Chon**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1489, Madison Co.**

Last 4 digits of account number  **1489**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lana & Larry Odorizzi**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L479, St. Clair Co.**

Last 4 digits of account number  **L479**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lance Kuntzman**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1344, Madison Co.**

Last 4 digits of account number  **1344**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry & Debra Richburg**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1422CC00433, St. Louis City**

Last 4 digits of account number  **0433**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor **Young Holdings, Inc.** _____   Case number (if known) _____
Name

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry & Joy C. Cromwell**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1685**

Basis for the claim: **Case #14L1685, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry & Juliet Harris**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1126**

Basis for the claim: **Case #15L1126, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry Colella**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1196**

Basis for the claim: **Case #15L1196, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry E. & Lila Williams**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0807**

Basis for the claim: **Case #1622-CC00807, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry House**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L109**

Basis for the claim: **Case #16L109, St. Clair Co.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry Kline**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1134**

Basis for the claim: **Case #11L1134, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry Pridemore**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1525**

Basis for the claim: **Case #14L1525, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Young Holdings, Inc.**                                                        Case number (if known)
_____Name_____

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.825**

Nonpriority creditor's name and mailing address
**Larry Rogers, Paula Rogers &
Michael Rogers
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025**

Date(s) debt was incurred _____

Last 4 digits of account number  **0236**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1322CC00236, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.826**

Nonpriority creditor's name and mailing address
**Larry S. & Deborah K. Ryan
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002**

Date(s) debt was incurred _____

Last 4 digits of account number  **3L71**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #13L71, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.827**

Nonpriority creditor's name and mailing address
**Laurence Eugene Keller
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034**

Date(s) debt was incurred _____

Last 4 digits of account number  **L991**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L991, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.828**

Nonpriority creditor's name and mailing address
**Laurie Ann Cregger
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002**

Date(s) debt was incurred _____

Last 4 digits of account number  **L918**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L918 , Madison Co.
Laurie Ann Cregger Individually & as Special Administrator for the
Estate of Patsy J. Reamer, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.829**

Nonpriority creditor's name and mailing address
**Lavell Williams, Sr.
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101**

Date(s) debt was incurred _____

Last 4 digits of account number  **L740**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L740, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.830**

Nonpriority creditor's name and mailing address
**Lavern Bartram & Barbara Ann Bartram
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002**

Date(s) debt was incurred _____

Last 4 digits of account number  **L383**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L383, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Debtor **Young Holdings, Inc.** _____   Case number *(if known)* _____
          Name

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Laverne Lueker**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #11L502, Madison Co.**

Last 4 digits of account number  **L502**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Lavina Miller & Myra Lengacher**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L771, Madison Co.**

Last 4 digits of account number  **L771**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Lawrence & Juliann Wilhelmi**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #12L975, Madison Co.**

Last 4 digits of account number  **L975**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Lawrence & Laeverne (Kavanaugh) Head**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1522-CC09955, St. Louis City**

Last 4 digits of account number  **9955**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Lawrence & Mary Ann Deckerd Lashley**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1322CC10262, St. Louis City**

Last 4 digits of account number  **0262**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Lawrence A. Jelinski**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L812, Madison Co.**

Last 4 digits of account number  **L812**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Lawrence Farrar**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L274, St. Clair Co.**

Last 4 digits of account number  **L274**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____   Case number (if known) _____
   Name

---

| 3.838 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Lawrence Follas**
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1294**

Basis for the claim:  **Case #16L1294, Madison Co.**
**Lawrence Follas Individually & as Special Administrator for the Estate of Susan Marie Follas, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Lawrence Gilbert, Jr.**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1120**

Basis for the claim:  **Case #08L1120, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Lawrence L. & Susan Joann Volrath**
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1927**

Basis for the claim:  **Case #13L1927, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Lawrence Palmehn**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1069**

Basis for the claim:  **Case #16L1069, Madison Co.**
**Lawrence Palmehn Individually & as Special Administrator for the Estate of Lisa Palmehn, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Lawrence Payne**
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L740**

Basis for the claim:  **Case #11L740, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Leah Betancourt**
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L365**

Basis for the claim:  **Case #16L365, Madison Co.**
**Leah Betancourt Individually & as Special Administrator of the Estate of Joan Gliniewicz, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name                                                      Case number *(if known)* _____

---

| 3.844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leamon & Terry Ireland**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #15L1221, Madison Co.**

Last 4 digits of account number  **1221**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lee & Shirley Klapka**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #14L994, Madison Co.**

Last 4 digits of account number  **L994**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lemuel & Dawn Snelson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #16L562, Madison Co.**

Last 4 digits of account number  **L562**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leo & Elvira McGuinness**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #15L925, Madison Co.**

Last 4 digits of account number  **L925**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leo A. & Lorraine Moreau**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #16L1489, Madison Co.**

Last 4 digits of account number  **1489**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leo Petrait**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #15L178, Madison Co.**

Last 4 digits of account number  **L178**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leo Popour**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Case #1622-CC00368, St. Louis City**

Last 4 digits of account number  **0368**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Young Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.851**

**Nonpriority creditor's name and mailing address**
**Leo Quick & Renee Puzzi**
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number  **L662**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L662, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.852**

**Nonpriority creditor's name and mailing address**
**Leon & Bobbie Jean Morris**
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number  **1438**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1438, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.853**

**Nonpriority creditor's name and mailing address**
**Leon Dyes**
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number  **1263**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #141263, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.854**

**Nonpriority creditor's name and mailing address**
**Leon Henager & Leonore Hall**
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number  **0L14**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #10L14, St. Clair Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.855**

**Nonpriority creditor's name and mailing address**
**Leonard & Beverly Thomas**
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Date(s) debt was incurred _

Last 4 digits of account number  **1301**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L1301, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.856**

**Nonpriority creditor's name and mailing address**
**Leonard & Margaret Mayo**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number  **0835**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC10835, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.857**

**Nonpriority creditor's name and mailing address**
**Leonard & Vernon Wade**
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number  **L179**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L179, St. Clair Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor      **Young Holdings, Inc.**
_____
            Name

Case number (if known) _____

| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leonard Dillman**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #15L1535, Madison Co.**

Last 4 digits of account number  **1535**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leonard Fitts & Patsy Clark**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #14L1681, Madison Co.**

Last 4 digits of account number  **1681**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leonard W. & Dorothy Oliver**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #10L403, Madison Co.**

Last 4 digits of account number  **L403**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leonora Costa & Janice Dexter**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #14L517, Madison Co.**

Last 4 digits of account number  **L517**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leopoldo & Angelina Arteaga**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #14L1059, Madison Co.**

Last 4 digits of account number  **1059**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leroy & Diana Middendorf**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #14L195, Madison Co.**

Last 4 digits of account number  **L195**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leroy & Myrna Riechers**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #15L772, Madison Co.**

Last 4 digits of account number  **L772**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Young Holdings, Inc._____ Case number *(if known)* _____
Name

---

| 3.865 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**LeRoy & Sondra Zeltner**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __L148__

**Basis for the claim:**  __Case #15L148, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.866 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Lester & Pamela Hinkle**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1321__

**Basis for the claim:**  __Case #16L1321, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.867 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Lester Jr. & Mary Ogle**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __L122__

**Basis for the claim:**  __Case #14L122, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Linda & Leigh Anne Sokalsky**
**Carey, Danis & Lowe**
**8235 Forsyth Blvd., #1100**
**Saint Louis, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0982__

**Basis for the claim:**  __Case #1622-CC10982, St. Louis City__
__Linda & Leigh Anne Sokalsky as the Surviving Heirs of Alexander__
__Sokalsky, Deceased__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.869 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Linda & William Dagge**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __L259__

**Basis for the claim:**  __Case #16L259, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.870 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Linda C. Hisaw**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __L560__

**Basis for the claim:**  __Case #16L560, Madison Co.__
__Linda C. Hinsaw Individually & as Special Administrator for the Estate__
__of Gary W. Hisaw, Deceased__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____     Case number (if known) _____
Name

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Galbraith**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L483**

Basis for the claim:  **Case #16L483, Madison Co.**
**Linda Galbraith Individually & as Special Administrator for the Estate**
**of Marie Schlewinsky, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Hanby**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L755**

Basis for the claim:  **Case #16L755, Madison Co.**
**Linda Hanby Individually & as Special Administrator for the Estate of**
**Wijlliam Hanby, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Ivey & April Cornelius**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1210**

Basis for the claim:  **Case #15L1210, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Kay Bailey**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0989**

Basis for the claim:  **Case #1622-CC10989, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Nealon**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L263**

Basis for the claim:  **Case #17-L-263, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Pittman & Judy Murray**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L717**

Basis for the claim:  **Case #14L717, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
     Name                                          Case number (if known)

---

**3.877** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Linda Thomas
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L1494, Madison Co.**
**Linda Thomas Individually & as Special Administrator for the Estate of Marvin L. Green, Deceased**

Last 4 digits of account number  **1494**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.878** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Linda Wettig
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L1263, Madison Co.**
**Linda Wettig Individually & as Special Administrator for the Estate of Betty Connors, Deceased**

Last 4 digits of account number  **1263**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.879** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Lindell K. & Jacob Horn
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #13L1934, Madison Co.**

Last 4 digits of account number  **1934**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.880** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Lionel & Mable Woolfork
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1394, Madison Co.**

Last 4 digits of account number  **1394**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.881** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Lionel Valdez
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L63, Madison Co.**

Last 4 digits of account number  **6L63**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.882** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Lois Cook
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1622-CC09995, St. Louis City**

Last 4 digits of account number  **9995**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

---

| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lois Whitemore & Jan M. Symmes**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1193**

Basis for the claim:  **Case #14L1193, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lonnie Chartrand**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9835**

Basis for the claim:  **Case #1622-CC09835, St. Louis City**
**Jack Chartrand, Larry Chartrand, Layne Chartrand, & Linda Ziolko as**
**the Surviving Heirs of Opal Chartrand, Deceased**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Loraine Gray**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L828**

Basis for the claim:  **Case #15L828, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Loretta & Rick Swenson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L126**

Basis for the claim:  **Case #15L126, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Loretta Maddox**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1134**

Basis for the claim:  **Case #16L1134, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Lorraine & Wallace Schwab**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1548**

Basis for the claim:  **Case #14L1548, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____    Case number (if known) _____
         Name

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Lorraine Archuleta**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1215**

Basis for the claim:  **Case #16L1215, Madison Co.**
**Lorraine Archuleta Individually & as Special Administrator for the**
**Estate of Nicholas Archuleta, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Lorraine Jokerst**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1345**

Basis for the claim:  **Case #16L1345, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Louis & Janice Lynn Catanzaro**
**c/o Richardson, Patrick, Westbrook,**
**& Brickman, LLC**
**103 West Vandalia St., Suite 212**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1725**

Basis for the claim:  **Case #14L1725, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Louis C. & Janet Wright**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L759**

Basis for the claim:  **Case #14L759, St. Clair Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Louis Prezec**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L756**

Basis for the claim:  **Case #16L756, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Luke Shepard**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1485**

Basis for the claim:  **Case #15L1485, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Young Holdings, Inc.** | | Case number (if known) | |
| | Name | | | |

---

**3.895**

**Nonpriority creditor's name and mailing address**

Lynda S. Parrish
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number **L596**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Case #16L596, Madison Co.**
**Lynda S. Parrish Individually & as Special Administrator for the**
**Estate of Terry L. Parrish, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.896**

**Nonpriority creditor's name and mailing address**

Lynn & Kim Wiggs
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number **9623**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Case #1322CC09623, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.897**

**Nonpriority creditor's name and mailing address**

Lynn Aiken & Priscilla Aiken
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number **1480**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Case #12L1480, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.898**

**Nonpriority creditor's name and mailing address**

Lynn Konitzer
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number **1076**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Case #16L1076, Madison Co.**
**Lynn Konitzer Individually & as Special Administrator of the Estate of**
**Carl Hansen, Jr., Deceased, & Geraldine Hansen, his wife**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.899**

**Nonpriority creditor's name and mailing address**

Lynn R. Loftus, Veronica A. Schuman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number **0575**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Case #1522-CC00575, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.900**

**Nonpriority creditor's name and mailing address**

Magda Merritt & Orlando M. Hernandez
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number **1103**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Case #15L1103, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Young Holdings, Inc.**
_____    Case number (if known) _____
Name

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Malinda S. Bates & Treena Payne**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __    Basis for the claim: **Case #14L462, Madison Co.**

Last 4 digits of account number  **L462**    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manley & Jeannine Stallings**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __    Basis for the claim: **Case #1422C00698, St. Louis City**

Last 4 digits of account number  **0698**    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manny Brannon**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __    Basis for the claim: **Case #15L1105, Madison Co.**

Last 4 digits of account number  **1105**    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mar Joan Rhodes & Sharon K. Smyth**
**and Vivian Park**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __    Basis for the claim: **Case #1722-CC00699, St. Louis City**

Last 4 digits of account number  **0699**    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marcia & James Michaels**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __    Basis for the claim: **Case #14L1231, Madison Co.**

Last 4 digits of account number  **1231**    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marcy Miller**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __    Basis for the claim: **Case #17-L-414, Madison Co.**

Last 4 digits of account number  **L414**    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mardis & George Miller**
**c/o Dickey Law Firm, LLC**
**4387 Laclede, Suite A**
**Saint Louis, MO 63108**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __    Basis for the claim: **Case #1422-CC10034, St. Louis City**

Last 4 digits of account number  **0034**    Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Young Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.908**   Nonpriority creditor's name and mailing address

**Margaret & James Jones**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred ___
Last 4 digits of account number **L269**

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Case #16L269, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.909**   Nonpriority creditor's name and mailing address

**Margaret & Joseph Blessing**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred ___
Last 4 digits of account number **L388**

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Case #16L388, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.910**   Nonpriority creditor's name and mailing address

**Margaret Roberts**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred ___
Last 4 digits of account number **L670**

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Case #16L670, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.911**   Nonpriority creditor's name and mailing address

**Margie Pichler & Joy Rostankovski**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred ___
Last 4 digits of account number **9512**

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Case #1222CC09512, St. Louis City**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.912**   Nonpriority creditor's name and mailing address

**Marguerite/Bernard Brandow**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred ___
Last 4 digits of account number **L290**

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Case #17-L-290, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.913**   Nonpriority creditor's name and mailing address

**Maria Guadalupe Orozco**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred ___
Last 4 digits of account number **1636**

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Case #15L1636, Madison Co.**
**Maria Guadalupe Orozco Individually and as Special Administrator for the Estate of Jesus Orozco, Deceased**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.914**   Nonpriority creditor's name and mailing address

**Marian Grzebien & Maria Grzebien**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred ___
Last 4 digits of account number **1146**

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Case #15L1146, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

---

| 3.915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Mariano G. Flores**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0177__

Basis for the claim: __Case #1622-CC00177, St. Louis Clty__
__Mariano G. Flores Individually & as Personal Representative of the__
__Estate of Brenda Flores, Deceased, & Frances Guajardo, her Mother__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Mario & Elizabeth Perales**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9631__

Basis for the claim: __Case #1622-CC09631, St. Louis City__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Mario Rubio & Flavia Ruiz**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1067__

Basis for the claim: __Case #15L1067, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Marion Davis**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __L598__

Basis for the claim: __Case #15L598, Madison Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Marion Dozier**
**c/o Bley & Evans, LC**
**1000 W. Nifong Blvd. 4, Suite 200**
**Columbia, MO 65203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4828__

Basis for the claim: __Case #1416-CV04828, Jackson Co.__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Mark & Gloria Baller**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0690__

Basis for the claim: __Case #1522-CC10690, St. Louis City__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
　　　　Name

Case number *(if known)* _____

---

| 3.921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Mark Arthur Woods**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0402**

Basis for the claim: **Case #1622-CC00402, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.922 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Marlene Beal**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L783**

Basis for the claim: **Case #16L783, Madison Co.**
**Marlene Beal Individually & as Special Administrator of the Estate of William Beal, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Marlene Byrd-Mundell**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1446**

Basis for the claim:  **As Special Administrator for Harry Byrd, Deceased Case #15L1446, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Marlene Sederholm**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1166**

Basis for the claim:  **Case #16L1166, Madison Co.**
**Marlene Sederholm Individually & as Special Administrator for the Estate of Daryll Sederholm, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.925 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Marsha Dee Martin**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L703**

Basis for the claim:  **Case #15L703, Madison Co.**
**Marsha Dee Martin Individually & as Special Administrator for the Estate of Richard Martin, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.926 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Marshall & Evelyn Shirrell**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L319**

Basis for the claim:  **Case #15L319, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.927** | Nonpriority creditor's name and mailing address

Marshall Unger
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred __

Last 4 digits of account number __1326__

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Case #14L1326, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.928** | Nonpriority creditor's name and mailing address

Martha & Paul Frye
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred __

Last 4 digits of account number __L352__

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Case #15L352, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.929** | Nonpriority creditor's name and mailing address

Martin & Linda Kennel
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Date(s) debt was incurred __

Last 4 digits of account number __1032__

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Case #13L1032, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.930** | Nonpriority creditor's name and mailing address

Martin T. Parks
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred __

Last 4 digits of account number __1538__

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Case #14L1538, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.931** | Nonpriority creditor's name and mailing address

Marvin DeHaai & Virginia Clayton
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred __

Last 4 digits of account number __L608__

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Case #14L608, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.932** | Nonpriority creditor's name and mailing address

Marvin DeHaai & Virginia Clayton
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred __

Last 4 digits of account number __L608__

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Case #14L608, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.933** | Nonpriority creditor's name and mailing address

Marvin Leon & Deborah Paige
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Date(s) debt was incurred __

Last 4 digits of account number __L790__

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Case #15L790, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Young Holdings, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.934** | Nonpriority creditor's name and mailing address

**Marvin McCasland, Lorraine McCasland, & Doug McCasland**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

Date(s) debt was incurred __

Last 4 digits of account number  **0152**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1322-CC10152, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.935** | Nonpriority creditor's name and mailing address

**Marvin Peterson & Scott Johnson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **L832**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L832, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.936** | Nonpriority creditor's name and mailing address

**Marvin R. Bell**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number  **1082**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L1082, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.937** | Nonpriority creditor's name and mailing address

**Mary & Billy R. Lundock**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number  **L808**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L808, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.938** | Nonpriority creditor's name and mailing address

**Mary Corey & Cathey Evenson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **L344**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L344, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.939** | Nonpriority creditor's name and mailing address

**Mary Corey & Cathey Evenson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **L344**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L344, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.940** | Nonpriority creditor's name and mailing address

**Mary Hale**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **9618**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC09618, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____    Case number (if known) _____
Name

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Mary Hall & Tujuanna Brown**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1512**

Basis for the claim:  **Case #13L1512, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Mary Henderson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9966**

Basis for the claim:  **Case #1522-CC09966, St. Louis City**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Mary Holt**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0844**

Basis for the claim:  **Case #1622-CC00844, St. Louis City**
**Mary Holt Individually & as Surviving Heir of the Estate of Ellis Holt, Deceased**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Mary Humphreys**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9175**

Basis for the claim:  **Case #1422-CC09175, St. Louis City**
**Mary Humphreys Individually & as Personal Representative of the Estate of Ollie Humphreys, Deceased**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Mary Jo Young & Charlotte Young**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L909**

Basis for the claim:  **Case #14L909, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Mary Lou & Wade T. King**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L348**

Basis for the claim:  **Case #14L348, Madison Co. 6**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

| 3.947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Mary White & Mark Paar
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L400**

Basis for the claim: **Case #17-L-400, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Mattie L. Scott
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L660**

Basis for the claim: **Case #15L660, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Maurice & Angela Sweetin
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1676**

Basis for the claim: **Case #15L1676, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Maurice & Susan Miller
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1393**

Basis for the claim: **Case #13L1393, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Maurice Moore, Martha Moore,
Pamela Moore and Nancy Crane
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0708**

Basis for the claim: **Case #1522-CC10708, St. Louis City**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Mel & Ellen Masters
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1444**

Basis for the claim: **Case #16L1444, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Melanio & Mir Manuel
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **L285**

Basis for the claim: **Case #16L285, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
Name

Case number (if known)

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Melissa & Brian Hogan**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1209**

Basis for the claim:  **As Surviving Heirs of Wilma Ahillen, Deceased, Case #1522-CC11209, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Melissa & Hugh Houck**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L225**

Basis for the claim:  **Case #17-L-225, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Melva & Dwight Darrow**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9693**

Basis for the claim:  **Case #1522-CC09693, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Melvin & Betty Gaugh**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L372**

Basis for the claim:  **Case #16L372, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Melvin & Delores Ridgeway**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1302**

Basis for the claim:  **Case #16L1302, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Melvin & Emma Tuten**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L881**

Basis for the claim:  **Case #15L881, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Young Holdings, Inc.**
_____        Case number (if known) _____
Name

| 3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Melvin & Gloria Williams**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0326**

Basis for the claim:  **Case #1422CC00326, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Melvin & Gwen Hubert**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L178**

Basis for the claim:  **Case #14L178, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Melvin Pegese**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1187**

Basis for the claim:  **Case #15L1187, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Merle & Judith Schandelmeier**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L371**

Basis for the claim:  **Case #15L371, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Merlin & Anna Christisen**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1038**

Basis for the claim:  **Case #1522-CC01038, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Merrilee Kuenzel**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L843**

Basis for the claim:  **Case #16L843, Madison Co.**
**Merrilee Kuenzel Individually & as Special Administrator of the Estate**
**of Donald Kuenzel, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

Debtor __Young Holdings, Inc._____          Case number *(if known)* _____
        Name

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.966**

Nonpriority creditor's name and mailing address
**Merritt & Linda Sywenki**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1787**

Basis for the claim:  **Case #14L1787, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.967**

Nonpriority creditor's name and mailing address
**Michael & Bonnie Fisher**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0407**

Basis for the claim:  **Case #1522-CC00407, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.968**

Nonpriority creditor's name and mailing address
**Michael & Dixie Lou Carney**
**c/o RJ Abernathy**
**5111 West Main Street**
**Belleville, IL 62226**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2L75**

Basis for the claim:  **Case #12L75, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.969**

Nonpriority creditor's name and mailing address
**Michael & Donna Schoumaker**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L381**

Basis for the claim:  **Case #17-L-381, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.970**

Nonpriority creditor's name and mailing address
**Michael & Dorothy Sepi**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1032**

Basis for the claim:  **Case #15L1032, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.971**

Nonpriority creditor's name and mailing address
**Michael & Jeannine Vivo**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1604**

Basis for the claim:  **Case #15L1604, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.972**

Nonpriority creditor's name and mailing address
**Michael & Karen Yoch**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **16L9**

Basis for the claim:  **Case #16L9, St. Clair Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Young Holdings, Inc.**                                        Case number (if known) _____
         Name

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Michael & Linda Skibba
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #1422CC00498, St. Louis City**

Last 4 digits of account number **0498**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Michael & Marlene Powell
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L166, Madison Co.**

Last 4 digits of account number **L166**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Michael & Mary Eberly
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L650, Madison Co.**

Last 4 digits of account number **L650**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Michael & Patricia Paruscio
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #14L489, Madison Co.**

Last 4 digits of account number **L489**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Michael & Sharon Nardello
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #16L1062, Madison Co.**

Last 4 digits of account number **1062**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Michael & Virginia Daichendt
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Case #15L908, Madison Co.**

Last 4 digits of account number **L908**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Young Holdings, Inc.**

Name                                   Case number (if known)

---

| 3.979 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Bodnar**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **L920**

Basis for the claim:  **Case #16L920, Madison Co.**
**Michael Bodnar Individually & as Executor of the Estate of James**
**Bodnar, Deceased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Clevenger**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **L106**

Basis for the claim:  **Case #16L106, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael D. Kubicka**
**c/o Richardson, Patrick, Westrbook**
**& Brickman, LLC**
**103 West Vandalia St., Suite 212**
**Edwardsville, IL 62025**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1183**

Basis for the claim:  **Case #13L1183, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael DeForrest & William DeForrest**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**P.O. Box 189**
**Saint Louis, MO 63101**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **L540**

Basis for the claim:  **Case #14L540, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Gabriel**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1471**

Basis for the claim:  **Case #14L1471, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Kennedy**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **5L26**

Basis for the claim:  **Case #15L26, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Young Holdings, Inc.**
Name

Case number (if known)

| | |
|---|---|
| 3.985 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Michael L. Otwell**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _
Last 4 digits of account number **L135**

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Case #15L135, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

3.986 **Nonpriority creditor's name and mailing address**
**Michael Lower**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _
Last 4 digits of account number **L782**

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Case #16L782, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

3.987 **Nonpriority creditor's name and mailing address**
**Michael M. & Diana Keafer**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

Date(s) debt was incurred _
Last 4 digits of account number **L375**

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Case #17-L-375, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

3.988 **Nonpriority creditor's name and mailing address**
**Michael McGill & Tatyana Bobrova**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

Date(s) debt was incurred _
Last 4 digits of account number **0812**

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Case #1622-CC00812, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

3.989 **Nonpriority creditor's name and mailing address**
**Michael McIntyre**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _
Last 4 digits of account number **L775**

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Case #12L775, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

3.990 **Nonpriority creditor's name and mailing address**
**Michael R. Perry & Matthew Kizzie**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

Date(s) debt was incurred _
Last 4 digits of account number **L407**

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Case #14L407, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.991**

**Nonpriority creditor's name and mailing address**
Michael Rose & Debbie McKinney
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number __L675__

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Case #14L675, St. Clair Co.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.992**

**Nonpriority creditor's name and mailing address**
Michael T. & Elizabeth R. Powers
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number __L536__

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Case #15L536, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.993**

**Nonpriority creditor's name and mailing address**
Michael V. & Kathy R. Cook
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number __4L99__

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Case #14L99, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.994**

**Nonpriority creditor's name and mailing address**
Michael Wenzel
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number __4L92__

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Case #14L92, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.995**

**Nonpriority creditor's name and mailing address**
Miguel & Maria Fons
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number __L154__

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Case #16L154, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.996**

**Nonpriority creditor's name and mailing address**
Mildred Stewart
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Date(s) debt was incurred _

Last 4 digits of account number __L871__

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Case #16L871, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.997**

**Nonpriority creditor's name and mailing address**
Millard David & Judith Roberson
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Date(s) debt was incurred _

Last 4 digits of account number __1509__

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Case #13L1509, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

Debtor    **Young Holdings, Inc.**
_____    Case number (if known) _____
Name

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Milton & Eurydice James**
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **L354**

Basis for the claim: **Case #08L354, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Minnie L. & Robert L. Manns**
c/o Robert Manns
1034 North Grand Ave.
Brownsville, TN 38012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **1349**

Basis for the claim: **Case #11L1349, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Mitchell & Gail Gaddis**
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **1492**

Basis for the claim: **Case #15L1492, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Monty & Clare Griggs**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **1372**

Basis for the claim: **Case #16L1372, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Morag Reid**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **L908**

Basis for the claim: **Case #16L908, Madison Co.**
**Morag Reid Individually & as Special Administrator for the Estate of Randy Reid, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Muriel Kittell & Connie Kramer**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **1712**

Basis for the claim: **Case #14L1712, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Young Holdings, Inc.**
_____
Name                                              Case number (if known) _____

---

| 3.100 |
|-------|
| 4 |

**Nonpriority creditor's name and mailing address**
**Myron Guthrie, Lola Guthrie, Troy Guthri**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **0588**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: **Case #1522-CC10588, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 |
|-------|
| 5 |

**Nonpriority creditor's name and mailing address**
**Nancy B. & David Soiferman**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L593**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: **Case #12L593, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 |
|-------|
| 6 |

**Nonpriority creditor's name and mailing address**
**Nancy Mace**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1482**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Case #16L1482, Madison Co.**
**Nancy Mace Individually & as Special Administrator for the Estate of**
**Ferdinand Betts, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 |
|-------|
| 7 |

**Nonpriority creditor's name and mailing address**
**Nancy Rich**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L841**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: **Case #16L841, Madison Co.**
**Nancy Rich Individually & as Special Administrator of the Estate of**
**John Rich, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 |
|-------|
| 8 |

**Nonpriority creditor's name and mailing address**
**Napoleon & Iris Neely**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L220**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: **Case #14L220, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 |
|-------|
| 9 |

**Nonpriority creditor's name and mailing address**
**Nathan & Joyce Sherwood**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1025**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: **Case #1422-CC01025, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Young Holdings, Inc.**
_____
Name                                                      Case number (if known) _____

| | |
|---|---|
| **3.101 0** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nathan James & Bonnie Basden** | ■ Contingent | |
| **c/o Flint Law Firm, LLC** | ■ Unliquidated | |
| **222 East Park St., Ste. 500** | ■ Disputed | |
| **P.O. Box 189** | | |
| **Edwardsville, IL 62025** | Basis for the claim:  **Case #1522-CC00132, St. Louis City** | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **0132** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | |
|---|---|
| **3.101 1** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$336.00** |
| **National Corporate Research, Ltd.** | ☐ Contingent | |
| **10 East 40th Street, 10th Floor** | ☐ Unliquidated | |
| **New York, NY 10016** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Registered Agent Services** | |
| Last 4 digits of account number  **0DF8** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | |
|---|---|
| **3.101 2** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nedra & Boyd Tosh** | ■ Contingent | |
| **c/o Gori, Julian & Associates** | ■ Unliquidated | |
| **156 N. Main St.** | ■ Disputed | |
| **Edwardsville, IL 62025** | Basis for the claim:  **Case #13L633, Madison Co.** | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **L633** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | |
|---|---|
| **3.101 3** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nehemiah & Janet Goss** | ■ Contingent | |
| **c/o Maune, Raichle, Hartley,** | ■ Unliquidated | |
| **French & Mudd** | ■ Disputed | |
| **1015 Locust St., #1200** | | |
| **Saint Louis, MO 63101** | Basis for the claim:  **Case #1522-CC00509, St. Lousi City.** | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **0509** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | |
|---|---|
| **3.101 4** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nellie M. Duvall** | ■ Contingent | |
| **c/o Flint Law Firm, LLC** | ■ Unliquidated | |
| **222 East Park St., Ste. 500** | ■ Disputed | |
| **P.O. Box 189** | | |
| **Edwardsville, IL 62025** | Basis for the claim:  **Case #15L1533, Madison Co.** | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **1533** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | |
|---|---|
| **3.101 5** | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Nestor & Marla Coy** | ■ Contingent | |
| **c/o Simmons Hanly Conroy** | ■ Unliquidated | |
| **One Court St.** | ■ Disputed | |
| **Alton, IL 62002** | Basis for the claim:  **Case #17-L-419, Madison Co.** | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number  **L419** | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Young Holdings, Inc.**
_____
Name

Case number *(if known)* _____

| 3.101 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nevin & Barbara Meyer**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #13L2069, Madison Co.**

Last 4 digits of account number  **2069**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nicholas Winistorfer**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L201, Madison Co.**

Last 4 digits of account number  **L201**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nick Dennis, Jr. & Sandra Dennis**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #12L1, Madison Co.**

Last 4 digits of account number  **12L1**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nicole Christine Easterwood Martin**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L652, Madison Co.**

Last 4 digits of account number  **L652**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nicole Ripley**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L972, Madison Co.**
**Nicole Ripley Individually & as Special Administrator for the Estate of**
**John Riordan, Deceased**

Last 4 digits of account number  **L972**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Noal Wayne & Addie Kathleen Kronk**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L193, Madison Co.**

Last 4 digits of account number  **L193**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name                                                    Case number (if known) _____

---

| 3.102 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: Check all that apply.      **Unknown**

**Noble & Sally Forcum**
**c/o Napoli Shkolnik, PLLC**                                                            ■ Contingent
**103 West Vandalia St., Suite 125**                                                     ■ Unliquidated
**Edwardsville, IL 62025**                                                               ■ Disputed

Date(s) debt was incurred _                                                              Basis for the claim:  **Case #14L804, Madison Co.**

Last 4 digits of account number  **L804**                                               Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: Check all that apply.      **Unknown**

**Noel & Anthony Edwards**
**c/o Napoli Shkolnik, PLLC**                                                            ■ Contingent
**103 West Vandalia St., Suite 125**                                                     ■ Unliquidated
**Edwardsville, IL 62025**                                                               ■ Disputed

Date(s) debt was incurred _                                                              Basis for the claim:  **Case #1422-CC10220, St. Louis City**

Last 4 digits of account number  **0220**                                               Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: Check all that apply.      **Unknown**

**Norma Jean Sweeney**
**c/o Dickey Law Firm, LLC**                                                             ■ Contingent
**4387 Laclede, Suite A**                                                                ■ Unliquidated
**Saint Louis, MO 63108**                                                                ■ Disputed

Date(s) debt was incurred _                                                              Basis for the claim:  **Case #1422CC00395, St. Louis City**

Last 4 digits of account number  **0395**                                               Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: Check all that apply.      **Unknown**

**Ola & Jack Davis**
**c/o Simmons Hanly Conroy**                                                             ■ Contingent
**One Court St.**                                                                        ■ Unliquidated
**Alton, IL 62002**                                                                      ■ Disputed

Date(s) debt was incurred _                                                              Basis for the claim:  **Case #16L1505, Madison Co.**

Last 4 digits of account number  **1505**                                               Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: Check all that apply.      **Unknown**

**Ollie Taylor**
**c/o SWMK Law LLC**                                                                     ■ Contingent
**701 Market Street, Suite 1575**                                                        ■ Unliquidated
**Saint Louis, MO 63102**                                                                ■ Disputed

Date(s) debt was incurred _                                                              Basis for the claim:  **Case #1522-CC00604, St. Louis City**

Last 4 digits of account number  **0604**                                               Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: Check all that apply.      **Unknown**

**Orval Reed & Vicki Hall Reed**
**c/o Gori, Julian & Associates**                                                        ■ Contingent
**156 N. Main St.**                                                                      ■ Unliquidated
**Edwardsville, IL 62025**                                                               ■ Disputed

Date(s) debt was incurred _                                                              Basis for the claim:  **Case #13L956, Madison Co.**

Last 4 digits of account number  **L956**                                               Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

---

**3.102
8**

**Nonpriority creditor's name and mailing address**
**Orville McCalla, Ken McCalla Kaye Corbin**
**Gerald McCalla and Rand McCalla**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **0384**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1522-CC00384, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102
9**

**Nonpriority creditor's name and mailing address**
**Oscar & Kelly Jay Freeman**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

Date(s) debt was incurred _

Last 4 digits of account number  **1090**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1090, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103
0**

**Nonpriority creditor's name and mailing address**
**Oscar O. & Rocile D. Rowan**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L238**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #11L238, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103
1**

**Nonpriority creditor's name and mailing address**
**Ottis Hughes & Patricia (Matthew) Hughes**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

Date(s) debt was incurred _

Last 4 digits of account number  **0215**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1522-CC00215, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103
2**

**Nonpriority creditor's name and mailing address**
**Ova Curry**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1020**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1020, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103
3**

**Nonpriority creditor's name and mailing address**
**Pamela & Emmett McGuire**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **9674**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1322CC09674, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Young Holdings, Inc.**

Name                                              Case number (if known)

---

| 3.103 4 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|---|

**Paris Blair & Brenda McCoy**
**c/o Dickey Law Firm, LLC**
**112 Magnolia Drive**
**P.O. Box 930**
**Glen Carbon, IL 62034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #13L516, Madison Co.**

Last 4 digits of account number  **L516**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Patricia & Jerry D. Mieure**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #12L1193, Madison Co.**

Last 4 digits of account number  **1193**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Patricia & John Sorensen**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L1106, Madison Co.**

Last 4 digits of account number  **1106**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Patricia Ann Vespalec**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L86, Madison Co.**
**Patricia Ann Vespalec Individually & as Special Administrator of the**
**Estate of James Vespalec, Deceased**

Last 4 digits of account number  **6L86**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Patricia Czerneski**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L938, Madison Co.**
**Patricia Czerneski Individually & as Special Administrator for the**
**Estate of David Czerneski, Deceased**

Last 4 digits of account number  **L938**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Patricia Deland and Jennifer Hamden**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1422-CC09113, St. Louis City**

Last 4 digits of account number  **9113**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____     Case number (if known) _____
         Name

| 3.104 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                 **Unknown**
**Patricia Poppiti & Thomas D. Green Sr.**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: **Case #13L609, Madison Co.**

Last 4 digits of account number **L609**     Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.104 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                 **Unknown**
**Patrick Gallagher & Shannon Bullock**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: **Case #14L1753, Madison Co.**

Last 4 digits of account number **1753**     Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.104 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                 **Unknown**
**Patrick H. & Barbara Wibbels**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: **Case #14L277, Madison Co.**

Last 4 digits of account number **L277**     Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.104 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                 **Unknown**
**Patrick Kalish**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: **Case #15L181, Madison Co.**

Last 4 digits of account number **L181**     Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.104 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                 **Unknown**
**Patrick McLean**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: **Case #16L1175, Madison Co.**
                                     **Patrick McLean Individually & as Special Administrator of the Estate**
Last 4 digits of account number **1175**     **of Robert McLean, Deceased**

                                     Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.104 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                 **Unknown**
**Patty Stevens Timmons**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          Basis for the claim: **Case #16L181, Madison Co.**
                                     **Patty Stevens Timmons Individually and as Special Administrator for**
Last 4 digits of account number **L181**     **the Estate of Hazel Stevens, Deceased**

                                     Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.104**
**6**

**Nonpriority creditor's name and mailing address**
**Paul & Gail E. Grimm**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **0950**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1422CC00950, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104**
**7**

**Nonpriority creditor's name and mailing address**
**Paul & Judith Gehrs**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L188**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L188, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104**
**8**

**Nonpriority creditor's name and mailing address**
**Paul & Martha Yvonne Summerford**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1197**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1197, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104**
**9**

**Nonpriority creditor's name and mailing address**
**Paul & Wilma Nash**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L778**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L778, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105**
**0**

**Nonpriority creditor's name and mailing address**
**Paul H. Maeser**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1299**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L1299, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105**
**1**

**Nonpriority creditor's name and mailing address**
**Paul Henson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1183**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC01183, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                    Case number (if known) _____

---

| 3.105 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

**Paul Phelps & Christi Medley**
**c/o Flint Law Firm, LLC**                    ■ Contingent
**222 East Park St., Ste. 500**                    ■ Unliquidated
**P.O. Box 189**
**Edwardsville, IL 62025**                    ■ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Case #14L1503, Madison Co.**

Last 4 digits of account number  **1503**                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

**Paul R. Watkins et al.**
**c/o Simmons Hanly Conroy**                    ■ Contingent
**One Court St.**                    ■ Unliquidated
**Alton, IL 62002**
                    ■ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Case #1622-CC00487, St. Louis City**
                    **Paul R. Watkins et al. as the Surviving of Heirs of Reginald F.**
Last 4 digits of account number  **0487**                    **Watkins, Deceased**

                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

**Paul Schlotthauer**
**c/o Simmons Hanly Conroy**                    ■ Contingent
**One Court St.**                    ■ Unliquidated
**Alton, IL 62002**
                    ■ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Case #16L987, Madison Co.**

Last 4 digits of account number  **L987**                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

**Paul Silverman**
**c/o Simmons Hanly Conroy**                    ■ Contingent
**One Court St.**                    ■ Unliquidated
**Alton, IL 62002**
                    ■ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Case #16L506, Madison Co.**

Last 4 digits of account number  **L506**                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

**Paula A. & Richard Fortucci**
**c/o Gori, Julian & Associates**                    ■ Contingent
**156 N. Main St.**                    ■ Unliquidated
**Edwardsville, IL 62025**
                    ■ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Case #1622-CC09700, St. Louis City**
                    **Paula A. & Richard Fortucci as the surviving heirs of Paul L. Fortucci,**
Last 4 digits of account number  **9700**                    **Deceased**

                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

**Pauline Bloomberg**
**c/o Simmons Hanly Conroy**                    ■ Contingent
**One Court St.**                    ■ Unliquidated
**Alton, IL 62002**
                    ■ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Case #16L179, Madison Co.**
                    **Pauline Bloomberg Individually & as Special Administrator for the**
Last 4 digits of account number  **L179**                    **Estate of Steven Bloomberg, Deceased**

                    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**

Name                                                          Case number (if known)

---

| 3.105 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    **Unknown**

**Peggy & Michael Schafer**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred __                    **As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #1422-CC01137, St. Louis City**

Last 4 digits of account number  **1137**        Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.105 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    **Unknown**

**Peggy A. Flynn**
**c/o Cooney & Conway**
**120 N. LaSalle Street, 30th Floor**
**Chicago, IL 60602**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #16L5424,  Cook Co.**
**Peggy A. Flynn Special Administrator of the Estate of Patrick J. Flynn,**
**Deceased**

Last 4 digits of account number  **5424**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.106 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    **Unknown**

**Peggy Moore & Shirley Davidson**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #14L679, Madison Co.**

Last 4 digits of account number  **L679**        Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.106 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    **Unknown**

**Peggy Rehmer**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #16L136, St. Clair Co.**
**Peggy Rehmer Individually & as Special Administrator of the Estate of**
**Dennis Rehmer, Deceased**

Last 4 digits of account number  **L136**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.106 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    **Unknown**

**Peggy Sue & Jerry Theobald**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #13L1896, Madison Co.**

Last 4 digits of account number  **1896**        Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.106 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                                    **Unknown**

**Peter & Margaret Tocco**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Case #15L469, Madison Co.**

Last 4 digits of account number  **L469**        Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.106 4**

**Nonpriority creditor's name and mailing address**
**Peter Gruenke & Michelle Engelbert**
**c/o Dickey Law Firm, LLC**
**4387 Laclede, Suite A**
**Saint Louis, MO 63108**

Date(s) debt was incurred __

Last 4 digits of account number  **0602**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1422CC00602, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106 5**

**Nonpriority creditor's name and mailing address**
**Peter Stonis**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **L444**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L444, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106 6**

**Nonpriority creditor's name and mailing address**
**Philip Lamar & Doris Burke**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **1241**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L1241, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106 7**

**Nonpriority creditor's name and mailing address**
**Phillip & Jean Thornton**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number  **9251**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1322CC09251, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106 8**

**Nonpriority creditor's name and mailing address**
**Phillip & Maryls Engler**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **L980**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L980, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106 9**

**Nonpriority creditor's name and mailing address**
**Phillip & Sandra Hess**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **1066**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1066, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Young Holdings, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

**Phillip C. Librizzi**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1609**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1609, Madison Co.**
**Phillip C. Librizzi Individually and as Special Administrator for the**
**Estate of Polly J. Librizzi, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 1**

**Nonpriority creditor's name and mailing address**

**Phillip Miller**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1418**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L1418, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 2**

**Nonpriority creditor's name and mailing address**

**Phillip Sumner**
**c/o Richardson, Patrick, Westrbook**
**& Brickman, LLC**
**103 West Vandalia St., Suite 212**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1167**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #13L1167, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

**Phyllis & Dwayne Whitehead**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L738**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #12L738, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

**Price Logan Barnett, Jr.**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L935**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L935, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

**Quinton Allen, Sr. & Lucille Allen**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1295**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #13L1295, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Young Holdings, Inc.**

Name

Case number (if known) _____

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

**Ralph & Barbara Zody**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

**Date(s) debt was incurred** _

**Last 4 digits of account number  L720**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Case #16L720, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**

**Ralph & Patricia Lampe**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

**Date(s) debt was incurred** _

**Last 4 digits of account number  L787**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Case #14L787, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

**Ralph Lund & John Lund**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

**Date(s) debt was incurred** _

**Last 4 digits of account number  L955**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Case #14L955, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

**Ralph Rea**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

**Date(s) debt was incurred** _

**Last 4 digits of account number  L344**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Case #16L344, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

**Randall & Anna Mann**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

**Date(s) debt was incurred** _

**Last 4 digits of account number  L937**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Case #15L937, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

**Randolph & Crissie Alldredge**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

**Date(s) debt was incurred** _

**Last 4 digits of account number  L342**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Case #17-L-342, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Young Holdings, Inc.**
_____
Name

Case number (if known) _____

---

| 3.108 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randy & Cindy Saucier**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L391**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L391, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.108 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randy Davis**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **9346**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1322CC09346, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.108 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randy R. Gillette**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L293**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L293, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.108 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rapheal Planert & Clayton Rentmeester**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L784**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #12L784, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.108 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray McFadden**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L222**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #13L222, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.108 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ray O'Neal & Connie A. Larkey**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **11L8**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #11L8, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108 8**

**Nonpriority creditor's name and mailing address**

**Raymond & David Eveland**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **1477**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Case #14L1477, Madison Co.**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.108 9**

**Nonpriority creditor's name and mailing address**

**Raymond & Dorothy DeHerrera**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **L781**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Case #14L781, Madison Co.**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.109 0**

**Nonpriority creditor's name and mailing address**

**Raymond & Regina Rider**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **1010**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Case #15L1010, Madison Co.**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.109 1**

**Nonpriority creditor's name and mailing address**

**Raymond C. Kindelspire**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **L111**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Case #09L111, Madison Co.**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.109 2**

**Nonpriority creditor's name and mailing address**

**Raymond Hyer**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

Date(s) debt was incurred _

Last 4 digits of account number **L369**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Case #14L369, Madison Co.**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

**Raymond Toohey, Donna Toohey,**
**Keith Toohey and Kerri Gibson**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **9825**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Case #1522-CC09825, St. Louis City**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|--------|----------------------|------------------------|---|
| | Name | | |

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

**Raymond Wittrock, Jeanette Wittrock, and Richard Wittrock**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **9753**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #1522-CC09753, St. Louis City**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

**Rebecca J. Hutchens**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L807**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #16L807, Madison Co.**
**Rebecca J. Hutchens Individually & as Special Administrator for the**
**Estate of Harold P. Bielefeld, Deceased**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.109 6**

**Nonpriority creditor's name and mailing address**

**Rebecca L. & Kevin J. Westin**
**c/o Maune, Raichle, Hartley, French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

Date(s) debt was incurred _

Last 4 digits of account number  **L854**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #16L854, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.109 7**

**Nonpriority creditor's name and mailing address**

**Rebekah Simmons**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L485**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #16L485, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.109 8**

**Nonpriority creditor's name and mailing address**

**Regina & Irwin Friedman**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L226**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #17-L-226**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.109 9**

**Nonpriority creditor's name and mailing address**

**Regina Arnauskas**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1763**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #14L1763, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor   **Young Holdings, Inc.**
_____   Case number (if known) _____
Name

| | |
|---|---|

| 3.110 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**3.110 0**

**Nonpriority creditor's name and mailing address**
**Reidun Hilleman**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _
Last 4 digits of account number  **1268**

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Case #16L1268, Madison Co.**
**Reidun Hilleman Individually & as Independent Executrix for the**
**Estate of Paul Pedersen, Deceased**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.110 1**

**Nonpriority creditor's name and mailing address**
**Rena & Gregory B. Jones**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _
Last 4 digits of account number  **1619**

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Case #14L1619, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.110 2**

**Nonpriority creditor's name and mailing address**
**Rena Ann Mercier**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _
Last 4 digits of account number  **L768**

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Case #16L768, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.110 3**

**Nonpriority creditor's name and mailing address**
**Renee Dahl**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _
Last 4 digits of account number  **1622**

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Case #15L1622, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.110 4**

**Nonpriority creditor's name and mailing address**
**Resolute Management Inc.**
**1801 Market Street, Suite 500**
**Philadelphia, PA 19103**

Date(s) debt was incurred _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.110 5**

**Nonpriority creditor's name and mailing address**
**Rex & Brenda Smith**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _
Last 4 digits of account number  **1063**

**As of the petition filing date, the claim is:** Check all that apply.  **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Case #15L1063, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor   **Young Holdings, Inc.**
_____
Name                                                              Case number *(if known)* _____

---

| 3.110 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rex & Linda Terrell**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Case #1422-CC09988, St. Louis City

Last 4 digits of account number  9988

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rexford & Evelyn E. Sylvia**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Case #1422-CC09013, St. Louis City

Last 4 digits of account number  9013

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rhonda Leister**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Case #16L35, Madison Co.
Rhonda Leister Individualy & as Special Administrator for the Estate
of Harvey Hotalen, Deceased

Last 4 digits of account number  6L35

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard & Darina Lindsay**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Case #1522-CC00392, St. Louis City

Last 4 digits of account number  0392

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard & Donna Olinger**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Case #13L1917, Madison Co.

Last 4 digits of account number  1917

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Richard & Eva Rose**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Case #14L199, Madison Co.

Last 4 digits of account number  L199

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.111 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Richard & Janet Sisco**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>□ Unliquidated<br>■ Disputed | |

Date(s) debt was incurred _

Basis for the claim:  **Case #15L972, Madison Co.**

Last 4 digits of account number  **L972**

Is the claim subject to offset? ■ No □ Yes

---

**3.111 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Richard & Kevin Curran**<br>**c/o Napoli Shkolnik, PLLC**<br>**103 West Vandalia St., Suite 125**<br>**Edwardsville, IL 62025** | ■ Contingent<br>□ Unliquidated<br>■ Disputed | |

Date(s) debt was incurred _

Basis for the claim:  **Case #13L1468, Madison Co.**

Last 4 digits of account number  **1468**

Is the claim subject to offset? ■ No □ Yes

---

**3.111 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Richard & Linda Gibbons**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>□ Unliquidated<br>■ Disputed | |

Date(s) debt was incurred _

Basis for the claim:  **Case #1622-CC02597, St Louis City**

Last 4 digits of account number  **2597**

Is the claim subject to offset? ■ No □ Yes

---

**3.111 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Richard & Maria Debo**<br>**c/o Napoli Shkolnik, PLLC**<br>**103 West Vandalia St., Suite 125**<br>**Edwardsville, IL 62025** | ■ Contingent<br>□ Unliquidated<br>■ Disputed | |

Date(s) debt was incurred _

Basis for the claim:  **Case #1622-CC05863, St. Louis City**

Last 4 digits of account number  **5863**

Is the claim subject to offset? ■ No □ Yes

---

**3.111 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Richard & Marilyn Kardell**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>□ Unliquidated<br>■ Disputed | |

Date(s) debt was incurred _

Basis for the claim:  **Case #1522-CC00593, St. Louis City**

Last 4 digits of account number  **0593**

Is the claim subject to offset? ■ No □ Yes

---

**3.111 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Richard & Mary Molstad**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>□ Unliquidated<br>■ Disputed | |

Date(s) debt was incurred _

Basis for the claim:  **Case #15L600, Madison Co.**

Last 4 digits of account number  **L600**

Is the claim subject to offset? ■ No □ Yes

---

Debtor __Young Holdings, Inc._____    Case number (if known) _____
                Name

---

**3.111**
**8**

Nonpriority creditor's name and mailing address

**Richard & Nora Mendler**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L385**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #17-L-109, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**
**9**

Nonpriority creditor's name and mailing address

**Richard & Sharon Hazley**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L215**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #15L215, St. Clair Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112**
**0**

Nonpriority creditor's name and mailing address

**Richard & Virginia Foster**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L691**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #16L691, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112**
**1**

Nonpriority creditor's name and mailing address

**Richard & Vivian Kanoski**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1220**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #13L1220, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112**
**2**

Nonpriority creditor's name and mailing address

**Richard A. Atkinson**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

Date(s) debt was incurred _

Last 4 digits of account number  **L328**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #16L328, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112**
**3**

Nonpriority creditor's name and mailing address

**Richard Cohan & Robin Clawson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L834**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #15L834, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Young Holdings, Inc.**
Name

Case number *(if known)*

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

**Richard Curran & Kevin Curran**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1468**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Case #13L1468, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

**Richard Detterman & Marlene Cramer**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L204**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Case #14L204, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

**Richard Hoskinson**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **0220**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Christine Hoskinson, Steven Hoskinson, Raymond**
**Hoskinson, Laurie Hoskinson, Melanie Kneeshaw,**
**Case #1422CC00220, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 7**

**Nonpriority creditor's name and mailing address**

**Richard Kitterman**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1270**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Case #15L1270, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 8**

**Nonpriority creditor's name and mailing address**

**Richard L. Kelley**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L806**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Case #16L806, Madison Co.**
**Richard L. Kelley Individually & as Special Administrator for the**
**Estate of Francis R. Kelley, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 9**

**Nonpriority creditor's name and mailing address**

**Richard L. Yates**
**c/o Humphrey, Farrington & McCalin PC**
**221 W Lexington Ave., Suite 400**
**Independence, MO 64050**

Date(s) debt was incurred _

Last 4 digits of account number  **3588**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Case #1516-CV23588, Jackson Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Young Holdings, Inc.**
_____          Case number *(if known)* _____
              Name

| 3.113 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
**Richard Larkin & Rebecca Hamblin**
**c/o Simmons Hanly Conroy**                     ■ Contingent
**One Court St.**
**Alton, IL 62002**                              ■ Unliquidated

                                                 ■ Disputed

Date(s) debt was incurred  _                      Basis for the claim:  **Case #12L1879, Madison Co.**

Last 4 digits of account number  **1879**         Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
**Richard N. Bass & Candice Shannon**
**c/o Flint Law Firm, LLC**                      ■ Contingent
**222 East Park St., Ste. 500**
**P.O. Box 189**                                 ■ Unliquidated
**Edwardsville, IL 62025**
                                                 ■ Disputed
Date(s) debt was incurred  _                      Basis for the claim:  **Case #15L542, Madison Co.**

Last 4 digits of account number  **L542**         Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
**Rickie & Lois Renfro**
**c/o Gori, Julian & Associates**                ■ Contingent
**156 N. Main St.**
**Edwardsville, IL 62025**                       ■ Unliquidated

                                                 ■ Disputed

Date(s) debt was incurred  _                      Basis for the claim:  **Case #15L320, Madison Co.**

Last 4 digits of account number  **L320**         Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
**Ricky & Jackie Garner**
**c/o Gori Julian & Associates**                 ■ Contingent
**156 N. Main St.**
**Edwardsville, IL 62025**                       ■ Unliquidated

                                                 ■ Disputed

Date(s) debt was incurred  _                      Basis for the claim:  **Case #16L1024, Madison Co.**

Last 4 digits of account number  **1024**         Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
**Riley & Joyce Walker**
**c/o Simmons Hanly Conroy**                     ■ Contingent
**One Court St.**
**Alton, IL 62002**                              ■ Unliquidated

                                                 ■ Disputed

Date(s) debt was incurred  _                      Basis for the claim:  **Case #17-L-391, Madison Co.**

Last 4 digits of account number  **L391**         Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
**Robbie L. Busby**
**c/o Simmons Hanly Conroy**                     ■ Contingent
**One Court St.**
**Alton, IL 62002**                              ■ Unliquidated

                                                 ■ Disputed

Date(s) debt was incurred  _                      Basis for the claim:  **Case #16L916, Madison Co.**
                                                  **Robbie L. Busby Individually & as Special Administrator for the**
Last 4 digits of account number  **L916**         **Estate of Carole H. Magnuson, Deceased**

                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____       Case number *(if known)* _____
Name

| 3.113 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert & Belinda Petit**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **0517**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #1422CC00517, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.113 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Robert & Betty Spradlin**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **1478**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #14L1478, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.113 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Robert & Brenda Bridgeman**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **L374**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #15L374, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.113 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Robert & Charlotte E. Murphy**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **9340**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #1422-CC09340, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.114 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Robert & Debra Nowak**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **L783**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #14L783, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.114 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Robert & Elise Calbazana**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **L479**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #14L479, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                          Case number (if known) _____

---

| 3.114 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert & Glenda Verbie**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1091**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #13L1091, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.114 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert & Janet Tighe**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L913**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L913, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.114 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert & Linda Kahle**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **0849**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14BA-CV00849, Boone County**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.114 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert & Mary E. Allums**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **0200**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1522-CC10200, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.114 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert & Mary Oberlin**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L557**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L557, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.114 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert & Oma Selle**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1710**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #13L1710, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Young Holdings, Inc.**
_____
Name                                                          Case number (if known) _____

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**Robert & Pearl Hayes**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1209**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1209, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**Robert & Penny Hieronimus**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1511**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L1511, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**Robert & Shawn Gumms**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L839**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L839, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**Robert & Shirley Liga**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L350**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L350, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

**Robert & Stanley Haggard**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L488**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L488, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

**Robert & Wanda Kaye Russell**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1719**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L1719, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                                   Case number (if known) _____

| 3.115 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert A. & Stephanie R. Geiser**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **L994**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L994, Madison Co.**
**Robert A. Geiser & Stefanie R. Geiser, Individually & as Co-Personal**
**Representatives for the Estate of Robert W. Geiser, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert A. Bulen**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

Date(s) debt was incurred __

Last 4 digits of account number  **9702**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC09702, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Bevis & Rose Hamm Bevis**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number  **9349**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1222CC09349, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Bucettas**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **1187**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L1187, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Clark, Jr.**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

Date(s) debt was incurred __

Last 4 digits of account number  **1260**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1522-CC11260, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Robert Collins**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **9627**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC09627, St. Louis City**
**Robert Collins Individually & as the Surviving Spouse of Mary Collins,**
**Deceased, & Stacy Collins & Jennifer Collins, as the Surviving Heirs**
**of Mary Collins, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
         _____
         Name                                                    Case number (if known)  _____

---

| 3.116 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Robert D. & Janice Hunter** | ■ Contingent | |
| **c/o SWMK Law LLC** | ■ Unliquidated | |
| **701 Market Street, Suite 1575** | ■ Disputed | |
| **Saint Louis, MO 63102** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #13L890, Madison Co.** | |
| Last 4 digits of account number  **L890** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.116 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Robert D. & Shirley A. Starwalt** | ■ Contingent | |
| **c/o Flint Law Firm, LLC** | ■ Unliquidated | |
| **222 East Park St., Ste. 500** | ■ Disputed | |
| **P.O. Box 189** | | |
| **Edwardsville, IL 62025** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #15L208, Madison Co.** | |
| Last 4 digits of account number  **L208** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.116 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Robert D. White** | ■ Contingent | |
| **c/o Napoli Shkolnik, PLLC** | ■ Unliquidated | |
| **103 West Vandalia St., Suite 125** | ■ Disputed | |
| **Edwardsville, IL 62025** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #1622-CC10176, St. Louis City** | |
| Last 4 digits of account number  **0176** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.116 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Robert E. & Barbara Bramham** | ■ Contingent | |
| **c/o Simmons Hanly Conroy** | ■ Unliquidated | |
| **One Court St.** | ■ Disputed | |
| **Alton, IL 62002** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #13L749, Madison Co.** | |
| Last 4 digits of account number  **L749** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.116 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Robert E. & Joan C. Wilson** | ■ Contingent | |
| **c/o Shrader & Assoc., LLP** | ■ Unliquidated | |
| **22A Ginger Creek Parkway** | ■ Disputed | |
| **Glen Carbon, IL 62034** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #15L1085, Madison Co.** | |
| Last 4 digits of account number  **1085** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.116 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Robert J. Poaletta** | ■ Contingent | |
| **c/o Simmons Hanly Conroy** | ■ Unliquidated | |
| **One Court St.** | ■ Disputed | |
| **Alton, IL 62002** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #09L1204, Madison Co.** | |
| Last 4 digits of account number  **1204** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor   **Young Holdings, Inc.**

Name                                                                                   Case number (if known)

---

| 3.116 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robert Jr./Robert Wolff, Sr.**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1722-CC00594, St. Louis City**

Last 4 digits of account number  **0594**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.116 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robert Kieffer**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1522-CC10693, St. Louis City**

Last 4 digits of account number  **0693**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.116 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robert Klune**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1522-CC00500, St. Louis City**

Last 4 digits of account number  **0500**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.116 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robert L. & Nancy Love**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L69, St. Clair Co.**

Last 4 digits of account number  **5L69**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.117 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robert L. Bales, III**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L826, Madison Co.**
**Robert L Bales, III Individually & as Special Administrator for the**
**Estate of Robert L. Bales Jr., Deceased**

Last 4 digits of account number  **L826**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.117 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robert Langevin**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L1216, Madison Co.**

Last 4 digits of account number  **1216**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name                                                         Case number (if known) _____

---

| 3.117 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Robert Lee Gentry**
**c/o Griffith & Roberts**
**213 5th Avenue North, Suite 300**
**White House, TN 37188**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Case #15C4502, Davidson Co.

Last 4 digits of account number  **4502**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Robert Lewis, Dwayne Lewis,**
**Beverly Hornberger, Paula Long**
**c/o Maune, Raichle, HartleyFrench & Mudd**
**211 North Broadway, Suite 2940**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Case #1422-CC09839, St. Louis City

Last 4 digits of account number  **9839**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Robert P. & Janet M. Zerby**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Case #10L235, Madison Co.

Last 4 digits of account number  **L235**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Robert Painter & Stacy Davis**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Case #15L645, Madison Co.

Last 4 digits of account number  **L645**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Robert Power**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Case #10L1243, Madison Co.

Last 4 digits of account number  **1243**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Robert Price & Sandra Walters**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Case #15L294, Madison Co.

Last 4 digits of account number  **L294**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**

Name

Case number (if known)

| | |
|---|---|
| 3.117 8 | |

**Nonpriority creditor's name and mailing address**
**Robert R. & Betty Elliott**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred  _

Last 4 digits of account number  **1364**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L1364, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.117 9 | |

**Nonpriority creditor's name and mailing address**
**Robert Ray Tilley, Jr & Cheryl A. Tilley**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

Date(s) debt was incurred  _

Last 4 digits of account number  **L805**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #13L805, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.118 0 | |

**Nonpriority creditor's name and mailing address**
**Robert Shannon**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred  _

Last 4 digits of account number  **L292**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L292, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.118 1 | |

**Nonpriority creditor's name and mailing address**
**Robert T. & Beatrice D. Johnson**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

Date(s) debt was incurred  _

Last 4 digits of account number  **1586**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1586, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.118 2 | |

**Nonpriority creditor's name and mailing address**
**Robert T. & Judith Mooney**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred  _

Last 4 digits of account number  **L623**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #10L623, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.118 3 | |

**Nonpriority creditor's name and mailing address**
**Roberta & Peter Dowd**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred  _

Last 4 digits of account number  **L552**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L552, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.118
4**

**Nonpriority creditor's name and mailing address**
**Roberta Brooks & Gwendolyne Brooks**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L858**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L858, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118
5**

**Nonpriority creditor's name and mailing address**
**Roberto & Letha C. Morrow**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **0597**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1422C00597, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118
6**

**Nonpriority creditor's name and mailing address**
**Robin Hodapp & Rebecca Hodapp**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L819**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #11L819, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118
7**

**Nonpriority creditor's name and mailing address**
**Robinson & McElwee**
**700 Virginia Street East, Suite 400**
**Charleston, WV 25301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Local counsel for Young in our West Virginia cases**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118
8**

**Nonpriority creditor's name and mailing address**
**Rodney I. & Brenda Buck**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

Date(s) debt was incurred _

Last 4 digits of account number  **1103**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L1103, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118
9**

**Nonpriority creditor's name and mailing address**
**Roger & Beth A. Davis**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L831**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L831, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor  **Young Holdings, Inc.**
_____
Name

Case number (*if known*) _____

---

| 3.119 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roger & Linda Diercks**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L368**

Basis for the claim:  **Case #16L368, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roland B. Dalton**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1392**

Basis for the claim:  **Case #1522-CC11392, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roland Woodburn &  Audrey Lee Carroll**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0598**

Basis for the claim:  **Case #1422CC00598, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronald & Barbara Johnson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L140**

Basis for the claim:  **Case #14L140, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronald & Birlie Smith**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0697**

Basis for the claim:  **Case #1322-CC00697, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronald & Carolyn Swanson**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L427**

Basis for the claim:  **Case #16L427, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Young Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.119 6**

**Nonpriority creditor's name and mailing address**
**Ronald & Chad Gohman**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number __1141__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #15L1141, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 7**

**Nonpriority creditor's name and mailing address**
**Ronald & Roberta Bitter**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number __L630__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #15L630, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 8**

**Nonpriority creditor's name and mailing address**
**Ronald & Rosalinda Weygandt**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

Date(s) debt was incurred _

Last 4 digits of account number __L172__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #16L172, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 9**

**Nonpriority creditor's name and mailing address**
**Ronald & Saratha Holloway**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number __L939__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #14L939, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 0**

**Nonpriority creditor's name and mailing address**
**Ronald & Sharon Ardrey**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number __1178__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #1522-CC11178, St. Louis City__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 1**

**Nonpriority creditor's name and mailing address**
**Ronald & Sharon Sheldon**
**c/o Schoen Walton Telken & Foster LLC**
**241 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number __L867__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #15L867, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Young Holdings, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.120 2**

**Nonpriority creditor's name and mailing address**
**Ronald & Virginia J. Fleming**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  L199

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #15L199, St. Clair Co.**

Is the claim subject to offset?  ☐ No  ☐ Yes

**Unknown**

---

**3.120 3**

**Nonpriority creditor's name and mailing address**
**Ronald E. Blaisdell & Gloria J. George**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  L417

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #13L417, Madison Co.**

Is the claim subject to offset?  ☐ No  ☐ Yes

**Unknown**

---

**3.120 4**

**Nonpriority creditor's name and mailing address**
**Ronald Freeman**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  1536

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #15L1536, Madison Co.**

Is the claim subject to offset?  ☐ No  ☐ Yes

**Unknown**

---

**3.120 5**

**Nonpriority creditor's name and mailing address**
**Ronald Hale & Wilmetta Hale**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  0017

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #15MD-CC00017, Madison Co.**

Is the claim subject to offset?  ☐ No  ☐ Yes

**Unknown**

---

**3.120 6**

**Nonpriority creditor's name and mailing address**
**Ronald J. & Carol Hughes**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  1312

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #1622-CC01312, St. Louis City**

Is the claim subject to offset?  ☐ No  ☐ Yes

**Unknown**

---

**3.120 7**

**Nonpriority creditor's name and mailing address**
**Ronald King, Katherine Horn, and**
**Tammy Hiatt**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

Date(s) debt was incurred _

Last 4 digits of account number  1232

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #1422CC01232, St. Louis City**

Is the claim subject to offset?  ☐ No  ☐ Yes

**Unknown**

---

Debtor   **Young Holdings, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 3.120 8 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Ronald L. Besserman**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

Date(s) debt was incurred _

Last 4 digits of account number  **0494**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1422-CC00494, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.120 9 | |

**Nonpriority creditor's name and mailing address**
**Ronald L. Miller**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L577**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L577, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.121 0 | |

**Nonpriority creditor's name and mailing address**
**Ronald L. Mondary**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L294**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L294, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.121 1 | |

**Nonpriority creditor's name and mailing address**
**Ronald L. Williams**
**c/o O'Brien Law Firm, PC**
**815 Geyer Avenue**
**Saint Louis, MO 63104**

Date(s) debt was incurred _

Last 4 digits of account number  **0686**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC00686, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.121 2 | |

**Nonpriority creditor's name and mailing address**
**Ronald S. & Dorothy Witt**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **0966**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC10966, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.121 3 | |

**Nonpriority creditor's name and mailing address**
**Ronald Sukovaty**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L125**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L125, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor  **Young Holdings, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.121 4**

**Nonpriority creditor's name and mailing address**
**Rosa & John Prunty**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

Date(s) debt was incurred _

Last 4 digits of account number  **L655**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L655, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 5**

**Nonpriority creditor's name and mailing address**
**Rosemary Gifford**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **6L76**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L76, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 6**

**Nonpriority creditor's name and mailing address**
**Rosemary Miron & Eugene Miron, Sr.**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **0508**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1422CC00508, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 7**

**Nonpriority creditor's name and mailing address**
**Ross & Janet Vandenberg**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1926**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #13L1926, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 8**

**Nonpriority creditor's name and mailing address**
**Ross & JoAnne L. Klicker**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1428**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L1428, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 9**

**Nonpriority creditor's name and mailing address**
**Ross Seggern**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L535**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L535, Madison Co.**
**Ross Seggern Individually & as Special Administrator for the Estate of Martha Cochran, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Young Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.122 0**

**Nonpriority creditor's name and mailing address**
**Rowel Cotto**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Case #12L191, Madison Co.

**Last 4 digits of account number** L191

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.122 1**

**Nonpriority creditor's name and mailing address**
**Rowel Cotto**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Case #12L191, Madison Co.

**Last 4 digits of account number** L191

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.122 2**

**Nonpriority creditor's name and mailing address**
**Roy & Kelly McElvogue**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Case #16L939, Madison Co.

**Last 4 digits of account number** L939

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.122 3**

**Nonpriority creditor's name and mailing address**
**Roy & Patricia Studdard**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Case #13L1504, Madison Co.

**Last 4 digits of account number** 1504

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.122 4**

**Nonpriority creditor's name and mailing address**
**Roy & Peggy Lynn Bale**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Case #15L303, Madison Co.

**Last 4 digits of account number** L303

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.122 5**

**Nonpriority creditor's name and mailing address**
**Roy Meyers, Jr. & Earl E. Meyers**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Case #14L1553, Madison Co.

**Last 4 digits of account number** 1553

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name                                                            Case number (if known)   _____

---

| 3.122 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Ruben Aldaco** | ☐ Contingent | |
| **c/o Simmons Hanly Conroy** | ☐ Unliquidated | |
| **One Court St.** | ☐ Disputed | |
| **Alton, IL 62002** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #16L995, Madison Co.** | |
| Last 4 digits of account number  **L995** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.122 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Rudolph Shober & Ed Shober** | ☐ Contingent | |
| **c/o Simmons Hanly Conroy** | ☐ Unliquidated | |
| **One Court St.** | ☐ Disputed | |
| **Alton, IL 62002** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #15L568, Madison Co.** | |
| Last 4 digits of account number  **L568** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.122 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Russel George & Winifred Stella Hay** | ☐ Contingent | |
| **c/o Shrader & Assoc., LLP** | ☐ Unliquidated | |
| **22A Ginger Creek Parkway** | ☐ Disputed | |
| **Glen Carbon, IL 62034** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #15L429, Madison Co.** | |
| Last 4 digits of account number  **L429** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.122 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Russell Parker** | ☐ Contingent | |
| **c/o Gori, Julian & Associates** | ☐ Unliquidated | |
| **156 N. Main St.** | ☐ Disputed | |
| **Edwardsville, IL 62025** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #13L1153, Madison Co.** | |
| Last 4 digits of account number  **1153** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.123 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Russell Taylor & Kelly Reynolds** | ☐ Contingent | |
| **c/o Napoli Shkolnik, PLLC** | ☐ Unliquidated | |
| **103 West Vandalia St., Suite 125** | ☐ Disputed | |
| **Edwardsville, IL 62025** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #1222CC02449, St. Louis City** | |
| Last 4 digits of account number  **2449** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.123 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Russell W. & Judith Petersen** | ☐ Contingent | |
| **c/o Simmons Hanly Conroy** | ☐ Unliquidated | |
| **One Court St.** | ☐ Disputed | |
| **Alton, IL 62002** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #16L484, Madison Co.** | |
| Last 4 digits of account number  **L484** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

Debtor   **Young Holdings, Inc.**
_____          Case number (if known) _____
Name

| 3.123 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.           **Unknown**
**Ruth & Jules Hebert**
**c/o Simmons Hanly Conroy**          ■ Contingent
**One Court St.**
**Alton, IL 62002**                   ■ Unliquidated

Date(s) debt was incurred _           ■ Disputed

Last 4 digits of account number  **L116**          Basis for the claim:  **Case #15L116, Madison Co.**

                                     Is the claim subject to offset? ■ No  ☐ Yes

| 3.123 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.           **Unknown**
**Ruth Fabrizius**
**c/o Simmons Hanly Conroy**          ■ Contingent
**One Court St.**
**Alton, IL 62002**                   ■ Unliquidated

Date(s) debt was incurred _           ■ Disputed

Last 4 digits of account number  **L936**          Basis for the claim:  **Case #16L936, Madison Co.**
                                     **Ruth Fabrizius Individually & as Special Administrator for the Estate**
                                     **of Clifford Fabrizius, Deceased**

                                     Is the claim subject to offset? ■ No  ☐ Yes

| 3.123 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.           **Unknown**
**Ruth Rotert**
**c/o Gori, Julian & Associates**          ■ Contingent
**156 N. Main St.**
**Edwardsville, IL 62025**                   ■ Unliquidated

Date(s) debt was incurred _           ■ Disputed

Last 4 digits of account number  **L862**          Basis for the claim:  **Case #16L862, Madison Co.**
                                     **Ruth Rotert Individually & as Special Administrator of the Estate of**
                                     **Louis Rotert, Deceased**

                                     Is the claim subject to offset? ■ No  ☐ Yes

| 3.123 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.           **Unknown**
**Ruth Senuta**
**c/o Simmons Hanly Conroy**          ■ Contingent
**One Court St.**
**Alton, IL 62002**                   ■ Unliquidated

Date(s) debt was incurred _           ■ Disputed

Last 4 digits of account number  **L726**          Basis for the claim:  **Case #16L726, Madison Co.**
                                     **Ruth Senuta Individually & as Special Administrator of the Estate of**
                                     **John Senuta, Deceased**

                                     Is the claim subject to offset? ■ No  ☐ Yes

| 3.123 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.           **Unknown**
**Sadie Mae Collins & Lindy Collins**
**c/o Simmons Hanly Conroy**          ■ Contingent
**One Court St.**
**Alton, IL 62002**                   ■ Unliquidated

Date(s) debt was incurred _           ■ Disputed

Last 4 digits of account number  **L855**          Basis for the claim:  **Case #15L855, Madison Co.**

                                     Is the claim subject to offset? ■ No  ☐ Yes

| 3.123 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.           **Unknown**
**Sally & Vince Teahan**
**c/o Simmons Hanly Conroy**          ■ Contingent
**One Court St.**
**Alton, IL 62002**                   ■ Unliquidated

Date(s) debt was incurred _           ■ Disputed

Last 4 digits of account number  **L736**          Basis for the claim:  **Case #15L736, Madison Co.**

                                     Is the claim subject to offset? ■ No  ☐ Yes

Debtor　**Young Holdings, Inc.**
_____
Name

Case number (if known)　_____

| | |
|---|---|
| 3.123 8 | |

**Nonpriority creditor's name and mailing address**　　　　　　　　　As of the petition filing date, the claim is: *Check all that apply.*　　　**Unknown**

**Sally A. & Duwayn C. Kirkvold**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Case #16L912, Madison Co.**

Last 4 digits of account number　**L912**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.123 9 | |

**Nonpriority creditor's name and mailing address**　　　　　　　　　As of the petition filing date, the claim is: *Check all that apply.*　　　**Unknown**

**Sam J. Pugliese & Donald Kleck**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Case #14L938, Madison Co.**

Last 4 digits of account number　**L938**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.124 0 | |

**Nonpriority creditor's name and mailing address**　　　　　　　　　As of the petition filing date, the claim is: *Check all that apply.*　　　**Unknown**

**Same and Brenda Newell**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Case #15L656, Madison Co.**

Last 4 digits of account number　**L656**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.124 1 | |

**Nonpriority creditor's name and mailing address**　　　　　　　　　As of the petition filing date, the claim is: *Check all that apply.*　　　**Unknown**

**Sammy Hix**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Case #15L1214, Madison Co.**

Last 4 digits of account number　**1214**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.124 2 | |

**Nonpriority creditor's name and mailing address**　　　　　　　　　As of the petition filing date, the claim is: *Check all that apply.*　　　**Unknown**

**Samuel & Barbara Ingram**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Case #16L434, Madison Co.**

Last 4 digits of account number　**L434**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.124 3 | |

**Nonpriority creditor's name and mailing address**　　　　　　　　　As of the petition filing date, the claim is: *Check all that apply.*　　　**Unknown**

**Samuel & Cynthia McCain**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Case #13L1143, Madison Co.**

Last 4 digits of account number　**1143**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.124 4**

**Nonpriority creditor's name and mailing address**

**Samuel & Elizabeth Miller**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **L934**

**As of the petition filing date, the claim is:** *Check all that apply.*

�True **Contingent**

☐ Unliquidated

☐ **Disputed**

Basis for the claim: **Case #15L934, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.124 5**

**Nonpriority creditor's name and mailing address**

**Samuel McCullar**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **L812**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ **Contingent**

☐ Unliquidated

☐ **Disputed**

Basis for the claim: **Case #15L812, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.124 6**

**Nonpriority creditor's name and mailing address**

**Samuel Quarles**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **1039**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ **Contingent**

☐ Unliquidated

☐ **Disputed**

Basis for the claim: **Case #16L1039, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.124 7**

**Nonpriority creditor's name and mailing address**

**Sandra & James Odom**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **L952**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ **Contingent**

☐ Unliquidated

☐ **Disputed**

Basis for the claim: **Case #54L952, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.124 8**

**Nonpriority creditor's name and mailing address**

**Sandra & Terry G. Bryant**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **1293**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ **Contingent**

☐ Unliquidated

☐ **Disputed**

Basis for the claim: **Case #14L1293, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

**Sandra B. Farmer**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **1366**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ **Contingent**

☐ Unliquidated

☐ **Disputed**

Basis for the claim: **Case #16L1366, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

Debtor   **Young Holdings, Inc.**
_____
Name                                                    Case number (if known) _____

---

| 3.125 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Sandra K. Turner**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

Date(s) debt was incurred __

Last 4 digits of account number  **6L11**

**As of the petition filing date, the claim is:** Check all that apply.                                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L11, Madison Co.**
**Sandra K. Turner Individually & as Special Administrator for the**
**Estate of Walter G. Turner, deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Sandra K. Walker & Anthony L. Perkins**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **L538**

**As of the petition filing date, the claim is:** Check all that apply.                                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L538, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Sandra Otey**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **1233**

**As of the petition filing date, the claim is:** Check all that apply.                                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L1233, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Sandra P. & Larry Moore**
**c/o Richardson, Patrick, Westbrook,**
**& Brickman, LLC**
**103 West Vandalia St., Suite 212**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number  **1289**

**As of the petition filing date, the claim is:** Check all that apply.                                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #14L1289, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Sandra Rose**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number  **L603**

**As of the petition filing date, the claim is:** Check all that apply.                                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #12L603, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Sandra Vinyard**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number  **1572**

**As of the petition filing date, the claim is:** Check all that apply.                                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1572, Madison Co.**
**Sandra Vinyard Individually & as Special Administrator of the Estate**
**of Richard L. Vinyard, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name                                                                     Case number (if known) _____

---

| 3.125 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sandy Corcoran**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred  _

Last 4 digits of account number  **L352**

As of the petition filing date, the claim is: Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L352, Madison Co.**
**Sandy Corcoran Individually & as Special Administrator for the Estate**
**of Bill Stephens, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sara Colwell**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

Date(s) debt was incurred  _

Last 4 digits of account number  **1195**

As of the petition filing date, the claim is: Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L1195, Madison Co.**
**Sara Colwell Individually & as Special Administrator of the Estate of**
**Bobby Leo Colwell, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Ulan**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred  _

Last 4 digits of account number  **L747**

As of the petition filing date, the claim is: Check all that apply.                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case #15L747, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott & Cynthia Miller**
**Carey, Danis & Lowe**
**8235 Forsyth Blvd., #1100**
**Saint Louis, MO 63105**

Date(s) debt was incurred  _

Last 4 digits of account number  **0501**

As of the petition filing date, the claim is: Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC10501, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scotty & Jeanette S. King**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred  _

Last 4 digits of account number  **1565**

As of the petition filing date, the claim is: Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #13L1565, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sean Bailey**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred  _

Last 4 digits of account number  **L929**

As of the petition filing date, the claim is: Check all that apply.                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L929, Madison Co.**
**Sean Bailey Individually & as Special Administrator of the Estate of**
**Dave Bailey, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Young Holdings, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.126**
**2**

**Nonpriority creditor's name and mailing address**
**Sebastian Vasquez**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **1052**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #15L1052, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126**
**3**

**Nonpriority creditor's name and mailing address**
**Segal McCambridge Singer & Mahoney**
**C/O Faegre Baker Daniels**
**300 North Meridian Street, Suite 2700**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorney's fees**

Is the claim subject to offset? ■ No ☐ Yes

**$1,926,074.00**

---

**3.126**
**4**

**Nonpriority creditor's name and mailing address**
**Seymour Wolfe & Victoria Picone**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **1447**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #14L1447, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126**
**5**

**Nonpriority creditor's name and mailing address**
**Shannon Desilva**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **L507**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #16L507, Madison Co.**
**Shannon Desilva Individually & as Special Administrator for the**
**Estate of John Kaczmar, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126**
**6**

**Nonpriority creditor's name and mailing address**
**Sharon & Howard Younger**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **L629**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #15L629, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126**
**7**

**Nonpriority creditor's name and mailing address**
**Sharon & Hubert White**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **1031**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #1422-CC01031, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Young Holdings, Inc.**
_____
Name                                                                          Case number (if known) _____

---

| 3.126 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sharon Ingram**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #1522-CC10382, St. Louis City**

Last 4 digits of account number  **0382**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sharon Kay Vanderwarf**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L1552, Madison Co.**
**Sharon Kay Vanderwarf Individually & as Special Administrator of the**
**Estate of Terrell Lee Vanderwarf, Deceased**

Last 4 digits of account number  **1552**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sharon L. Wolf**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L165, Madison Co.**
**Sharon L. Wolf Individually and as Special Administrator for the**
**Estate of Dale A. Wolf, Deceased**

Last 4 digits of account number  **L165**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sharon Zimny**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L1326, Madison Co.**

Last 4 digits of account number  **1326**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Shaun McCormick**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L673, Madison Co.**

Last 4 digits of account number  **L673**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sheila & Keith Heater**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1702, Madison Co.**

Last 4 digits of account number  **1702**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____    Case number (if known) _____
Name

---

| 3.127 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Sheila & William Wiggins** | ■ Contingent | |
| **c/o Simmons Hanly Conroy** | ■ Unliquidated | |
| **One Court St.** | ■ Disputed | |
| **Alton, IL 62002** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Case #17-L-399, Madison Co.** | |
| Last 4 digits of account number  **L399** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.127 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Shelly Ann Marsh** | ■ Contingent | |
| **c/o Shrader & Assoc., LLP** | ■ Unliquidated | |
| **22A Ginger Creek Parkway** | ■ Disputed | |
| **Glen Carbon, IL 62034** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Case #15L367, Madison Co.** | |
| Last 4 digits of account number  **L367** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.127 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Sherley Hall** | ■ Contingent | |
| **c/o Simmons Hanly Conroy** | ■ Unliquidated | |
| **One Court St.** | ■ Disputed | |
| **Alton, IL 62002** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Case #16L1449, Madison Co.** | |
| Last 4 digits of account number  **1449** | **Sherley Hall Individually & as Special Administrator for the Estate of Elford Hall, Deceased** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.127 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Sherrill & Sally Minor** | ■ Contingent | |
| **c/o Simmons Hanly Conroy** | ■ Unliquidated | |
| **One Court St.** | ■ Disputed | |
| **Alton, IL 62002** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Case #14L219, Madison Co.** | |
| Last 4 digits of account number  **L219** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.127 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Shirley & Billy Easterling** | ■ Contingent | |
| **c/o SWMK Law LLC** | ■ Unliquidated | |
| **701 Market Street, Suite 1575** | ■ Disputed | |
| **Saint Louis, MO 63102** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Case #14L1376, Madison Co.** | |
| Last 4 digits of account number  **1376** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.127 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Shirley & Stephen Dalton** | ■ Contingent | |
| **c/o Napoli Shkolnik, PLLC** | ■ Unliquidated | |
| **103 West Vandalia St., Suite 125** | ■ Disputed | |
| **Edwardsville, IL 62025** | | |
| Date(s) debt was incurred __ | Basis for the claim:  **Case #11L1230, Madison Co.** | |
| Last 4 digits of account number  **1230** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Young Holdings, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.128 0**

**Nonpriority creditor's name and mailing address**
**Shirley & Stephen G. Dalton**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1230**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #11L1230, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 1**

**Nonpriority creditor's name and mailing address**
**Shirley A. Boyle**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L353**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L353, Madison Co.**
**Shirley A. Boyle Individually & as Special Administrator for the Estate**
**of Own Boyle, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 2**

**Nonpriority creditor's name and mailing address**
**Shirley McClain & Dorothy McClain**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

Date(s) debt was incurred _

Last 4 digits of account number  **0032**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1422-CC10032, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 3**

**Nonpriority creditor's name and mailing address**
**Shirley Young & Barbara Milazzo**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L159**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #13L159, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 4**

**Nonpriority creditor's name and mailing address**
**Sidney & Gwendolyn McClinton**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L895**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #12L895, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128 5**

**Nonpriority creditor's name and mailing address**
**Sidney E. Hurt & Tamira Taylor**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L916**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #11L916, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Young Holdings, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

**Sidney Marsh & Kimberly Jean Marsh**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

Date(s) debt was incurred _

Last 4 digits of account number **L951**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

◼ Contingent
◼ Unliquidated
◼ Disputed

Basis for the claim: **Case #15L951, Madison Co.**

Is the claim subject to offset? ◼ No ☐ Yes

---

**3.128 7**

**Nonpriority creditor's name and mailing address**

**Sondra & Larry Cruise**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **L993**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

◼ Contingent
◼ Unliquidated
◼ Disputed

Basis for the claim: **Case #15L993, Madison Co.**

Is the claim subject to offset? ◼ No ☐ Yes

---

**3.128 8**

**Nonpriority creditor's name and mailing address**

**Sondra & Larry Cruise**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **L993**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

◼ Contingent
◼ Unliquidated
◼ Disputed

Basis for the claim: **Case #15L993 , Madison Co.**

Is the claim subject to offset? ◼ No ☐ Yes

---

**3.128 9**

**Nonpriority creditor's name and mailing address**

**Stanley & Essie Carpenter**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **L636**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

◼ Contingent
◼ Unliquidated
◼ Disputed

Basis for the claim: **Case #14L636, St. Clair Co.**

Is the claim subject to offset? ◼ No ☐ Yes

---

**3.129 0**

**Nonpriority creditor's name and mailing address**

**Stanley & June Schauer**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **0040**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

◼ Contingent
◼ Unliquidated
◼ Disputed

Basis for the claim: **Case #1322CC10040, St. Louis City**

Is the claim subject to offset? ◼ No ☐ Yes

---

**3.129 1**

**Nonpriority creditor's name and mailing address**

**Stephen & Barbara Cummings**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **L799**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

◼ Contingent
◼ Unliquidated
◼ Disputed

Basis for the claim: **Case #15L799, Madison Co.**

Is the claim subject to offset? ◼ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
Name

Case number (if known)

---

**3.129
2**

**Nonpriority creditor's name and mailing address**

**Stephen & Connie Bollinger
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L638**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L638, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129
3**

**Nonpriority creditor's name and mailing address**

**Stephen & Eileen Leite
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L692**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L692, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129
4**

**Nonpriority creditor's name and mailing address**

**Stephen Kohl & Lisa Roth
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **0459**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1522-CC00459, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129
5**

**Nonpriority creditor's name and mailing address**

**Stephen Malone
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L559**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L559, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129
6**

**Nonpriority creditor's name and mailing address**

**Steve & Marsha Bostick
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L480**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #13L480, St. Clair Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129
7**

**Nonpriority creditor's name and mailing address**

**Steven & Janice Snyder
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L456**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L456, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor     **Young Holdings, Inc.**
_____     Case number (if known) _____
                Name

---

| 3.129<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Stites & Harbison**
**401 Commerce Street, Suite 800**
**Nashville, TN 37219**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Local counsel for Young in Wallace

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Susan &  Lon G. White**
**c/o Maune, Raichle, Hartley,**
**French & Mudd**
**1015 Locust St., #1200**
**Saint Louis, MO 63101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1213

Basis for the claim:  Case #16L1213, Madison Co.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Susan & Steven Barry**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1756

Basis for the claim:  Case #14L1756, Madison Co.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Susan Highfill**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1036

Basis for the claim:  Case #1522-CC01036, St. Louis City

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Susan Murphy, Rebecca Rick and**
**Lisa Williams**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0407

Basis for the claim:  Case #1522-CC10407, St. Louis City

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sylvester Baggett**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1522

Basis for the claim:  Case #16L1522, Madison Co.

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.130
4**

**Nonpriority creditor's name and mailing address**

**Tacy Reed & Vicki Hall Reed**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1402**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #13L1402, Madison Co.**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.130
5**

**Nonpriority creditor's name and mailing address**

**Tamara Cain, et al.**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **0750**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1622-CC10750, St. Louis City**
**Tamara Cain as the Surviving Heirs of Mary Cain, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.130
6**

**Nonpriority creditor's name and mailing address**

**Tammy J. Harris**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L107**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L107, Madison Co.**
**Tammy L. Harris Individually & as Special Administrator for the Estate**
**of Michael D. Harris, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.130
7**

**Nonpriority creditor's name and mailing address**

**Tammy Toohey**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **9825**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1522-CC09825, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.130
8**

**Nonpriority creditor's name and mailing address**

**Teresa Strickland**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **9706**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1422-CC097006, St. Louis City**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.130
9**

**Nonpriority creditor's name and mailing address**

**Teresita Pascual**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **0915**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #1522-CC10915, St. Louis City**
**Teresita Pascual as the surviving heir of Ely Pascual, Deceased**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                    Case number (if known) _____

| | | |
|---|---|---|
| 3.131 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **Unknown** |

**3.131 0**

**Nonpriority creditor's name and mailing address**
**Terrence & Betty Jean Camilleri**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L998**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #16L998, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131 1**

**Nonpriority creditor's name and mailing address**
**Terrence & Jane Croslis**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L118**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L118, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131 2**

**Nonpriority creditor's name and mailing address**
**Terrence Barnes**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L719**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L719, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131 3**

**Nonpriority creditor's name and mailing address**
**Terry & Angela Childers**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L603**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L603, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131 4**

**Nonpriority creditor's name and mailing address**
**Terry & Brenda Latunski**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L966**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L966, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131 5**

**Nonpriority creditor's name and mailing address**
**Terry & Carolyn Sue Tracy**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

Date(s) debt was incurred _

Last 4 digits of account number  **1006**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Case #15L1006, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____   Case number (if known) _____
         Name

| 3.131 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Terry & Glenda Onyett**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L343, St. Clair Co.**

Last 4 digits of account number  **L343**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Terry & Jeff Torgerson**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L451, Madison Co.**

Last 4 digits of account number  **L451**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Terry & Joann Elliott**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L775, Madison Co.**

Last 4 digits of account number  **L775**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Terry & Virginia Helton**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1063, Madison Co.**

Last 4 digits of account number  **1063**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Terry Berry**
**c/o Schoen Walton Telken & Foster LLC**
**241 N. Main St.**
**Edwardsville, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #15L871, Madison Co.**

Last 4 digits of account number  **L871**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Terry J. Pettigrew & Latoya Pettigrew**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1070, Madison Co.**

Last 4 digits of account number  **1070**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
      Name                                                Case number *(if known)*

---

**3.132 2**

**Nonpriority creditor's name and mailing address**
**Terry Lee & Bonnie Zimmerman**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **1407**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Case #14L1407, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.132 3**

**Nonpriority creditor's name and mailing address**
**Terry Stewart**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

Date(s) debt was incurred _

Last 4 digits of account number **0738**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Case #1222CC10738, St. Louis City**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.132 4**

**Nonpriority creditor's name and mailing address**
**Thelma Danieley**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **L488**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Case #10L488, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.132 5**

**Nonpriority creditor's name and mailing address**
**Thelma J. Danieley**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **L488**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Case #10L488, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.132 6**

**Nonpriority creditor's name and mailing address**
**Theodore & Janet Christisen**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **0577**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Case #1622-CC10577, St. Louis City**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.132 7**

**Nonpriority creditor's name and mailing address**
**Theodore Bradley**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **1718**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Case #12L1718, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                          Case number *(if known)* _____

---

| 3.132 8 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Theodore Fandrei & Dale Bose**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  <u>Case #14L503, Madison Co.</u>

Last 4 digits of account number  <u>L503</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 9 |

**Nonpriority creditor's name and mailing address**
**Theodore Farwell & Sigrid O. Farwell**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  <u>Case #15L11, Madison Co.</u>

Last 4 digits of account number  <u>5L11</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 0 |

**Nonpriority creditor's name and mailing address**
**Theodore Moore**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  <u>Individually and as Special Administrator of the Estate of Elaine Spaulding-Moore, Deceased Case #15L1371, Madison Co.</u>

Last 4 digits of account number  <u>1371</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 1 |

**Nonpriority creditor's name and mailing address**
**Therese Nelson**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  <u>Case #16L549, Madison Co.</u>
<u>Therese Nelson Individually & as Special Administrator for the Estate of Daniel Neumaier, Deceased</u>

Last 4 digits of account number  <u>L549</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 2 |

**Nonpriority creditor's name and mailing address**
**Thomas  Hacon**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  <u>Individually and as Special Administrator of the Estate of Jeanne  Hacon, Deceased Case #15L1144, Madison Co.</u>

Last 4 digits of account number  <u>1144</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 3 |

**Nonpriority creditor's name and mailing address**
**Thomas & Cynthia Moffitt**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  <u>Case #13L1135, Madison Co.</u>

Last 4 digits of account number  <u>1135</u>

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____
Name                                                                    Case number (if known) _____

| 3.133 4 | **Nonpriority creditor's name and mailing address**<br>**Thomas & Dorothy Greenwell**<br>**c/o Gori, Julian & Associates**<br>**156 N. Main St.**<br>**Edwardsville, IL 62025** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number  **1978**

Basis for the claim:  **Case #13L1978, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 5 | **Nonpriority creditor's name and mailing address**<br>**Thomas & Judith Jaques**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number  **L917**

Basis for the claim:  **Case #16L917, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 6 | **Nonpriority creditor's name and mailing address**<br>**Thomas & Judith Washburn**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number  **1049**

Basis for the claim:  **Case #16L1049, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | **Nonpriority creditor's name and mailing address**<br>**Thomas & K Joanne Roland**<br>**c/o Gori, Julian & Associates**<br>**156 N. Main St.**<br>**Edwardsville, IL 62025** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number  **L178**

Basis for the claim:  **Case #17-L-178, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | **Nonpriority creditor's name and mailing address**<br>**Thomas & Karla J. Dunn**<br>**c/o Shrader & Assoc., LLP**<br>**22A Ginger Creek Parkway**<br>**Glen Carbon, IL 62034** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number  **L328**

Basis for the claim:  **Case #12L328, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 9 | **Nonpriority creditor's name and mailing address**<br>**Thomas & Myra Bannon**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |

Date(s) debt was incurred _

Last 4 digits of account number  **L778**

Basis for the claim:  **Case #16L778, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Young Holdings, Inc.**
_____
Name                                                              Case number *(if known)* _____

| | |
|---|---|
| **3.134**<br>**0** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**Thomas & Norma Bardusk**
**c/o Flint Law Firm, LLC**          ☐ Contingent
**222 East Park St., Ste. 500**     ☐ Unliquidated
**P.O. Box 189**                    ☐ Disputed
**Edwardsville, IL 62025**

Date(s) debt was incurred _         Basis for the claim: **Case #16L135, St. Clair Co.**

Last 4 digits of account number **L135**       Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| **3.134**<br>**1** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**Thomas & Sharon K. Cass**
**c/o Flint Law Firm, LLC**          ☐ Contingent
**222 East Park St., Ste. 500**     ☐ Unliquidated
**P.O. Box 189**                    ☐ Disputed
**Edwardsville, IL 62025**

Date(s) debt was incurred _         Basis for the claim: **Case #13L1764, Madison Co.**

Last 4 digits of account number **1764**       Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| **3.134**<br>**2** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**Thomas & Susan Kingery**
**c/o Gori Julian & Associates**     ☐ Contingent
**156 N. Main St.**                 ☐ Unliquidated
**Edwardsville, IL 62025**           ☐ Disputed

Date(s) debt was incurred _         Basis for the claim: **Case #14L467, Madison Co.**

Last 4 digits of account number **L467**       Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| **3.134**<br>**3** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**Thomas Booth**
**c/o Simmons Hanly Conroy**         ☐ Contingent
**One Court St.**                   ☐ Unliquidated
**Alton, IL 62002**                 ☐ Disputed

Date(s) debt was incurred _         Basis for the claim: **Case #16L855, Madison Co.**

Last 4 digits of account number **L855**       **Thomas Booth Individually & as Special Administrator for the Estate of Dolores Booth, Deceased**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| **3.134**<br>**4** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**Thomas Clark**
**c/o O'Brien Law Firm, PC**         ☐ Contingent
**815 Geyer Avenue**                ☐ Unliquidated
**Saint Louis, MO 63104**            ☐ Disputed

Date(s) debt was incurred _         Basis for the claim: **Case #1622-CC00238, St. Louis City**

Last 4 digits of account number **0238**       Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| **3.134**<br>**5** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**Thomas E. Stanley & Randy Kay Stanley**
**Goldenberg, Heller, Antognoli & Roland**    ☐ Contingent
**2227 South State IL-157**         ☐ Unliquidated
**P.O. Box 959**                    ☐ Disputed
**Edwardsville, IL 62025**

Date(s) debt was incurred _         Basis for the claim: **Case #14L1690, Madison Co.**

Last 4 digits of account number **1690**       Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor   **Young Holdings, Inc.**
_____        Case number *(if known)*  _____
         Name

---

| 3.134 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas Jaczak**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1422**

Basis for the claim:  **Case #16L1422, Madison Co.**
**Thomas Jaczak Individually & as Special Administrator for the Estate**
**of Helen Jaczak, Deceased**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.134 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas L.  & Jean Eppler**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L593**

Basis for the claim:  **Case #16L593, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.134 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas Lundy**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L417**

Basis for the claim:  **Case #15L417, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.134 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas N. Terry & Donna Mae Terry Mancil**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L280**

Basis for the claim:  **Case #15L280, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.135 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas Pine, Sr. & Linda New**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L587**

Basis for the claim:  **Case #15L587, Madison Co.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.135 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thomas Smith & Linda Funderburg**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9600**

Basis for the claim:  **Case #1222CC09600, St. Louis City**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.135 2**

**Nonpriority creditor's name and mailing address**

**Thurman L. & Helen Chamlee**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **L833**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #11L833, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 3**

**Nonpriority creditor's name and mailing address**

**Timothy & Patricia Gallego**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **L348**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #17-L-348, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 4**

**Nonpriority creditor's name and mailing address**

**Timothy O'Leary**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **1064**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #09L1064, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 5**

**Nonpriority creditor's name and mailing address**

**Tom & Amy K. Dilworth**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **1640**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #14L1640, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

**Tomie Nix & Rita White**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **1338**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #13L1338, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 7**

**Nonpriority creditor's name and mailing address**

**Tommy & Judith Southard**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **L418**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #16L418, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Young Holdings, Inc.**
_____
Name                                    Case number (if known) _____

---

| 3.135 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Tommy & Vilma Thompson** | ■ Contingent | |
| **c/o Simmons Hanly Conroy** | ■ Unliquidated | |
| **One Court St.** | ■ Disputed | |
| **Alton, IL 62002** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #16171, Madison Co.** | |
| Last 4 digits of account number  **6171** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.135 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Tommy J. & Betty Sheets** | ■ Contingent | |
| **c/o Napoli Shkolnik, PLLC** | ■ Unliquidated | |
| **103 West Vandalia St., Suite 125** | ■ Disputed | |
| **Edwardsville, IL 62025** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #12L514, Madison Co.** | |
| Last 4 digits of account number  **L514** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.136 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Toni Espinosa** | ■ Contingent | |
| **c/o Simmons Hanly Conroy** | ■ Unliquidated | |
| **One Court St.** | ■ Disputed | |
| **Alton, IL 62002** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #16L1476, Madison Co.** | |
| Last 4 digits of account number  **1476** | **Toni Espinosa Individually & as Special Administrator of the Estate of Randall Langley, Deceased** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.136 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Tony & Vickie Melton** | ■ Contingent | |
| **c/o Napoli Shkolnik, PLLC** | ■ Unliquidated | |
| **103 West Vandalia St., Suite 125** | ■ Disputed | |
| **Edwardsville, IL 62025** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #14L785, Madison Co.** | |
| Last 4 digits of account number  **L785** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.136 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Tony Carter** | ■ Contingent | |
| **c/o Simmons Hanly Conroy** | ■ Unliquidated | |
| **One Court St.** | ■ Disputed | |
| **Alton, IL 62002** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #16L1488, Madison Co.** | |
| Last 4 digits of account number  **1488** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.136 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Tracy & Cleora Nelson** | ■ Contingent | |
| **c/o Simmons Hanly Conroy** | ■ Unliquidated | |
| **One Court St.** | ■ Disputed | |
| **Alton, IL 62002** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #14L470, Madison Co.** | |
| Last 4 digits of account number  **L470** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Young Holdings, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.136 4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Truvie J. Crane** | ■ Contingent | |
| **c/o Shrader & Assoc., LLP** | □ Unliquidated | |
| **22A Ginger Creek Parkway** | ■ Disputed | |
| **Glen Carbon, IL 62034** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** Case #15L91, Madison Co. | |
| Last 4 digits of account number  5L91 | Is the claim subject to offset? ■ No □ Yes | |

---

**3.136 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Una G. Bush** | ■ Contingent | |
| **c/o Simmons Hanly Conroy** | □ Unliquidated | |
| **One Court St.** | ■ Disputed | |
| **Alton, IL 62002** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** Case #16L521, Madison Co. | |
| Last 4 digits of account number  L521 | Una G. Bush Individually & as Special Administrator for the Estate of William P. Bush, Deceased | |
| | Is the claim subject to offset? ■ No □ Yes | |

---

**3.136 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Uwe Thomaehlen & Bettina Hausler** | ■ Contingent | |
| **c/o Simmons Hanly Conroy** | □ Unliquidated | |
| **One Court St.** | ■ Disputed | |
| **Alton, IL 62002** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** Case #15L616, Madison Co. | |
| Last 4 digits of account number  L616 | Is the claim subject to offset? ■ No □ Yes | |

---

**3.136 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Vada McKinney** | ■ Contingent | |
| **c/o Simmons Hanly Conroy** | □ Unliquidated | |
| **One Court St.** | ■ Disputed | |
| **Alton, IL 62002** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** Individually & as Special Administrator for James McKinney, Deceased | |
| Last 4 digits of account number  1524 | Case #15L1524, Madison Co. | |
| | Is the claim subject to offset? ■ No □ Yes | |

---

**3.136 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Valerie Maclin-Bynum** | ■ Contingent | |
| **c/o Napoli Shkolnik, PLLC** | □ Unliquidated | |
| **103 West Vandalia St., Suite 125** | ■ Disputed | |
| **Edwardsville, IL 62025** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** Case #12L2031, Madison Co. | |
| Last 4 digits of account number  2031 | Is the claim subject to offset? ■ No □ Yes | |

---

**3.136 9**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Valerie Ollis** | ■ Contingent | |
| **Goldenberg, Heller, Antognoli & Roland** | □ Unliquidated | |
| **2227 South State IL-157** | ■ Disputed | |
| **P.O. Box 959** | | |
| **Edwardsville, IL 62025** | **Basis for the claim:** Case #16L1059, Madison Co. | |
| Date(s) debt was incurred __ | Valerie Ollis Individually & as Special Administrator of the Estate of Vernon A. Ollis, Deceased | |
| Last 4 digits of account number  1059 | Is the claim subject to offset? ■ No □ Yes | |

---

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.137 0**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Van Lebrone & Shelba & Russell**<br>**c/o Gori Julian & Associates**<br>**156 N. Main St.**<br>**Edwardsville, IL 62025** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Case #17-L-109, St. Clair Co. | |
| Last 4 digits of account number  L109 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.137 1**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Vannie & Joseph Jones**<br>**c/o Gori, Julian & Associates**<br>**156 N. Main St.**<br>**Edwardsville, IL 62025** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Case #15L272, Madison Co. | |
| Last 4 digits of account number  L272 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.137 2**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Verla Leonard**<br>**c/o Gori, Julian & Associates**<br>**156 N. Main St.**<br>**Edwardsville, IL 62025** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Case #16L337, Madison Co.<br>Verla Leonard Individually & as Special Administrator of the Estate of<br>Michael Leonard, Sr., Deceased | |
| Last 4 digits of account number  L337 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.137 3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Vernon & Regina Osterhoudt**<br>**c/o Napoli Shkolnik, PLLC**<br>**103 West Vandalia St., Suite 125**<br>**Edwardsville, IL 62025** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Case #1722-CC00598, St. Louis City | |
| Last 4 digits of account number  0598 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.137 4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Vernon D. Whitaker**<br>**Goldenberg, Heller, Antognoli & Roland**<br>**2227 South State IL-157**<br>**P.O. Box 959**<br>**Edwardsville, IL 62025** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Case #16L765, Madison Co. | |
| Last 4 digits of account number  L765 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.137 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Victor & Karen Luszcz**<br>**c/o Gori, Julian & Associates**<br>**156 N. Main St.**<br>**Edwardsville, IL 62025** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Case #14L617, Madison Co. | |
| Last 4 digits of account number  L617 | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Young Holdings, Inc.**
_____   Case number (if known) _____
Name

---

| 3.137 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Victoria & Kenneth D. McKim** | ☐ Contingent | |
| **c/o Simmons Hanly Conroy** | ☐ Unliquidated | |
| **One Court St.** | | |
| **Alton, IL 62002** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #13L1353, Madison Co.** | |
| Last 4 digits of account number  **1353** | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.137 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Vincent & Patricia Otten** | ☐ Contingent | |
| **c/o Simmons Hanly Conroy** | ☐ Unliquidated | |
| **One Court St.** | | |
| **Alton, IL 62002** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #1622-CC00071, St. Louis City** | |
| Last 4 digits of account number  **0071** | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.137 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Vincent & Victoria Latronica** | ☐ Contingent | |
| **c/o Shrader & Assoc., LLP** | ☐ Unliquidated | |
| **22A Ginger Creek Parkway** | | |
| **Glen Carbon, IL 62034** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #15L1189, Madison Co.** | |
| Last 4 digits of account number  **1189** | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.137 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Violet & Estel Freeland Blankenship** | ☐ Contingent | |
| **c/o Simmons Hanly Conroy** | ☐ Unliquidated | |
| **One Court St.** | | |
| **Alton, IL 62002** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #16L845, Madison Co.** | |
| Last 4 digits of account number  **L845** | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.138 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Violet Bernstein** | ☐ Contingent | |
| **c/o Simmons Hanly Conroy** | ☐ Unliquidated | |
| **One Court St.** | | |
| **Alton, IL 62002** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #415L945 Madison Co.** | |
| Last 4 digits of account number  **L945** | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.138 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **Virgie/Robert Brandsetter** | ☐ Contingent | |
| **c/o Simmons Hanly Conroy** | ☐ Unliquidated | |
| **One Court St.** | | |
| **Alton, IL 62002** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Case #17-L-232, Madison Co.** | |
| Last 4 digits of account number  **L232** | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

Debtor **Young Holdings, Inc.**      Case number *(if known)*
_____
Name

---

| 3.138 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Virgil Dunbar**
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1650**

Basis for the claim:  **Case #15L1650, Madison Co.**
**Virgil Dunbar Indivdually & as Special Administrator for the Estate of Carrie Beatrice Dunbar, Deceased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Virgil Haynes & Gary Haynes**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1184**

Basis for the claim:  **Case #15L1184, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Virginia Bonnough**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **L842**

Basis for the claim:  **Case #16L842, Madison Co.**
**Virginia Bonnough Individually & as Special Administrator of the Estate of Clayton Bonnough, Deceased**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wallace & Elizabeth Bentley**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **L874**

Basis for the claim:  **Case #10L874, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wallace & Frank Rabenburg**
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2055**

Basis for the claim:  **Case #12L2055, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Walter & Carol Palhegyi**
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **L223**

Basis for the claim:  **Case #16L223, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number *(if known)* |
|---|---|---|
| | **Name** | |

---

**3.138 8**

**Nonpriority creditor's name and mailing address**

**Walter & Gloria Montgomery**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

**Date(s) debt was incurred** _

**Last 4 digits of account number  L290**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Case #15L290, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138 9**

**Nonpriority creditor's name and mailing address**

**Walter & Linda Schaad**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

**Date(s) debt was incurred** _

**Last 4 digits of account number  16L9**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Case #16L9, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 0**

**Nonpriority creditor's name and mailing address**

**Walter & Linda Smith**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

**Date(s) debt was incurred** _

**Last 4 digits of account number  L302**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Case #15L302, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 1**

**Nonpriority creditor's name and mailing address**

**Walter & Mary K. Whitley**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0408**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Case #1422CC00408, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 2**

**Nonpriority creditor's name and mailing address**

**Walter & Victoria Pajaczkowski**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1203**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Case #15L1203, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 3**

**Nonpriority creditor's name and mailing address**

**Walter Bearden & Dora Deiro**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1112**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Case #13L1112, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                                      Case number (if known) _____

| | |
|---|---|
| **3.139 4** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **Unknown**
**Walter Meyer & Tanya R. Cook**
**c/o Shrader & Assoc., LLP**          ■ Contingent
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**             ■ Unliquidated
                                      ■ Disputed
Date(s) debt was incurred __
                                      Basis for the claim: _Case #11L14, Madison Co._
Last 4 digits of account number _1L14_
                                      Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| **3.139 5** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **Unknown**
**Walter Rohwedder**
**Goldenberg, Heller, Antognoli & Roland**   ■ Contingent
**2227 South State IL-157**
**P.O. Box 959**                      ■ Unliquidated
**Edwardsville, IL 62025**            ■ Disputed
Date(s) debt was incurred __
                                      Basis for the claim: _Case #10L876, Madison Co._
Last 4 digits of account number _L876_
                                      Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| **3.139 6** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **Unknown**
**Walter Trueblood & Lawrence Trueblood**
**c/o Schoen Walton Telken & Foster LLC**    ■ Contingent
**241 N. Main St.**
**Edwardsville, IL 62025**            ■ Unliquidated
                                      ■ Disputed
Date(s) debt was incurred __
                                      Basis for the claim: _Case #15L959, Madison Co._
Last 4 digits of account number _L959_
                                      Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| **3.139 7** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **Unknown**
**Walter Zamiatowski**
**c/o Simmons Hanly Conroy**          ■ Contingent
**One Court St.**
**Alton, IL 62002**                   ■ Unliquidated
                                      ■ Disputed
Date(s) debt was incurred __
                                      Basis for the claim: _Case #14L1387, Madison Co._
Last 4 digits of account number _1387_
                                      Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| **3.139 8** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **Unknown**
**Wanda Lynn**
**c/o Simmons Hanly Conroy**          ■ Contingent
**One Court St.**
**Alton, IL 62002**                   ■ Unliquidated
                                      ■ Disputed
Date(s) debt was incurred __
                                      Basis for the claim: _Case #16L199, Madison Co._
Last 4 digits of account number _L199_
                                      Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| **3.139 9** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **Unknown**
**Wanda Ramsey**
**c/o Napoli Shkolnik, PLLC**         ■ Contingent
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**            ■ Unliquidated
                                      ■ Disputed
Date(s) debt was incurred __
                                      Basis for the claim: _Case #11622-CC10865, St. Louis City_
Last 4 digits of account number _0865_      _Wanda Ramsey as the jsurviving heir of Eugene Ramsey, Deceased_
                                      Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Young Holdings, Inc.**
_____
Name                                                    Case number (if known) _____

| | |
|---|---|

**3.140 0**

**Nonpriority creditor's name and mailing address**
**Wanda Wolfe**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1074**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Case #1622-CC01074, St. Louis City**
**Wanda Wolfe as the Surviving heir of Sherman Wolfe, Deceased**

Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

**3.140 1**

**Nonpriority creditor's name and mailing address**
**Wardell Smith**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L385**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Case #14L385, Madison Co.**

Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

**3.140 2**

**Nonpriority creditor's name and mailing address**
**Warren & Karen VanAlstine**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L762**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Case #14L762, Madison Co.**

Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

**3.140 3**

**Nonpriority creditor's name and mailing address**
**Wayne & Carol Lindbloom**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1759**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Case #14L1759, Madison Co.**

Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

**3.140 4**

**Nonpriority creditor's name and mailing address**
**Wayne & Christine Cooper**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L727**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Case #15L727, Madison Co.**

Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

**3.140 5**

**Nonpriority creditor's name and mailing address**
**Wayne & Doreen Salfer**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1486**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Case #14L1486, Madison Co.**

Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.140 6**

**Nonpriority creditor's name and mailing address**
**Wayne & Frankie H. Messer**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  5L79

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Case #15L79, Madison Co.

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.140 7**

**Nonpriority creditor's name and mailing address**
**Wayne & Patricia Kroll**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  L106

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Case #14L106, Madison Co.

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.140 8**

**Nonpriority creditor's name and mailing address**
**Wayne D. & Verna Dnouff**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  L976

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Case #16L976, Madison Co.

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.140 9**

**Nonpriority creditor's name and mailing address**
**Wayne Nobles**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  L106

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Case #17-L-106, St. Clair Co.

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.141 0**

**Nonpriority creditor's name and mailing address**
**Wayne R. & Marie Johnson**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  L978

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Case #14L978, Madison Co.

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.141 1**

**Nonpriority creditor's name and mailing address**
**Weldon R. & Debra Coleman**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  1143

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Case #10L1143, Madison Co.

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                                          Case number (if known) _____

---

| 3.141 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wendell Richards**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **1487**

**As of the petition filing date, the claim is:** Check all that apply.                                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Individually & as Special Administrator for the Estate of Joyce K. Richards, Deceased Case #15L1487, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wesley & Laurel Millett**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number  **L313**

**As of the petition filing date, the claim is:** Check all that apply.                                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Case #16L313, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wesley & Sally Fredell**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **9935**

**As of the petition filing date, the claim is:** Check all that apply.                                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Case #1522-CC09935, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Willaim D.  Ahrens & Linda Ahrens-Posco**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L327**

**As of the petition filing date, the claim is:** Check all that apply.                                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Case #10L327, St. Clair Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Willard & Christopher York**
**c/o Gori Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **L502**

**As of the petition filing date, the claim is:** Check all that apply.                                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Case #14L502, St. Clair Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William & Annie Loveday**
**c/o Napoli Shkolnik, PLLC**
**103 West Vandalia St., Suite 125**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number  **1681**

**As of the petition filing date, the claim is:** Check all that apply.                                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Case #13L1681, Madison Co.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____    Case number (if known) _____
Name

---

| 3.141<br>8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **William & Barbara Justice**<br>**c/o SWMK Law LLC**<br>**701 Market Street, Suite 1575**<br>**Saint Louis, MO 63102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Case #13L1940, Madison Co._ | |
| Last 4 digits of account number **1940** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.141<br>9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **William & Betty A. Cousins**<br>**c/o Gori Julian & Associates**<br>**156 N. Main St.**<br>**Edwardsville, IL 62025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Case #14L1450, Madison Co._ | |
| Last 4 digits of account number **1450** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.142<br>0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **William & Bonnie Zdunski**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Case #12L275, Madison Co._ | |
| Last 4 digits of account number **L275** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.142<br>1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **William & Cheryl Miller**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Case #16L1537, Madison Co._ | |
| Last 4 digits of account number **1537** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.142<br>2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **William & Claudia Beck**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Case #15L590, Madison Co._ | |
| Last 4 digits of account number **L590** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.142<br>3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| **William & Dorothy Jean Rochelle**<br>**c/o Shrader & Assoc., LLP**<br>**22A Ginger Creek Parkway**<br>**Glen Carbon, IL 62034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _Case #15L58, Madison Co._ | |
| Last 4 digits of account number **5L58** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

Debtor    **Young Holdings, Inc.**
_____
Name                                                          Case number *(if known)*    _____

---

| 3.142<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William & Elizabeth Kamuf**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Case #14L1439, Madison Co.**

**Last 4 digits of account number  1439**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William & Janet Kranstuber**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Case #15L854, Madison Co.**

**Last 4 digits of account number  L854**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William & Janice McGinley**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Case #15L1150, Madison Co.**

**Last 4 digits of account number  1150**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William & Janis Mathieu**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Case #15L755, Madison Co.**

**Last 4 digits of account number  L755**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William & Kathy Ramm**
**c/o Edelman & Thompson**
**3100 Broadway, Suite 1400**
**Kansas City, MO 64111**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Case #1216CV33388, Jackson Co.**

**Last 4 digits of account number  3388**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William & Laura Bailey**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Case #14L1111, Madison Co.**

**Last 4 digits of account number  1111**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.143 0**

**Nonpriority creditor's name and mailing address**
**William & Marjorie Johnston**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number __L334__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #14L334, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.143 1**

**Nonpriority creditor's name and mailing address**
**William & Mechelle Buhan**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number __L883__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #15L883, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.143 2**

**Nonpriority creditor's name and mailing address**
**William & Norma Cutler**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number __L711__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #16L711, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.143 3**

**Nonpriority creditor's name and mailing address**
**William & Norma Jean Wallace**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number __1599__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #13L1599, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.143 4**

**Nonpriority creditor's name and mailing address**
**William & Pauline Stockton**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number __1597__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #15L1597, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.143 5**

**Nonpriority creditor's name and mailing address**
**William & Sheila Woodyard**
**c/o Flint Law Firm, LLC**
**222 East Park St., Ste. 500**
**P.O. Box 189**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number __L693__

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Case #15L693, Madison Co.__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Young Holdings, Inc.**
_____
Name

Case number *(if known)* _____

| 3.143 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William & Tamara Weed**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** <u>Case #15L591, Madison Co.</u> | |
| **Last 4 digits of account number** <u>L591</u> | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William A. Sears**<br>**c/o Flint Law Firm, LLC**<br>**222 East Park St., Ste. 500**<br>**P.O. Box 189**<br>**Edwardsville, IL 62025** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** <u>Case #15L1652, Madison Co.</u> | |
| **Last 4 digits of account number** <u>1652</u> | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William Biggerstaff**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** <u>Case #13L1439, Madison Co.</u> | |
| **Last 4 digits of account number** <u>1439</u> | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William Camley**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** <u>Case #15L950, Madison Co.</u> | |
| **Last 4 digits of account number** <u>L950</u> | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William Daniels**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** <u>Case #1522-CC10237, St. Louis City</u> | |
| **Last 4 digits of account number** <u>0237</u> | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **William Dubose**<br>**c/o Simmons Hanly Conroy**<br>**One Court St.**<br>**Alton, IL 62002** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** <u>Case #15L499, Madison Co.</u> | |
| **Last 4 digits of account number** <u>L499</u> | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Young Holdings, Inc.**
_____          Case number (if known) _____
Name

---

**3.144
2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**William Elliott & John Haley**          ☐ Contingent
**c/o Simmons Hanly Conroy**
**One Court St.**          ☐ Unliquidated
**Alton, IL 62002**
          ☐ Disputed

Date(s) debt was incurred _          Basis for the claim:  **Case #14L799, Madison Co.**

Last 4 digits of account number  **L799**          Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.144
3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**William F. & Joanne McDermott**          ☐ Contingent
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**          ☐ Unliquidated
**Glen Carbon, IL 62034**
          ☐ Disputed

Date(s) debt was incurred _          Basis for the claim:  **Case #12L1629, Madison Co.**

Last 4 digits of account number  **1629**          Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.144
4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**William F. & Judith C. White**          ☐ Contingent
**c/o Simmons Hanly Conroy**
**One Court St.**          ☐ Unliquidated
**Alton, IL 62002**
          ☐ Disputed

Date(s) debt was incurred _          Basis for the claim:  **Case #13L1029, Madison Co.**

Last 4 digits of account number  **1029**          Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.144
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**William F. Pfingsten and**          ☐ Contingent
**William E. Pfingsten**
**c/o Gori, Julian & Associates**          ☐ Unliquidated
**156 N. Main St.**
**Edwardsville, IL 62025**          ☐ Disputed

Date(s) debt was incurred _          Basis for the claim:  **Case #12L48, St. Clair Co.**

Last 4 digits of account number  **2L48**          Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.144
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**William Ferrell, Jr. & Carol Ferrell**          ☐ Contingent
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**          ☐ Unliquidated
**Saint Louis, MO 63102**
          ☐ Disputed

Date(s) debt was incurred _          Basis for the claim:  **Case #1522-CC10653, St. Louis City**

Last 4 digits of account number  **0653**          Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.144
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**William H. & Juanita Ludford**          ☐ Contingent
**c/o Gori, Julian & Associates**
**156 N. Main St.**          ☐ Unliquidated
**Edwardsville, IL 62025**
          ☐ Disputed

Date(s) debt was incurred _          Basis for the claim:  **Case #15L1529, Madison Co.**

Last 4 digits of account number  **1529**          Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor    **Young Holdings, Inc.**
_____    Case number (if known) _____
Name

---

**3.144 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**William H. & Monique Huntley**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L310, Madison Co.**

Last 4 digits of account number  **L310**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.144 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**William I. & Betty Roberts**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L1209, Madison Co.**

Last 4 digits of account number  **1209**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.145 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**William Jr. Morris & Marie B. Morris**
**Goldenberg, Heller, Antognoli & Roland**
**2227 South State IL-157**
**P.O. Box 959**
**Edwardsville, IL 62025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #13L1966, Madison Co.**

Last 4 digits of account number  **1966**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.145 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**William McCormick & Vina Renick**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L1475, Madison Co.**

Last 4 digits of account number  **1475**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.145 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**William Neil Parker**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #16L430, Madison Co.**

Last 4 digits of account number  **L430**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.145 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**William Raymond Crane**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Case #14L966, Madison Co.**

Last 4 digits of account number  **L966**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Young Holdings, Inc. | |
|---|---|---|
| | Name | Case number (if known) |

---

**3.145
4**

**Nonpriority creditor's name and mailing address**

**William Roach & Loretta Perno-Wagner**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **1726**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #14L1726, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.145
5**

**Nonpriority creditor's name and mailing address**

**William Stone & Skip Stone**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **L293**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #15L293, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.145
6**

**Nonpriority creditor's name and mailing address**

**William Stonebraker & Joey Swartz**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred _

Last 4 digits of account number **L658**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #15L658, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.145
7**

**Nonpriority creditor's name and mailing address**

**William, Jr. & Mercy Lapointe**
**c/o Shrader & Assoc., LLP**
**22A Ginger Creek Parkway**
**Glen Carbon, IL 62034**

Date(s) debt was incurred _

Last 4 digits of account number **1766**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #12L1766, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.145
8**

**Nonpriority creditor's name and mailing address**

**Willie & Marie Hedrick**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number **L512**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #15L512, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.145
9**

**Nonpriority creditor's name and mailing address**

**Willie & Vanessa Willis-Thomas**
**c/o SWMK Law LLC**
**701 Market Street, Suite 1575**
**Saint Louis, MO 63102**

Date(s) debt was incurred _

Last 4 digits of account number **1417**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Case #14L1417, Madison Co.**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | Young Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.146 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Willie A. & Maggie McMoore**<br>c/o Simmons Hanly Conroy<br>One Court St.<br>Alton, IL 62002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #16L641, Madison Co.** | |
| Last 4 digits of account number **L641** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.146 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Willie B. & Roscoe Booth**<br>c/o Gori Julian & Associates<br>156 N. Main St.<br>Edwardsville, IL 62025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #1622-CC00307, St. Louis City** | |
| Last 4 digits of account number **0307** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.146 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Willie L. William**<br>c/o Gori, Julian & Associates<br>156 N. Main St.<br>Edwardsville, IL 62025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #15L1684, Madison Co.**<br>**Willie L. William Individually & as Special Administrator of the Estate of Alvin H. Dill, Jr., Deceased** | |
| Last 4 digits of account number **1684** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.146 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Willie T. & Bridgett Williams**<br>c/o Simmons Hanly Conroy<br>One Court St.<br>Alton, IL 62002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #15L606, Madison Co.** | |
| Last 4 digits of account number **L606** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.146 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Willmer & Wanda Pelton**<br>c/o SWMK Law LLC<br>701 Market Street, Suite 1575<br>Saint Louis, MO 63102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #1522-CC09851, St. Louis City** | |
| Last 4 digits of account number **9851** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.146 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Winston & Rebecca Napier**<br>c/o Simmons Hanly Conroy<br>One Court St.<br>Alton, IL 62002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Case #16L29, Madison Co.** | |
| Last 4 digits of account number **6L29** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

Debtor **Young Holdings, Inc.** _____    Case number (if known) _____
Name

| 3.146 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Witold Kramer, Hannelore Kramer, Thomas Kramer, & Martin Kramer**
**c/o Gori, Julian & Associates**
**156 N. Main St.**
**Edwardsville, IL 62025**

Date(s) debt was incurred __

Last 4 digits of account number **9440**

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #1422-CC009440, St. Louis City**

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Yvette Bounds-Edwards**
**c/o Simmons Hanly Conroy**
**One Court St.**
**Alton, IL 62002**

Date(s) debt was incurred __

Last 4 digits of account number **L105**

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Case #16L105, Madison Co.**
**Yvette Bounds-Edwards Individually & as Special Administrator for the Estate of Patricia M. Bounds, Deceased**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bailey Peavy Bailey Cowan Heckman, PLLC** **440 Louisiana St., Ste. 2100** **Houston, TX 77002** | Line **3.1259** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Bailey Peavy Bailey Cowan Heckman, PLLC** **440 Louisiana St., Ste. 2100** **Houston, TX 77002** | Line **3.868** ☐ Not listed. Explain ____ | _ |
| 4.3 | **Bailey Peavy Bailey Cowan Heckman, PLLC** **440 Louisiana St., Ste. 2100** **Houston, TX 77002** | Line **3.215** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Branstetter Stranch & Jennings, PLLC** **227 Second Avenue North** **Fourth Floor** **Nashville, TN 37201** | Line **3.349** ☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,926,410.00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 1,926,410.00 |

**Fill in this information to identify the case:**

Debtor name    **Young Holdings, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Young Holdings, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Young Insulation Group of St. Louis Inc.** | **1054 Central Industrial Drive Saint Louis, MO 63110 MAY BE A CODEBTOR FOR SOME OF THE CREDITORS ON DEBTOR'S SCHEDULE E/F** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Young Holdings, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

    ■ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2016** to **12/31/2016** | **Dividends** | **$3,938.00** |
| **For year before that:** From **1/01/2015** to **12/31/2015** | **Dividends $24,000 + Misc. $83,000** | **$107,000.00** |
| **For the fiscal year:** From **1/01/2014** to **12/31/2014** | **Dividends $48,000 + Other $77,000** | **$125,000.00** |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **1**

Debtor    **Young Holdings, Inc.**                                                    Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

   | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1. **SEE ALL CREDITORS/LAWSUITS AS LISTED ON SCHEDULE E/F.** | | | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    **Young Holdings, Inc.**_____    Case number *(if known)* _____

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Blackwell & Associates, P.C.**<br>**P. O. Box 310**<br>**O Fallon, MO 63368** | **Attorney fees:  $16,895.90**<br>**Filing fee:  $335.00** | **6/2/16**<br>**11/21/16**<br>**1/15/16** | **$16,895.90** |
| | Email or website address<br>**cthomas@blackwell-lawfirm.com** | | | |
| | Who made the payment, if not debtor?<br>**Bank account in name of wholly owned subsidiary, Young Group, Ltd.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor   **Young Holdings, Inc.**                                          Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Hartford Accident & Indemnity Co. Hartford Casualty Insurance Co. and First State Insurance Company 690 Asylum Avenue Hartford, CT 06106** | **Exchange of property right under insurance policies. Total amount or value:  Confidential settlement will request Trustee allow confidential disclosure.  Software only allows entry of "Unknown".** | **7/9/16** | **Unknown** |
| Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | **Young Holdings, Inc.** | Case number *(if known)* |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Young Holdings, Inc.** _____    Case number *(if known)* _____

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **The Young Group, Ltd.**<br>**1054 Central Industrial Drive**<br>**Saint Louis, MO 63110** | **Wholly owned subsidiaries.** | EIN:    **43-0597205**<br><br>From-To    **2/6/1937 - 4/2017** |
| 25.2.    **Young Distribution Services, Inc.**<br>**1054 Central Industrial Drive**<br>**Saint Louis, MO 63110** | **Wholly owned subsidiaries.** | EIN:    **43-1552148**<br><br>From-To    **6/22/1990 to 11/03/2015** |

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Hoffman Bricker & Adams PC**<br>**12977 N 40 Drive, # 309**<br>**Saint Louis, MO 63141** | **3/15/17 tax returns filed**<br>**3/25/16**<br>**10/1/15**<br>**3/10/15** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Hoffman Bricker & Adams PC**<br>**12977 N 40 Drive, # 309**<br>**Saint Louis, MO 63141** | |

Debtor    **Young Holdings, Inc.**                                      Case number *(if known)* _____

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| George C. McGrew | 5780 Old Hickory Blvd. Nashville, TN 37218 | Chairman | 60% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hatfield Trust | 9981 Morgan Road Festus, MO 63028 | President | 40% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor　**Young Holdings, Inc.**　　　　　　　　　　　　　　Case number *(if known)*　　　　　　　　

---

**Part 14:**　Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**April 26, 2017**

**/s/ John Slattery**　　　　　　　　　　　　　　**John Slattery**
Signature of individual signing on behalf of the debtor　　　Printed name

Position or relationship to debtor　　　　　　　　　　　　

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Missouri

In re   **Young Holdings, Inc.** _____   Case No. _____
                                    Debtor(s)              Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **16,895.90** |
| Prior to the filing of this statement I have received | $ | **16,895.90** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ☐ Debtor    ■ Other (specify):    **Through bank account in the name of Young Group, Ltd., a wholly owned
                                         subsidiary.**

3.   The source of compensation to be paid to me is:

     ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
          **Other services to be performed by the Attorney are only those as required and necessary to represent the Debtor
          in a Chapter 7 bankruptcy, and subject to
          number 6 below.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the debtor(s) in any adversary proceedings; representation in any appeals; representation in
          any matters not required and necessary for representation in a Chapter 7 bankruptcy. Services do not include
          representation that the U.S. Bankruptcy Court agrees or rules is not included in the instant representation and for
          which fees may be applied for by fee application or charged for by agreement.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**April 26, 2017** _____            **/s/ Robert J. Blackwell** _____
_Date_                                          **Robert J. Blackwell 23179MO**
                                                _Signature of Attorney_
                                                **Blackwell & Associates, P.C.**
                                                **P. O. Box 310**
                                                **O Fallon, MO 63368**
                                                **636-240-3632   Fax: 636-240-6803**
                                                **cthomas@blackwell-lawfirm.com**
                                                _Name of law firm_

---

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Young Holdings, Inc.** _____    Case No. _____

                                                     Debtor(s)    Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of   **140**   page(s) and is true, correct and complete.

 

**/s/ John Slattery** _____

**John Slattery**/
Signer/Title

Dated:    **April 26, 2017** _____

Addy Rodgers
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Adelbert & Jacqueline Carney
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Adolphe & Winifred Colin
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Alan & Linda Crider
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Alan Reid
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Albert & Frances Stark
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Albert & Patricia Amigoni
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Albert Franklin Jr. & Barbara Davis
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Alex and Erleen Garcia
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Alexander Wadas, Bernice Wadas,
and Valerie Ann Willingham
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Alfred & Esther Mand
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Alfred & Josephine Culbertson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Alfred & Karen Forester
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Alfred & Nancy Thornburg
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Alfred & Virginia Trombley
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Alfred Council, Laurie Gale, Deborah
Breon, Donna Leflay, Michael Murphy
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Alfred J. & Cynthia A. Griffin
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Alfred Nunes & Charles Patnaude
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Allen & Patricia Symonds
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Allen E. Gagnon
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Allen J. Hall & Bobbie E. Bradford
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Allen L. & Carolyn Tate
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Allen R. Kressley, Jr.
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Alma Singleton
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Althea Elston
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Alton & Nellie Taylor
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Alton Mathis
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Alvin & Catherine A. Flowers
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Alvin & Ruby Duncan
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Amy Mason
c/o Cates Mahoney, LLC
216 West Pointe Dr., Ste. A
Belleville, IL 62226

Ancelmo & Lucia Rodriguez
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

```
Andrew & Connie S. Slone
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Andrew Feeling
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Andrew S. McGuire
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Angela Stevenson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ann & John Allen
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Anna J. & Terry D. Hammons
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Anna Maria Rea
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Anne & Ronald Henderson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Annette Ciancibello
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Annie Moore
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002
```

Anthony & Dora Parenti
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Anthony & Hilda Jean Decesco
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Anthony Collin
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Anthony Jonas and
Catholic Family Service
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Anthony Kocot & John A. Kocot
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Antoninette Krajac & Nicholas Krajac Jr.
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Archie & Karen Lacy
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Arlen & Leta Luverne Guthmiller
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Arlene & Stephen Schreiber
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Armando Sanchez
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Arthur & Sherran Johnson
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Arthur & Thomas A. Rugar
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Arthur Stenhouse
c/o Cooney & Conway
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602

Arvin Rooks & Donna McDole
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Arvis & Gwenneth Ann Harding
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Atanacio & Martha Garcia
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Aubrey Houston
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Aubrey Todd & April Burriss
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

August & Donald Krabbenhoft
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Bailey Peavy Bailey Cowan Heckman, PLLC
440 Louisiana St., Ste. 2100
Houston, TX 77002

Barb & Larry Koprivica
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Barbara & Hewitt Robertson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Barbara & John Kinart
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Barbara Hunt
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Barbara Schafer
c/o Cooney & Conway
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602

Barbara/Bruce Dice
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Barry L. & Dorothy Rideout
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Barry Nash
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Benjamin & Victoria Garrett
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Benjamin Scrogum & Elizabeth Johnson
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Bennie & Patricia Johnson
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Berj Hovsepian
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Berkeley Simonds
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Bernard Kunes
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Bernard Setting
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Betty & Jerone Berggren Graff
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Betty Brenton
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Betty D. & Larry Rhodes
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Betty J. Perry
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Betty R. Finch & Beth Darlene Upton
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Beverly & George Smith
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Bill & Marion Jonker
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Bill & Nancy Summers
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Bill D. & Judith A. Collins
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Billie & Wilbur Everett
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Billie Ashton
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Billie Jean & Harold Victor Kennedy
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Billie Kelley
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Billy & Barbara Hill
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Billy & Darlyne Smith
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Billy & Linda Stark
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Billy & Syble Cummings
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Billy & Vicky Boyett
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Billy E. Whaley
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Billy V. & Shirley A. Crews
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Billy W. & Bonnie Mayfield
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Bob & Jill McQueeney
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Bob and Norma Eavey
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Bob Lee Couch
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Bobby & Nancy Wallace
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Bobby & Pamela Phillips
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Bobby & Teresa Ring
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Bobby D. Coats, Sr. & Tonya Coats
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Bobby Flake & Gail Dennis
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Bobby Joe Holder
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Bobby Lynn Byler
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Bobby Malone
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Bobby W. & Linda C. Roberson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Bobby W. Miller & Debra Stillwell
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Booker T. & Annie Edwards
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Boyce & Hattie M. Stackhouse
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Boyce & Sandra Lawrence
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Boyd Buesking
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Branstetter Stranch & Jennings, PLLC
227 Second Avenue North
Fourth Floor
Nashville, TN 37201

Brenda Harris
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Brenda K. Taucher, Julie Crawford,
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Bridget & Craig Maxwell
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Bruce & Jeanette Kelly
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Bruce & Mary Ann Erickson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Bruce & Mary E. Nowakowski
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Bryan & Sharon Rutledge
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Buford & Berta Pittman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Calvin & Sandra Napier
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Carey Schell
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Carl & Alta Hayes
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Carl & Donna Rhymer
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Carl & Susan Tyson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Carl Buchanan
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Carl Henry Baumgarten & Donna Ryckaert
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Carlos & Luz Aydee Negrete Dominguez
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Carlos Tarin
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Carol & Clearence Deroshia
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Carol & Dean Lawrence
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Carol & Lloyd K. Hendrickson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Carol & William J. Cote
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Carol Ann Lamparty & James Lamparty Sr.
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Carol Desmarias
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Carol/Donald Treese
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Carolyn M. & Edward H. Schulte
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Carolyn Weathers
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Carroll E. Reidelberger & Lynette Stuebe
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Cathy & Barry Teetor
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Cathy Packham et al.
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Chad Briney
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Charleen & David Zeigler
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Charlene Johnson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Charlene Roughton
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Charles & & Margie McClanahan
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Charles & Anna Baxter
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Charles & Carol Plake
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Charles & Gloria Loeffelholz
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Charles & Kathy A. Keppel
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Charles & Leanna Coats
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Charles & Lena Campbell
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Charles & Marjorie Holland
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Charles & Mary Nichols
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

```
Charles & Patricia Dyer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Charles & Sharon Dare
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Charles & Wanda Barnes
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Charles Breeding & Otis Goodin
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Charles Broadnax & Tanya Benson
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Charles Crane & Glenn Crane
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Charles D. LaRue
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Charles Fulker & Michael Braun
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Charles Howman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Charles Johnson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Charles L. & Carolyn Jones
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025
```

Charles M. Ronau
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Charles Martin
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Charles Nixon Clark & Glenda Clark
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Charles Pinkston
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Charles W.  & Delores Davis
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Charlie & Pearlie Costict
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Charlotte E. Eustice
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Charrlette Jones
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Chelsea Bailey
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Cheryl & Gary John Fierk
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Cheryl L. & Chance W. Taylor
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Cheryl M. Cooper & John Dunnahoe
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Chester & Patricia Snider
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Chester Depowski, Jr.
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Christine Burke
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Christine Judd
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Christine Mast
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Christopher & Richard Hulting
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Christopher Hackney & Chasity Bolden
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Clarence  & Evelyn Williams
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

```
Clarence & Gladys Partin
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Clarence & Portia Joyner
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Clarence Colbert
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Clarence R. & Barbara Jean Olson
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Clarice Zirkle
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Clark Draper et al
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Claude Knox
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Clement E. Murphy
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Cleo F. & Loy Carrell
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Cleve Cotton
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025
```

Clifford  Adiam & Shelly Salkon
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Clifford & Joyce Walk
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Clifford & Leona Barry
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Clifford Bagby
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Clifford Bliss
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Clifford Caubarreaux
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Clifford Reich & Danny Reich
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Clinus & Teresa Slone
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Clyde & Deborah Coleman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Clyde & Judith Perkins
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Clyde & Patricia (Riff) Williams
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Clyde Jones & Sandra Porter
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Clyde Lick & Heather L. Stoutenburg
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Colleen Bracci
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Colleen Snyder
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Colleen Tucker
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Colleen Wells
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Connie J. Wise, Corey Wise,
Carey, Danis & Lowe
8235 Forsyth Blvd., #1100
Saint Louis, MO 63105

Connie R. Younger & Lisa K. Kuehl
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Conrad Bauer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Conrad Fieser & Loretta M. Fieser
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Corrine Jackson
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Cosmo Lafauci, Jr.
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Crescencio & Carmen Diaz
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Curtis Burkes
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Curtis Stoner & Marilyn Weaver
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Cynthia Osborne
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Dae Geiver
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Dale & Donna Born
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Dale & Shirley Green
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Dale E. & Evalyn R. Widener
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Dale F. & Paula J. Peek
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Dale R. Greer
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Dale T. Johnson
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Dale Turville
c/o Wylder Corwin Kelly
207 E. Washington, Ste. 102
Bloomington, IL 61701

Dallas & Carl Wagner
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Dallas & Deborah Travers
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Dan Watt
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Daniel & Cynthia Louise Inlow
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Daniel & Melody Rawe
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Daniel Anne
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Daniel C. Dean
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Daniel Marshall & Steven Marshall
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Daniel Vinke
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Daniel Wallace
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Danielle Brown
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Danny & Mary Thomas
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Danny & Robin Smith
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Danny E. & Lois Brown
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Danny Hatfield
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Darin Mooris
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Darlene & Carroll Garrison
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Darlene J. & Thomas C. Figura
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Darold & Pauline W. Neal
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Darrell & Arletta Roberts
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Darrell & Cynthia Molidor
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Darrell & Judith Sumpter
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Darrell Little & Brenda S. Beaudoin
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Darren Todd
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Darris J. Stavely
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Daryl Robinson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

David & Ina Wingo
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

David & Jacob Garner
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

David & Jone Pedersen
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

David & Natalie Selman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

David & Patricia Morrow
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

David & Peggy Lineberry
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

David & Sharon Hohlfeld
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

David C. & Lois Pfau
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

David C. Albers, Sr.
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

David Campbell
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

David Carr
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

David Crose
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

David Evans & Kenneth A. Evans
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

David Flynn
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

David Hayward
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

David L. Bode & Jason Bode
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

David L. Robison
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

David M. Hydar
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

David Mehner
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

David Morrison
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

David Springer & Paul Springer
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

David T. Mader & Lisa A. Mader
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

David/Kevin & Diamondson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Debbie Nidiffer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Deborah Mogel
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Deborah Wynn & Patered A. Wynn, Jr.
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Debra & Kenneth Harazin
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Debra Ann & David Rhoads
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Delbert & Carol Paris
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Delbert & Kandise Shobe
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Deloras Grant & Joyce Howard
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Delores Dvorak & Carolyn Merseal
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Delores Skinner & Sarita Little
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Delroy Manross & Jan Cunningham
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Denis Doucette
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Denise Shelby
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Dennis & Janice Bucell
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Dennis & Leona Robertson
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Dennis & Sandy Thayer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Dennis & Susan Martin
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Dennis Bruce
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Dennis C. & Jospeh Johnson
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Dennis F. & Janis Manns
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Dennis M. & Denise M. Fisher
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Dennis Monroe
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Dennis P. Graves
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Dennis Witherspoon & Vickie Witham
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Densil L. & Velma Drane
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Diana Pittman
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Dianne Averett & Sandra D. Watts
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Dirk Vankrimpen & Dirk Vankrimpen, Jr.
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Dolores Powell Nickens
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Dolores Pruitt
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Dolores Reiche, Gilbert Reiche, and
Doug Reiche
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Don & Delores Paulsen
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Don Herzinger & Marian Powell Herzinger
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Donald & Ann Gauvin
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donald & Betty Liptow
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donald & Beverly Ward
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donald & Janice Mullins
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donald & Jessie Reeves
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donald & Leotta Choate
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Donald & Margaret Barnes
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Donald & Marilyn Eldredge
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donald & Mary Harrison
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Donald & Mildred Wolf
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

```
Donald & Patricia Boucher
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Donald & Patricia Demaria
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donald & Shirley Jordan
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Donald & Wanda Kisner
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Donald Bewley
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Donald Boule & Kerry Maletich
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Donald Cummins & John Pritchard
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donald D.  & Evelyn K. Dixon
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Donald D. & Evelyn K. Dixon
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Donald D. Fulton
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025
```

Donald Gasch
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donald H. & Cheryl M. Edwards
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Donald Harris, Wendy McIntosh,
Bryan Harris & Melanie Russell
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Donald Hooks & Steven Hooks
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Donald K. & Constance L. Allison
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Donald L. & Doris J. Camp
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Donald M. Lowe, Sr. & Mary M. Lowe
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Donald Mayer & Mark E. Mayer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donald Perkins
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donna & Charles Burney
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Donna Arkow
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donna Fox
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donna L. Gambill
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donna Rae & Bobby Evans
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Donna Wallace
c/o Waters & Kraus, LLP
3219 McKinney Ave
Dallas, TX 75201

Donna/Billy Poe
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donnie & Mary Jo Scott
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Donnie J. & Karen A. Poteet
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Donnie Puckett
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Doris & Connie Copeland
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Doris Jean Kauffman  & Thomas Budd
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Doris Weaver
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Dorothy A. Adams & Tim W. Kiene
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Dorothy Bates
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Dorothy Cassin & Charmaine Auble
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Dorothy Mooney
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Dorothy Young
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Dorothy, Barry M. & Brett J. Rideout
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Douglas & Charlotte Stager
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Douglas L. & Gwenetta Robinson
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Douglas L. Ranck
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Douglas Stiles
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Doyle Dobbins & Jeanne Beth Sullivan
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Duane & Dawn Ceacon
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Duane & Dawn Deacon
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Duane & Janet Johnson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Duane Schrage
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Dwight & Marilyn Bowman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Earl & Charlotte Haas
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Earl & Thelma Bailey
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Earl & Victoria Lagow
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Earl Steel, Jr.
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Earl W. & Alice M. Marchbanks
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Earl W. & Lynne High
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Eddie & Katherine Heaggs
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Edgar & Dorothy Rapp
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Edgar Lynch
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Edgar Morris
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Edie M. & Dennis Mayes
c/o Odom Law Firm, PA
1 East Mountain
P.O. Drawer 1868
Fayetteville, AR 72701

Edward & Laura Lester
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Edward & LaVay Johnson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Edward & Priscilla Coker
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Edward & Rosemary Bednarek
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Edward & Sarah Burgess
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Edward & Sharon Wilson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Edward Gerli, Chris E. Gerli, Kevin M.
Gerli, Dennis J. Gerli, Barbara E. Gerli
c/o Maune, Raichle, HartleyFrench & Mudd
211 North Broadway, Suite 2940
Saint Louis, MO 63102

Edward J. & Rosie Andrade
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Edward Riggs
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Edward Roberts
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Edward T. & Mary E. Roberts
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Edward T. Finazzo
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Edward W. & Phyllis J. Shimak
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Edwin & Mary Barclay
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Edwin Barrowclough
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Edwin M. Mehelic & Janice M. Settlemoir
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Edwin Ronal Tew & Kathleen Lockhart
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Edythe Otto
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Elaine & Richard McKim
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Elis & Bernice Woodfin
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Eliseo Fuentes & Bonificia Rivera Lopez
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Elizabeth & Williams Rhodes
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ellen J. Williams
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ellra Don Bostic & Lune Lane
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Emma R. Nelson
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Eric Griggs
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Eric Mitchell & Taylar Lain
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Eric Wilczynski
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Erik & Richard Woolley
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Erma & Norbert Collins
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Ervin & Doris Steigman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ervin Rehak, Steve Rehak, Delyte Lee
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Esquipula Mascarenas
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ethel & Robert H. Sawyer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Eugene & Carolyn Jutz
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Eugene & Edith Giglio
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Eugene & Joan Mackowiak
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Eugene Cooper
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Eugene F. & Frances L. Schlesner
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Eugene W. & Ruth J. Rau
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Eugene Walker
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Eula Jean Crites
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Eusebia/Guadalupe Salazar
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Evelyn Haithcoat
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Everett Calvert & Sheryle Cooper
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Everett Lile Jr. & Marilyn Lile
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

```
Fern Chasing Horse
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Forrest Adams
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Frances J. Roberts
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Francis & Debra Shortsleeve
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Francis A. Meyer
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Francisco & Carmen Anaya
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Frank & Diane McCandless
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Frank & Dianna Parrick
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Frank Galassi
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Frank L. Jr. Putz & Joan M. Putz
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002
```

Frank Pukala & Gary Pukala
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Frecerick Balster & Beverly Showalter
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Fred & Joyce T. Bowen
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Fred Blackwell
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Fred Hourigan, Sr. & Brenda Hourigan
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Fred Vang & Ruth Mercer
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Freddie & Linda Brantley
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Freddie & Phyllis Frost
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Freddie Crayton
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Frederick & Susan Jozwicki
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Friedheim Feder
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Gail Saban
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Gary & Barbara Sledd
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gary & Carolyn Myers
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gary & Dolores Menz
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gary & Donna Nielsen
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gary & Dorla Tucker
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Gary & Michael Lancaster
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Gary Anderson & Mark Anderson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gary B. Dorris
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Gary C. Anderson
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

```
Gary E. & Marilyn W. Jones
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Gary E. Clemenz, Leroy & Peggy Clemenz
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Gary Titus
c/o Cooney & Conway
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602

Gary Vasi
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gayle Watts
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Gene B. & Yvonne Huebner
c/o RJ Abernathy
5111 West Main St.
Belleville, IL 62226

Geoffrey & Peggy Perkins
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Georganne & Harry Burford
Carey, Danis & Lowe
8235 Forsyth Blvd., #1100
Saint Louis, MO 63105

George & Betty J. Elder
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

George & Cathy Hamblin
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025
```

George & Dale Reed
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

George & Dwayne R. Armstrong
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

George & Eleanor "Ellie" Denney
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

George & Irene Klier
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

George & Juanita Willard
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

George & Konstantina Papageorgiou
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

George & Lillian Burnett
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

George & Sheri Lija
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

George & Simone Gorman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

George A. & Mary D. Pressley
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

George E.  & Brenda J. Goodman
c/o Humphrey, Farrington & McClain, PC
221 West Lexington, Suite 400
Independence, MO 64051

George Kennerly & Reta Lintner
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

George L. & Betty Lou Peecher
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

George Linko
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

George London & Michael London
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

George Machino, Jr. & Meri Machino
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

George Stringfellow Angie Burkerson
 Ricky Wayne Strinfellow & Richard Earl
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Gerald & Barbara Herlofsky
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gerald & Barbara Smith
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Gerald & Betty Smith
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gerald & Betty Smith
c/o Cooney & Conway
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602

Gerald & Cheryl Gann
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Gerald & Margaret Price
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gerald & Nona Lee Herring
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Gerald Barnard & Randy L. Barnard
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gerald D. Green
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gerald Haverkamp & Anne Cannon
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Gerald Williams
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gerald Williams, Sharon Williams and
Tony Williams
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Geraldine Bockerich
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Geraldine Manuel
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gerrard & Stefanina Power
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gertrude & John Orme
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gertrude Drake
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Giacomo & Maria Trubiano
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gilbert Grossman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Giramma & Herminiglida
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Glen & Glenda Warren
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Glen & Patricia Tomlinson
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Glenda Kay & Jerry Stubblefield
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Glenn & Judy S. Sizemore
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Glenn & Julianna Frick
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Glenn Hovater
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gloria Hamilton
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Gordon Slade, Annetha Slade,
Jason Slade and Eric Slade
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Gordon Stone
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Grace & Michael Wood
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Green & Martha Blankenship
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gregg & Coralie Earney
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gregorio & Cecille Castellon
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Gregory & Danielle Lamond
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Gregory R. & Sharon D. Gray
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

```
Gregory T. & Deborah A. Day
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Gregory Westphal
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Griseldis & Richard Belin
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Gus P. Bisesi, Jr.
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Harley & Elda Winder
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Harley & Marti Conrad
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Harold & Ann P. Herndon
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Harold & Anna Laura Wolbers
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Harold & Bonnie Stuart
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Harold & Jane Roark
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025
```

```
Harold & Joyce E. Siler
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Harold & Joyce Miller
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Harold & Lathan Pleasant
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Harold & Sandra Mitchell
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Harold Van & Rhonda Vitou Winkle
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Harriet Jeanne & Steve Dale
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Harriet Shepherd et all
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Harry & Dale Billum
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Harry & Nancy Lee
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Harry J. & Joyce Mae Genseal
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025
```

Harvey & Betty Gibson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Harvey L. Corley & Evelyn C. Christian
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Haskell & June Shook
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Heather Hoffman-Blois & Curt Blois
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Heidi & Steve Wheeler
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Helen & Robert Taylor
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Helen Marie Wilkerson-Gregory
2680 Shepard Drive
Humboldt, TN 38343

Helena Chamberlain
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Hendrika Van Waardenburg
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Henry & Barbara Lyles
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Henry & Bettina Sypniewski
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Henry & Earnestine Roberson
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Henry & Janet L. Kramer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Henry & Marlene Lambert
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Henry F. & Judy Young
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Herbert & Ursula Pohl
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Herman & Dorothy Leamons
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Herman J. & Patricia R. Swider
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Hewitt McCluskey & Michael McCluskey
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Hiram Keirsey & Lisa Davis
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Homer & Doris Ricks
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Horace Young
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Hospicio & Janet Chavez
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Howard & Brenda Stinson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Howard & Ginger Hansen
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Howard & Linde Delahanty
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Howard Catchpole & Richard Catchpole
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Howard E. & Jacqueline M. Van Huss
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Howard E. Glazer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Hubert & Rhea Hall
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Hugh & Mildred Bradley
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Hugh Vickers
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Hugo & Joiuse Beit
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Innis & Carol Spindle
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Irene M. & Bruce A. Davis
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Israel & Orvellia Solis
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ivey Wheeler & Margaret Wheeler
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

J.W. Seay
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Jack & Kathryn Poyner
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Jack & Lucy Edwards
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jack & Regina Woodward
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jack & Sarah Balk
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jack & Thais Menges
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jack Colvin
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Jack English
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Jackie & Ann Bryson
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Jackie Reed & Jacquelyn Reed
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Jacqueline & Ronald Dukes
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jacqueline Krupa
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jacqueline McQuarn
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jake Porter
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James & Barbara McCallister
c/o Dickey Law Firm LLC
4387 Laclede, Suite A
Saint Louis, MO 63108

James & Barbara Williams
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

James & Carolyn Eagle
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

James & Cecile Lawn
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

James & Delilah B. Dinzeo
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

James & Dianne I. Broughten
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

James & Doris Stewart
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

James & Evelyn Haithcoat
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

James & Evelyn Y. Whitaker
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

James & Helen Weiss
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

James & Janice Stine
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

```
James & Jo Riffle
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James & Joan Crandall
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James & Joan Howard
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James & Marianne Kay
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

James & Maryellen Weber
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

James & Patricia Quaderer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James & Ricky Icenogle
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James & Sandy Schutte
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James & Shawn K. Acri
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James & Vicki Bunting
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

James A. & Cynthia Hill
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002
```

James A. Brown & Amy L. Brown-Marshall
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

James Adams
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

James B. Farley & Karen Keaton
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

James Bateman & Michael Bateman
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

James C. & Margaret Schnake
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

James Callahan & Sue Hasty
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

James Cannon
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

James Cucchiara
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James Cunningham, Jr.
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

James Drabant
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James Eichler
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James F. & Cynthia Borowy
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

James Hays, Carol Hays & James Lee Hays
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

James Herston & Donna Borden
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James Holt
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James K. Warwick
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

James Kologenski
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

James M. & Regina L. Black
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

James M. Cain
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

James Morris & Jacob J. Morris
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James R. & Karla Fern Smith
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James R. Kirkland & Bill Keith Kirkland
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

James Richard & Bonnie Franks
c/o Schrader & Associates, LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

James S. & Sabrina Kozanecki
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

James Short
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James Stockton III
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

James Swiersz
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James Thomason
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

James W. & Barbara Kile
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

James W. & Irene Kertchaval
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

```
James White
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

James William & Lois Irene Davis
c/o The Matthews Firm, PLLC
700 N. Main Street
Columbia, TN 38401

James William Davis, Jr. & Lois Irene
c/o Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX 75204

James Williamson & Faye Arthur
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Jamie Greer
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Jane Bond & Marlene J. Ausherman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Janet & James Lavender
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Janet Sue Easterday et al.
c/o Carey, Danis & Lowe
8235 Forsyth Blvd., #1100
Saint Louis, MO 63105

Jay & Ann C. Carroll
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Jay & Sherry Nicholson
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Jean & Brenda J. Surette
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025
```

Jean Florey
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Jean-Luc & Marie Mathurin
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jeanette & Phillip Sorrel
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jeanna McMasterm and
Nicole Christine Easterwood Martin
c/o Flint & Associates, LLC
112 Magnolia Drive, P.O. Box 930
Glen Carbon, IL 62034

Jeanne Buntin & Sandra Kay Perkins
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Jeffrey G. & Edwina Mary Richmond
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jeffrey Jaeggi
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jeffs & Irene Dale
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Jennifer & Terry Bond
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jennifer Johnson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jerome & Carol Patterson
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Jerone Young Sr. & LititiaYoung
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Jerrold & Terry Marsik
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Jerry & Barbara Overton
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jerry & Genet Howard
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jerry & Johnnie Slone
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Jerry & Judy Breisford
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Jerry & Nancy Hurst
c/o Halvachs & Abernathy, LLC
5111 West Main Street
Belleville, IL 62226

Jerry & Peggy Brown
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jerry A. & Valerie West
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Jerry Grishaber
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Jesse & Jean Marriott
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Jesse D. Johnson
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Jessica Milam
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Jewel Foster, Jr. & Erma Foster
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jewell W. & Pauline Hall
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Jill & Gary Iben
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jill Helm
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Jim F. & Keiko Todd
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Jimmie & Martha Hull
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Jimmie Clark
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jimmy & Brenda Gentry
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Jimmy & Joyce Coombes
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Jimmy & Sara Bradford
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Jimmy Culver & Jeanie Lee Stratton
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jimmy O'Hair & Joyce Warfield O'Hair
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jimmy Perkins
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Jo Ellen & Jeffrey Kirby
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jo Michele Grondy
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Joan M. Golden & Diana Bekeris
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Joan R. McGeehon
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Joann Carver & Debra Williams
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Joanne Camus
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Joanne Louise Matthews
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Joe Gilreath
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Joe L. & Sandra B. Bennett
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Joette Diemert
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Johan Klep-Egge
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John & Cherie L. Comparetto
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

John & Donna Burdine
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John & Eloise R. Spell
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

```
John & Jacquelyn Engle
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John & Joan Brumbaugh
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John & Karen Austin
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John & Leslie Emberton
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

John & Lynn Reid
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John & Margery Hoch
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

John & Mildred Torielli
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John & Myrtle Smoot
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John & Nancy Rutledge
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John & Pamela S. Sutton
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John & Sally Birch
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025
```

John & Susan Harobin
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

John A. & Ellen M. Melin
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John A. Martin
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John and Velma Contos
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

John C. & Barbara Ann (Luther) Politte
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

John Carney & Nola Dzen
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John Cremmins & Kay Jenkins Cremmins
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John E. & Carol A. Metzler
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John E. Markham
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

John Garrigus & Christina Kilbury
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

John L. & Beverly J. Moore
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

```
John L. & Susan Scheer
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

John Mays & Neda Flake-Mays
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

John Orrall, Katherine Orrall, Jamie K.
Orall, & John Peter Orrall, II
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

John P. & Dolores Moseley
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

John P. Lucrezi & John M. Lucrezi
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

John R. & Mary Hampson
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

John R. & Virginia Shields
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

John Wayne Kelley, Lonnie Ray Kelley
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Johnnie Allen & Judy Sowards
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Johnny A. Robertson
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025
```

Johnny Darling
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Johnny Wilkes, Sr. & Curliette Wilson
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Jose & Nazaria Sanchez
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Jose Rodriguez
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Jose Rodriguez & Cruz Rodriguez
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Joseph & Diana Shain
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Joseph & Esperanza Kolbert
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Joseph & Judy Bice
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Joseph & Maria Kovar
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Joseph & Shelly Cannon
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Joseph & Valerie Gassman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Joseph D. & Linda Smith
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Joseph Davis & Tony Davis
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Joseph E. & Betty Hobbs
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Joseph Matsko
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Joseph Radich & Rhea Anderson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Josephine & George Akers
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Josephine & Lamar Dodson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Joy & Henry Dagen
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Joy Russell & Tammy Russell
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Joyce & William Tyler
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Joyce Brown
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Joyce Callahan
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Joyce Jackson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Juan Carmona & Melissa Sepulveda
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Juanita & Roberto Reyes
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Juanita J. & Paul R. Thomas
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Judith & Gregory Dorney
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Judith A. & Larry K. Owen
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Judy A. & Richard Goodson
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Julian & Betty Mestas
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Julius & Sheryl Levine
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

June & John R. McDowell
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Junior Breeding & David Breeding
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Justina Crabtree, Daryl Crabtree and
Gary G. Crabtree
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
Edwardsville, IL 62025

Karen & David Burt
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Karen S. Calhoun
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Katherine & Aaron Lambert
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Katherine, Cheryl, Paul Taylor
 Ricky Wayne Strinfellow & Richard Earl
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Kathleen & James Casey
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Kathleen & Raymond Ehlert
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Kathryn Cavender & Geraldine Huff
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Kathryn McCall
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Kathryne & Matthew Ottoline
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Kathy Sue Rhoades
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Katie Cook
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Keith Barket & Laura Zambelli Barket
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Keith Head & Kristine Smolinsky
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Keith Lazos & Sherry Witman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Kenneth & Clauda Gail Shreve
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Kenneth & Janis Volpe
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Kenneth & Kathleen Irvin
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Kenneth & Lynne Sherwood
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Kenneth & Robyn Lorr
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Kenneth & Sharon Smith
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Kenneth & Shirley Kelle
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Kenneth & Velma Kincaid
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Kenneth & Virginia Waldron
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Kenneth A. Medin
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Kenneth G. & Dorlene Bolton
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Kenneth McDowell & Randall McDowell
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Kenneth McQuirk
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Kenneth N. & Brenda N. Lynch
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Kenneth Novak
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Kenneth Pope
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Kenneth Sumerel
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Kerry & Dreana Purington
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Kevin & Holly Pence
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Kevin & Tandra Garvin
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Kevin Boles
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Kwang & Young-Son Chon
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Lana & Larry Odorizzi
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Lance Kuntzman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Larry & Debra Richburg
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Larry & Joy C. Cromwell
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Larry & Juliet Harris
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Larry Colella
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Larry E. & Lila Williams
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Larry House
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Larry Kline
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Larry Pridemore
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Larry Rogers, Paula Rogers &
Michael Rogers
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Larry S. & Deborah K. Ryan
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Laurence Eugene Keller
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Laurie Ann Cregger
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Lavell Williams, Sr.
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Lavern Bartram & Barbara Ann Bartram
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Laverne Lueker
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Lavina Miller & Myra Lengacher
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Lawrence & Juliann Wilhelmi
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Lawrence & Laeverne (Kavanaugh) Head
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Lawrence & Mary Ann Deckerd Lashley
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Lawrence A. Jelinski
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

```
Lawrence Farrar
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Lawrence Follas
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Lawrence Gilbert, Jr.
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Lawrence L. & Susan Joann Volrath
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Lawrence Palmehn
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Lawrence Payne
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Leah Betancourt
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Leamon & Terry Ireland
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Lee & Shirley Klapka
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Lemuel & Dawn Snelson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002
```

Leo & Elvira McGuinness
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Leo A. & Lorraine Moreau
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Leo Petrait
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Leo Popour
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Leo Quick & Renee Puzzi
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Leon & Bobbie Jean Morris
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Leon Dyes
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Leon Henager & Leonore Hall
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Leonard & Beverly Thomas
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Leonard & Margaret Mayo
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Leonard & Vernon Wade
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Leonard Dillman
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Leonard Fitts & Patsy Clark
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Leonard W. & Dorothy Oliver
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Leonora Costa & Janice Dexter
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Leopoldo & Angelina Arteaga
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Leroy & Diana Middendorf
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Leroy & Myrna Riechers
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

LeRoy & Sondra Zeltner
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Lester & Pamela Hinkle
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

```
Lester Jr. & Mary Ogle
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Linda & Leigh Anne Sokalsky
Carey, Danis & Lowe
8235 Forsyth Blvd., #1100
Saint Louis, MO 63105

Linda & William Dagge
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Linda C. Hisaw
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Linda Galbraith
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Linda Hanby
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Linda Ivey & April Cornelius
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Linda Kay Bailey
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Linda Nealon
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Linda Pittman & Judy Murray
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Linda Thomas
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002
```

Linda Wettig
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Lindell K. & Jacob Horn
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Lionel & Mable Woolfork
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Lionel Valdez
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Lois Cook
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Lois Whitemore & Jan M. Symmes
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Lonnie Chartrand
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Loraine Gray
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Loretta & Rick Swenson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Loretta Maddox
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Lorraine & Wallace Schwab
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Lorraine Archuleta
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Lorraine Jokerst
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Louis & Janice Lynn Catanzaro
c/o Richardson, Patrick, Westbrook,
& Brickman, LLC
103 West Vandalia St., Suite 212
Edwardsville, IL 62025

Louis C. & Janet Wright
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Louis Prezec
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Luke Shepard
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Lynda S. Parrish
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Lynn & Kim Wiggs
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Lynn Aiken & Priscilla Aiken
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Lynn Konitzer
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Lynn R. Loftus, Veronica A. Schuman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Magda Merritt & Orlando M. Hernandez
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Malinda S. Bates & Treena Payne
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Manley & Jeannine Stallings
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Manny Brannon
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Mar Joan Rhodes & Sharon K. Smyth
and Vivian Park
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
Edwardsville, IL 62025

Marcia & James Michaels
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Marcy Miller
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Mardis & George Miller
c/o Dickey Law Firm, LLC
4387 Laclede, Suite A
Saint Louis, MO 63108

```
Margaret & James Jones
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Margaret & Joseph Blessing
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Margaret Roberts
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Margie Pichler & Joy Rostankovski
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Marguerite/Bernard Brandow
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Maria Guadalupe Orozco
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Marian Grzebien & Maria Grzebien
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Mariano G. Flores
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Mario & Elizabeth Perales
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Mario Rubio & Flavia Ruiz
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Marion Davis
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002
```

Marion Dozier
c/o Bley & Evans, LC
1000 W. Nifong Blvd. 4, Suite 200
Columbia, MO 65203

Mark & Gloria Baller
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Mark Arthur Woods
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Marlene Beal
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Marlene Byrd-Mundell
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Marlene Sederholm
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Marsha Dee Martin
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Marshall & Evelyn Shirrell
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Marshall Unger
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Martha & Paul Frye
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Martin & Linda Kennel
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Martin T. Parks
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Marvin DeHaai & Virginia Clayton
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Marvin Leon & Deborah Paige
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Marvin McCasland, Lorraine McCasland, &
Doug McCasland
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Marvin Peterson & Scott Johnson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Marvin R. Bell
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Mary & Billy R. Lundock
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Mary Corey & Cathey Evenson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Mary Hale
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Mary Hall & Tujuanna Brown
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Mary Henderson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Mary Holt
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Mary Humphreys
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Mary Jo Young & Charlotte Young
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Mary Lou & Wade T. King
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Mary White & Mark Paar
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Mattie L. Scott
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Maurice & Angela Sweetin
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Maurice & Susan Miller
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Maurice Moore, Martha Moore,
Pamela Moore and Nancy Crane
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Mel & Ellen Masters
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Melanio & Mir Manuel
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Melissa & Brian Hogan
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Melissa & Hugh Houck
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Melva & Dwight Darrow
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Melvin & Betty Gaugh
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Melvin & Delores Ridgeway
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Melvin & Emma Tuten
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Melvin & Gloria Williams
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Melvin & Gwen Hubert
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Melvin Pegese
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Merle & Judith Schandelmeier
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Merlin & Anna Christisen
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Merrilee Kuenzel
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Merritt & Linda Sywenki
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Michael & Bonnie Fisher
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Michael & Dixie Lou Carney
c/o RJ Abernathy
5111 West Main Street
Belleville, IL 62226

Michael & Donna Schoumaker
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Michael & Dorothy Sepi
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Michael & Jeannine Vivo
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Michael & Karen Yoch
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Michael & Linda Skibba
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Michael & Marlene Powell
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Michael & Mary Eberly
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Michael & Patricia Paruscio
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Michael & Sharon Nardello
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Michael & Virginia Daichendt
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Michael Bodnar
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Michael Clevenger
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Michael D. Kubicka
c/o Richardson, Patrick, Westrbook
  & Brickman, LLC
103 West Vandalia St., Suite 212
Edwardsville, IL 62025

Michael DeForrest & William DeForrest
c/o Maune, Raichle, Hartley,
French & Mudd
P.O. Box 189
Saint Louis, MO 63101

Michael Gabriel
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Michael Kennedy
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Michael L. Otwell
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Michael Lower
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Michael M. & Diana Keafer
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Michael McGill & Tatyana Bobrova
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Michael McIntyre
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Michael R. Perry & Matthew Kizzie
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Michael Rose & Debbie McKinney
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Michael T. & Elizabeth R. Powers
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Michael V. & Kathy R. Cook
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Michael Wenzel
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Miguel & Maria Fons
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Mildred Stewart
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Millard David & Judith Roberson
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Milton & Eurydice James
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Minnie L. & Robert L. Manns
c/o Robert Manns
1034 North Grand Ave.
Brownsville, TN 38012

Missouri Department of Revenue
P.O. Box 475
Jefferson City, MO 65105

Mitchell & Gail Gaddis
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Monty & Clare Griggs
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Morag Reid
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Muriel Kittell & Connie Kramer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Myron Guthrie, Lola Guthrie, Troy Guthri
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Nancy B. & David Soiferman
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Nancy Mace
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Nancy Rich
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Napoleon & Iris Neely
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Nathan & Joyce Sherwood
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Nathan James & Bonnie Basden
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

National Corporate Research, Ltd.
10 East 40th Street, 10th Floor
New York, NY 10016

Nedra & Boyd Tosh
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Nehemiah & Janet Goss
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Nellie M. Duvall
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Nestor & Marla Coy
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Nevin & Barbara Meyer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Nicholas Winistorfer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Nick Dennis, Jr. & Sandra Dennis
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Nicole Christine Easterwood Martin
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Nicole Ripley
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Noal Wayne & Addie Kathleen Kronk
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Noble & Sally Forcum
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Noel & Anthony Edwards
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Norma Jean Sweeney
c/o Dickey Law Firm, LLC
4387 Laclede, Suite A
Saint Louis, MO 63108

Ola & Jack Davis
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ollie Taylor
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Orval Reed & Vicki Hall Reed
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Orville McCalla, Ken McCalla Kaye Corbin
Gerald McCalla and Rand McCalla
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Oscar & Kelly Jay Freeman
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Oscar O. & Rocile D. Rowan
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Ottis Hughes & Patricia (Matthew) Hughes
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Ova Curry
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Pamela & Emmett McGuire
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

```
Paris Blair & Brenda McCoy
c/o Dickey Law Firm, LLC
112 Magnolia Drive
P.O. Box 930
Glen Carbon, IL 62034

Patricia & Jerry D. Mieure
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Patricia & John Sorensen
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Patricia Ann Vespalec
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Patricia Czerneski
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Patricia Deland and Jennifer Hamden
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Patricia Poppiti & Thomas D. Green Sr.
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Patrick Gallagher & Shannon Bullock
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Patrick H. & Barbara Wibbels
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Patrick Kalish
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002
```

Patrick McLean
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Patty Stevens Timmons
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Paul & Gail E. Grimm
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Paul & Judith Gehrs
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Paul & Martha Yvonne Summerford
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Paul & Wilma Nash
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Paul H. Maeser
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Paul Henson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Paul Phelps & Christi Medley
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Paul R. Watkins et al.
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Paul Schlotthauer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Paul Silverman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Paula A. & Richard Fortucci
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Pauline Bloomberg
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Peggy & Michael Schafer
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Peggy A. Flynn
c/o Cooney & Conway
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602

Peggy Moore & Shirley Davidson
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Peggy Rehmer
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Peggy Sue & Jerry Theobald
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Peter & Margaret Tocco
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Peter Gruenke & Michelle Engelbert
c/o Dickey Law Firm, LLC
4387 Laclede, Suite A
Saint Louis, MO 63108

Peter Stonis
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Philip Lamar & Doris Burke
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Phillip & Jean Thornton
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Phillip & Maryls Engler
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Phillip & Sandra Hess
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Phillip C. Librizzi
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Phillip Miller
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Phillip Sumner
c/o Richardson, Patrick, Westrbook
  & Brickman, LLC
103 West Vandalia St., Suite 212
Edwardsville, IL 62025

Phyllis & Dwayne Whitehead
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Price Logan Barnett, Jr.
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Quinton Allen, Sr. & Lucille Allen
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ralph & Barbara Zody
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ralph & Patricia Lampe
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ralph Lund & John Lund
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Ralph Rea
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Randall & Anna Mann
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Randolph & Crissie Alldredge
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Randy & Cindy Saucier
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Randy Davis
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Randy R. Gillette
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Rapheal Planert & Clayton Rentmeester
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Ray McFadden
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ray O'Neal & Connie A. Larkey
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Raymond & David Eveland
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Raymond & Dorothy DeHerrera
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Raymond & Regina Rider
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Raymond C. Kindelspire
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Raymond Hyer
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Raymond Toohey, Donna Toohey,
Keith Toohey and Kerri Gibson
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Raymond Wittrock, Jeanette Wittrock,
and Richard Wittrock
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Rebecca J. Hutchens
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Rebecca L. & Kevin J. Westin
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Rebekah Simmons
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Regina & Irwin Friedman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Regina Arnauskas
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Reidun Hilleman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Rena & Gregory B. Jones
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Rena Ann Mercier
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Renee Dahl
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Resolute Management Inc.
1801 Market Street, Suite 500
Philadelphia, PA 19103

Rex & Brenda Smith
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Rex & Linda Terrell
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Rexford & Evelyn E. Sylvia
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Rhonda Leister
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Richard & Darina Lindsay
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Richard & Donna Olinger
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Richard & Eva Rose
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Richard & Janet Sisco
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Richard & Kevin Curran
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Richard & Linda Gibbons
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Richard & Maria Debo
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Richard & Marilyn Kardell
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Richard & Mary Molstad
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Richard & Nora Mendler
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Richard & Sharon Hazley
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Richard & Virginia Foster
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Richard A. Atkinson
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Richard Cohan & Robin Clawson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Richard Curran & Kevin Curran
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Richard Detterman & Marlene Cramer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Richard Hoskinson
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Richard Kitterman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Richard L. Kelley
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Richard L. Yates
c/o Humphrey, Farrington & McCalin PC
221 W Lexington Ave., Suite 400
Independence, MO 64050

Richard Larkin & Rebecca Hamblin
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

```
Richard N. Bass & Candice Shannon
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Rickie & Lois Renfro
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Ricky & Jackie Garner
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Riley & Joyce Walker
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robbie L. Busby
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert & Belinda Petit
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Robert & Betty Spradlin
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Robert & Brenda Bridgeman
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Robert & Charlotte E. Murphy
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Robert & Debra Nowak
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025
```

Robert & Elise Calbazana
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert & Glenda Verbie
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Robert & Janet Tighe
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert & Linda Kahle
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Robert & Mary E. Allums
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Robert & Mary Oberlin
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert & Oma Selle
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Robert & Pearl Hayes
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Robert & Penny Hieronimus
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert & Shawn Gumms
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Robert & Shirley Liga
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Robert & Stanley Haggard
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert & Wanda Kaye Russell
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert A. & Stephanie R. Geiser
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert A. Bulen
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Robert Bevis & Rose Hamm Bevis
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Robert Bucettas
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert Clark, Jr.
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Robert Collins
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert D. & Janice Hunter
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Robert D. & Shirley A. Starwalt
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Robert D. White
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Robert E. & Barbara Bramham
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert E. & Joan C. Wilson
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Robert J. Poaletta
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert Jr./Robert Wolff, Sr.
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Robert Kieffer
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Robert Klune
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert L. & Nancy Love
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Robert L. Bales, III
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert Langevin
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Robert Lee Gentry
c/o Griffith & Roberts
213 5th Avenue North, Suite 300
White House, TN 37188

Robert Lewis, Dwayne Lewis,
Beverly Hornberger, Paula Long
c/o Maune, Raichle, HartleyFrench & Mudd
211 North Broadway, Suite 2940
Saint Louis, MO 63102

Robert P. & Janet M. Zerby
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Robert Painter & Stacy Davis
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Robert Power
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert Price & Sandra Walters
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Robert R. & Betty Elliott
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Robert Ray Tilley, Jr & Cheryl A. Tilley
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Robert Shannon
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

```
Robert T. & Beatrice D. Johnson
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Robert T. & Judith Mooney
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Roberta & Peter Dowd
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Roberta Brooks & Gwendolyne Brooks
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Roberto & Letha C. Morrow
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Robin Hodapp & Rebecca Hodapp
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Robinson & McElwee
700 Virginia Street East, Suite 400
Charleston, WV 25301

Rodney I. & Brenda Buck
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Roger & Beth A. Davis
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Roger & Linda Diercks
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Roland B. Dalton
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025
```

Roland Woodburn &  Audrey Lee Carroll
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Ronald & Barbara Johnson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ronald & Birlie Smith
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Ronald & Carolyn Swanson
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Ronald & Chad Gohman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ronald & Roberta Bitter
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Ronald & Rosalinda Weygandt
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Ronald & Saratha Holloway
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ronald & Sharon Ardrey
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Ronald & Sharon Sheldon
c/o Schoen Walton Telken & Foster LLC
241 N. Main St.
Edwardsville, IL 62025

Ronald & Virginia J. Fleming
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Ronald E. Blaisdell & Gloria J. George
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ronald Freeman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ronald Hale & Wilmetta Hale
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Ronald J. & Carol Hughes
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ronald King, Katherine Horn, and
Tammy Hiatt
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Ronald L. Besserman
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Ronald L. Miller
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Ronald L. Mondary
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Ronald L. Williams
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Ronald S. & Dorothy Witt
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Ronald Sukovaty
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Rosa & John Prunty
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Rosemary Gifford
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Rosemary Miron & Eugene Miron, Sr.
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Ross & Janet Vandenberg
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Ross & JoAnne L. Klicker
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Ross Seggern
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Rowel Cotto
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Roy & Kelly McElvogue
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Roy & Patricia Studdard
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Roy & Peggy Lynn Bale
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Roy Meyers, Jr. & Earl E. Meyers
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ruben Aldaco
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Rudolph Shober & Ed Shober
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Russel George & Winifred Stella Hay
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Russell Parker
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Russell Taylor & Kelly Reynolds
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Russell W. & Judith Petersen
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ruth & Jules Hebert
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ruth Fabrizius
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Ruth Rotert
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Ruth Senuta
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

```
Sadie Mae Collins & Lindy Collins
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sally & Vince Teahan
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sally A. & Duwayn C. Kirkvold
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sam J.  Pugliese & Donald Kleck
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Same and Brenda Newell
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Sammy Hix
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Samuel & Barbara Ingram
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Samuel & Cynthia McCain
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Samuel & Elizabeth Miller
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Samuel McCullar
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025
```

Samuel Quarles
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sandra & James Odom
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Sandra & Terry G. Bryant
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sandra B. Farmer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sandra K. Turner
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Sandra K. Walker & Anthony L. Perkins
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sandra Otey
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sandra P. & Larry Moore
c/o Richardson, Patrick, Westbrook,
& Brickman, LLC
103 West Vandalia St., Suite 212
Edwardsville, IL 62025

Sandra Rose
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sandra Vinyard
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Sandy Corcoran
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sara Colwell
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Sarah Ulan
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Scott & Cynthia Miller
Carey, Danis & Lowe
8235 Forsyth Blvd., #1100
Saint Louis, MO 63105

Scotty & Jeanette S. King
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Sean Bailey
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Sebastian Vasquez
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Segal McCambridge Singer & Mahoney
C/O Faegre Baker Daniels
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204

Seymour Wolfe & Victoria Picone
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Shannon Desilva
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sharon & Howard Younger
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sharon & Hubert White
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Sharon Ingram
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sharon Kay Vanderwarf
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Sharon L. Wolf
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sharon Zimny
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Shaun McCormick
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Sheila & Keith Heater
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sheila & William Wiggins
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Shelly Ann Marsh
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Sherley Hall
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sherrill & Sally Minor
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Shirley & Billy Easterling
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Shirley & Stephen Dalton
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Shirley & Stephen G. Dalton
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Shirley A. Boyle
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Shirley McClain & Dorothy McClain
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Shirley Young & Barbara Milazzo
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sidney & Gwendolyn McClinton
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Sidney E. Hurt & Tamira Taylor
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Sidney Marsh & Kimberly Jean Marsh
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Sondra & Larry Cruise
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Stanley & Essie Carpenter
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Stanley & June Schauer
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Stephen & Barbara Cummings
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Stephen & Connie Bollinger
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Stephen & Eileen Leite
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Stephen Kohl & Lisa Roth
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Stephen Malone
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Steve & Marsha Bostick
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Steven & Janice Snyder
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219

Susan &  Lon G. White
c/o Maune, Raichle, Hartley,
French & Mudd
1015 Locust St., #1200
Saint Louis, MO 63101

Susan & Steven Barry
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Susan Highfill
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Susan Murphy, Rebecca Rick and
Lisa Williams
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Sylvester Baggett
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Tacy Reed & Vicki Hall Reed
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Tamara Cain, et al.
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Tammy J. Harris
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Tammy Toohey
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Teresa Strickland
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Teresita Pascual
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Terrence & Betty Jean Camilleri
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Terrence & Jane Croslis
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Terrence Barnes
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Terry & Angela Childers
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Terry & Brenda Latunski
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Terry & Carolyn Sue Tracy
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Terry & Glenda Onyett
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Terry & Jeff Torgerson
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Terry & Joann Elliott
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Terry & Virginia Helton
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Terry Berry
c/o Schoen Walton Telken & Foster LLC
241 N. Main St.
Edwardsville, IL 62025

Terry J. Pettigrew & Latoya Pettigrew
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Terry Lee & Bonnie Zimmerman
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Terry Stewart
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Thelma Danieley
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Thelma J. Danieley
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Theodore & Janet Christisen
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Theodore Bradley
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Theodore Fandrei & Dale Bose
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Theodore Farwell & Sigrid O. Farwell
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Theodore Moore
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Therese Nelson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Thomas  Hacon
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Thomas & Cynthia Moffitt
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Thomas & Dorothy Greenwell
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Thomas & Judith Jaques
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Thomas & Judith Washburn
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Thomas & K Joanne Roland
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Thomas & Karla J. Dunn
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Thomas & Myra Bannon
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Thomas & Norma Bardusk
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Thomas & Sharon K. Cass
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Thomas & Susan Kingery
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Thomas Booth
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Thomas Clark
c/o O'Brien Law Firm, PC
815 Geyer Avenue
Saint Louis, MO 63104

Thomas E. Stanley & Randy Kay Stanley
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Thomas Jaczak
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Thomas L.  & Jean Eppler
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Thomas Lundy
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Thomas N. Terry & Donna Mae Terry Mancil
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Thomas Pine, Sr. & Linda New
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Thomas Smith & Linda Funderburg
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Thurman L. & Helen Chamlee
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

```
Timothy & Patricia Gallego
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Timothy O'Leary
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Tom & Amy K. Dilworth
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Tomie Nix & Rita White
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Tommy & Judith Southard
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Tommy & Vilma Thompson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Tommy J. & Betty Sheets
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Toni Espinosa
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Tony & Vickie Melton
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Tony Carter
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Tracy & Cleora Nelson
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002
```

Truvie J. Crane
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Una G. Bush
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Uwe Thomaehlen & Bettina Hausler
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Vada McKinney
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Valerie Maclin-Bynum
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Valerie Ollis
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Van Lebrone & Shelba & Russell
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Vannie & Joseph Jones
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Verla Leonard
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Vernon & Regina Osterhoudt
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Vernon D. Whitaker
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Victor & Karen Luszcz
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Victoria & Kenneth D. McKim
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Vincent & Patricia Otten
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Vincent & Victoria Latronica
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Violet & Estel Freeland Blankenship
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Violet Bernstein
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Virgie/Robert Brandsetter
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Virgil Dunbar
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Virgil Haynes & Gary Haynes
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Virginia Bonnough
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Wallace & Elizabeth Bentley
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Wallace & Frank Rabenburg
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Walter & Carol Palhegyi
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Walter & Gloria Montgomery
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Walter & Linda Schaad
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Walter & Linda Smith
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Walter & Mary K. Whitley
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Walter & Victoria Pajaczkowski
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Walter Bearden & Dora Deiro
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Walter Meyer & Tanya R. Cook
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Walter Rohwedder
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Walter Trueblood & Lawrence Trueblood
c/o Schoen Walton Telken & Foster LLC
241 N. Main St.
Edwardsville, IL 62025

Walter Zamiatowski
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Wanda Lynn
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Wanda Ramsey
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Wanda Wolfe
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Wardell Smith
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Warren & Karen VanAlstine
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Wayne & Carol Lindbloom
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Wayne & Christine Cooper
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Wayne & Doreen Salfer
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Wayne & Frankie H. Messer
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

```
Wayne & Patricia Kroll
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Wayne D. & Verna Dnouff
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Wayne Nobles
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Wayne R. & Marie Johnson
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Weldon R. & Debra Coleman
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

Wendell Richards
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Wesley & Laurel Millett
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Wesley & Sally Fredell
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

Willaim D.  Ahrens & Linda Ahrens-Posco
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

Willard & Christopher York
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025
```

William & Annie Loveday
c/o Napoli Shkolnik, PLLC
103 West Vandalia St., Suite 125
Edwardsville, IL 62025

William & Barbara Justice
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

William & Betty A. Cousins
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

William & Bonnie Zdunski
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William & Cheryl Miller
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William & Claudia Beck
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William & Dorothy Jean Rochelle
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

William & Elizabeth Kamuf
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William & Janet Kranstuber
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William & Janice McGinley
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William & Janis Mathieu
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William & Kathy Ramm
c/o Edelman & Thompson
3100 Broadway, Suite 1400
Kansas City, MO 64111

William & Laura Bailey
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

William & Marjorie Johnston
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William & Mechelle Buhan
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William & Norma Cutler
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

William & Norma Jean Wallace
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

William & Pauline Stockton
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William & Sheila Woodyard
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

William & Tamara Weed
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William A. Sears
c/o Flint Law Firm, LLC
222 East Park St., Ste. 500
P.O. Box 189
Edwardsville, IL 62025

William Biggerstaff
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William Camley
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William Daniels
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William Dubose
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William Elliott & John Haley
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William F. & Joanne McDermott
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

William F. & Judith C. White
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William F. Pfingsten and
William E. Pfingsten
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

William Ferrell, Jr. & Carol Ferrell
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

William H. & Juanita Ludford
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

William H. & Monique Huntley
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

William I. & Betty Roberts
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

William Jr. Morris & Marie B. Morris
Goldenberg, Heller, Antognoli & Roland
2227 South State IL-157
P.O. Box 959
Edwardsville, IL 62025

William McCormick & Vina Renick
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William Neil Parker
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

William Raymond Crane
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

William Roach & Loretta Perno-Wagner
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William Stone & Skip Stone
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William Stonebraker & Joey Swartz
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

William, Jr. & Mercy Lapointe
c/o Shrader & Assoc., LLP
22A Ginger Creek Parkway
Glen Carbon, IL 62034

Willie & Marie Hedrick
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Willie & Vanessa Willis-Thomas
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

```
Willie A. & Maggie McMoore
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Willie B. & Roscoe Booth
c/o Gori Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Willie L. William
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Willie T. & Bridgett Williams
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Willmer & Wanda Pelton
c/o SWMK Law LLC
701 Market Street, Suite 1575
Saint Louis, MO 63102

Winston & Rebecca Napier
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002

Witold Kramer, Hannelore Kramer,
Thomas Kramer, & Martin Kramer
c/o Gori, Julian & Associates
156 N. Main St.
Edwardsville, IL 62025

Young Insulation Group of St. Louis Inc.
1054 Central Industrial Drive
Saint Louis, MO 63110

Yvette Bounds-Edwards
c/o Simmons Hanly Conroy
One Court St.
Alton, IL 62002
```

# United States Bankruptcy Court
## Eastern District of Missouri

In re   **Young Holdings, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Young Holdings, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 26, 2017

Date

**/s/ Robert J. Blackwell**

**Robert J. Blackwell 23179MO**

Signature of Attorney or Litigant

Counsel for   **Young Holdings, Inc.**

**Blackwell & Associates, P.C.**

**P. O. Box 310**
**O Fallon, MO 63368**
**636-240-3632 Fax:636-240-6803**
**cthomas@blackwell-lawfirm.com**